UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ────────────────────────── x | |
| WATERFORD TOWNSHIP POLICE & FIRE : RETIREMENT SYSTEM, on Behalf of Itself : and All Others Similarly Situated, : | Civil Action No. 1:23-cv-10488-DLC |
| : | CLASS ACTION |
| Plaintiff, : | |
| : | DECLARATION OF CHAD JOHNSON IN SUPPORT OF MOTION FOR |
| vs. : | APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S |
| NATIONAL INSTRUMENTS : CORPORATION, EMERSON ELECTRIC : CO., ERIC STARKLOFF, KAREN RAPP, and : DANIEL BERENBAUM, : | SELECTION OF LEAD COUNSEL |
| : | |
| Defendants. : | |
| ────────────────────────── x | |

4880-4981-7504.v1

I, CHAD JOHNSON, declare as follows:

1.     I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a partner of Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiff movant Wayne County Employees' Retirement System ("the Retirement System") and proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of the Retirement System's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached are true and correct copies of the following exhibits:

Exhibit A:     Notice of pendency of class action published on *Globe Newswire,* a national business-oriented wire service, on November 30, 2023;

Exhibit B:     The Retirement System's Sworn Certification; and

Exhibit C:     Chart of the Retirement System's estimated losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 29th day of January, 2024.

*s/ Chad Johnson*
CHAD JOHNSON

- 1 -

4880-4981-7504.v1