# EXHIBIT A



GlobeNewswire
by notified

NEWSROOM    SERVICES    CONTACT US    FRANÇAIS    SIGN IN    REGISTER



Robbins Geller
Rudman & Dowd LLP

# NATI INVESTOR ALERT: Robbins Geller Rudman & Dowd LLP Files Class Action Lawsuit Against National Instruments Corporation and Announces Opportunity for Investors with Substantial Losses to Lead the National Instruments Class Action Lawsuit

November 30, 2023 | Source: **Robbins Geller Rudman & Dowd LLP**     Follow

20:30 ET

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

**Share**

SAN DIEGO, Nov. 30, 2023 (GLOBE NEWSWIRE) -- **Robbins Geller Rudman & Dowd LLP** announces that **sellers** of National Instruments Corporation (NASDAQ: NATI) common stock between May 25, 2022 and January 17, 2023, inclusive (the "Class Period"), have until January 29, 2024 to seek appointment as lead plaintiff of the *National Instruments* class action lawsuit. Captioned *Waterford Township Police & Fire Retirement System v. National Instruments Corporation,* No. 23-cv-10488 (S.D.N.Y.), the *National Instruments* class action lawsuit charges National Instruments, certain of its executive officers, and Emerson Electric Co. with violations of the Securities Exchange Act of 1934.

**If you suffered substantial losses and wish to serve as lead plaintiff of the *National Instruments* class action lawsuit, please provide your information here:**

1/29/24, 10:35 AM    NATI INVESTOR ALERT: Robbins Geller Rudman Dowd LLP ...

Case 1:23-cv-10488-DLC    Document 19-1    Filed 01/29/24    Page 3 of 4



**by calling 800/449-4900 or via e-mail at**
**jsanchez@rgrdlaw.com.**

**CASE ALLEGATIONS**: National Instruments is a producer of automated test equipment and virtual instrumentation software.

The *National Instruments* class action lawsuit alleges that defendants throughout the Class Period made false statements and/or omitted to disclose material information that artificially deflated the price of National Instruments common stock.

The *National Instruments* class action lawsuit alleges that at the time that National Instruments was repurchasing National Instruments stock, defendants knew that National Instruments had received a formal acquisition offer from Emerson. Accordingly, National Instruments had an obligation to disclose that it had received a formal acquisition offer from Emerson or abstain from purchasing National Instruments stock from unsuspecting investors.

The plaintiff is represented by Robbins Geller, which has **extensive experience** in prosecuting investor class actions including actions involving financial fraud. You can view a copy of the complaint **by clicking here**.

**THE LEAD PLAINTIFF PROCESS**: The Private Securities Litigation Reform Act of 1995 permits any investor who **sold** National Instruments common stock during the Class Period to seek appointment as lead plaintiff in the *National Instruments* class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the *National Instruments* class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the *National Instruments* class action lawsuit. An investor's ability to share in any potential future recovery of the *National Instruments* class action lawsuit is not dependent upon serving as lead plaintiff.



NEWSROOM    SERVICES    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

ISS Securities Class Action Services Top 50 Report for recovering more than $1.75 billion for investors in 2022 – the third year in a row Robbins Geller tops the list. And in those three years alone, Robbins Geller recovered nearly $5.3 billion for investors, more than double the amount recovered by any other plaintiffs' firm. With 200 lawyers in 10 offices, Robbins Geller is one of the largest plaintiffs' firms in the world and the Firm's attorneys have obtained many of the largest securities class action recoveries in history, including the largest securities class action recovery ever – $7.2 billion – in *In re Enron Corp. Sec. Litig.* Please visit the following page for more information:

[https://www.rgrdlaw.com/services-litigation-securities-fraud.html](https://www.rgrdlaw.com/services-litigation-securities-fraud.html)

Attorney advertising.

Past results do not guarantee future outcomes.

Services may be performed by attorneys in any of our offices.

Contact:

Robbins Geller Rudman & Dowd LLP

655 W. Broadway, Suite 1900, San Diego, CA 92101

J.C. Sanchez, 800-449-4900

[jsanchez@rgrdlaw.com](mailto:jsanchez@rgrdlaw.com)

**Tags**

Class Action

# Recommended Reading