# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action: *See* attached Schedule A.

5.      (a)      Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Monroe County Employees' Retirement System v. AstraZeneca plc*, No. 21-cv-00722 (S.D.N.Y.)
*Genesee County Employees' Retirement System v. FirstCash Holdings, Inc.*, No. 4:-cv-00033 (N.D. Tex.)
*San Antonio Fire and Police Pension Fund v. Dentsply Sirona Inc.*, No. 22-cv-06339 (S.D.N.Y.)
*Ciarciello v. Bioventus Inc.*, No. 23-cv-00032 (M.D.N.C.)
*In re Sotera Health Company Sec. Litig.*, No. 23-cv-00143 (N.D. Ohio)

(b)      Plaintiff is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:

*Kangas v. Illumina, Inc.*, No 23-cv-02082 (S.D.Cal.)

(c)      Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*City of Hollywood Police Officers' Retirement System v. Citrix Systems, Inc.*, No. 21-cv-62380 (S.D.Fla.)
*Collinsville Police Pension Board v. Discovery, Inc.*, No. 22-cv-08171 (S.D.N.Y.)
*Def. Ben. Plan of the Mid-Jer. Truck. Ind.. & Team. Loc. 701 Pen. & Ann. v. PayPal Hold., Inc.*, No. 22-cv-05864 (D.N.J.)
*City of Warwick Retirement System v. Catalent, Inc.*, No. 23-cv-01108 (D.N.J.)
*Schaeffer v. Signature Bank*, No. 23-cv-01921 (E.D.N.Y.)
*Kempen Int'l Funds (Kempen Int'l Funds - MercLin Global Equity) v. Syneos Health, Inc.*, No. 23-cv-08848 (S.D.N.Y.)
*West Palm Beach Police Pension Fund v. Leslie's, Inc.*, No. 23-cv-01887 (D. Ariz.)

NATIONAL INSTRUMENTS

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23ʳᵈ day of January, 2024.

WAYNE COUNTY EMPLOYEES'
RETIREMENT SYSTEM

By: _____
Gerard Grysko, Deputy Director

- 2 -

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 09/22/2022 | 2,650 | $39.05 |
| 01/13/2023 | 12,305 | $46.95 |

Prices listed are rounded to two decimal places.