# EXHIBIT C

| Name | Date | Shares Disposed | Price | Total Proceeds | Shares Disposed | Deal Price | Deal Proceeds | Total Gain (Loss)* |
|------|------|-----------------|-------|----------------|-----------------|------------|---------------|--------------------|
| **Wayne County Employees' Retirement System** | 09/22/2022 | 2,650 | $39.05 | $103,487.01 | 14,955 | $53.00 | $792,615.00 | |
| | 01/13/2023 | 12,305 | $46.95 | $577,668.07 | | | | |
| **Movant's Total** | | **14,955** | | **$681,155.07** | **14,955** | | **$792,615.00** | **($111,459.93)** |

*Losses are calculated by multiplying the number of sold shares by the difference between the deal price ($53) and the sales price.

Prices listed are rounded to two decimal places.