UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NATIONAL INSTRUMENTS CORPORATION SECURITIES LITIGATION | Case No. 1:23-cv-10488 (DLC)<br><br>**Oral Argument Requested** |

# DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S PUTATIVE CLASS ACTION COMPLAINT

Defendants National Instruments Corporation, Eric Starkloff, Karen Rapp, and Michael McGrath will respectfully move this Court, before the Honorable Denise L. Cote, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a date and time designated by the Court, for an order dismissing the Amended Class Action Complaint (the "Amended Complaint") in its entirety, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, because the Amended Complaint fails to state a claim upon which relief can be granted.

This motion is supported by the accompanying Memorandum of Law, dated April 26, 2024, filed by Defendants, the Declaration of Russell Jackson, dated April 26, 2024, and the exhibits attached thereto, and the proceedings to date in this action.

Dated: April 26, 2024                    Respectfully submitted,

                                                                                 /s/ James F. Bennett

James F. Bennett MO 46826
J. Russell Jackson MO 65689
DOWD BENNETT LLP
7676 Forsyth Blvd., Ste. 1900
Saint Louis, MO 63105
(314) 889-7300
jbennett@dowdbennett.com
rjackson@dowdbennett.com

Andrew Ditchfield
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
andrew.ditchfield@davispolk.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 26, 2024, a true and correct copy of the foregoing was filed electronically using the Court's electronic filing system. By operation of that system a notice of electronic filing will be served upon all counsel of record in the case.

                                                                                 /s/   James F. Bennett