**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE NATIONAL INSTRUMENTS CORPORATION
SECURITIES LITIGATION

Case No. 1:23-cv-10488 (DLC)

**Oral Argument Requested**

**DECLARATION OF J. RUSSELL JACKSON IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S PUTATIVE CLASS ACTION COMPLAINT**

J. Russell Jackson, pursuant to 28 U.S.C. § 1746, hereby declares:

1.      I am an attorney licensed to practice in the States of New York and Missouri. I am a partner at Dowd Bennett LLP, counsel for Defendants National Instruments Corporation ("National Instruments"), Eric Starkloff, Karen Rapp, and Michael McGrath (collectively, "Defendants") in the above-captioned matter. I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

2.      An index of Exhibits accompanies this Declaration. The Exhibits are described below.

3.      Attached as Exhibit A is a true and correct copy of the final merger agreement ("Merger Agreement") dated April 12, 2023, whereby Emerson Electric Co. ("Emerson") acquired National Instruments. The Merger Agreement was attached as Exhibit 2.1 to Emerson's Form 8-K, which was filed with the SEC on April 12, 2023.

4.      Attached as Exhibit B is a true and correct copy of a National Instruments press release dated April 28, 2022, where National Instruments made statements regarding its financial guidance. This press release was attached as Exhibit 99.1 to National Instruments's Form 8-K,

which was filed with the SEC on April 28, 2022. Plaintiff refers to the guidance announced in this Press Release in Paragraphs 25 and 26 of its Amended Complaint. (*See* Am. Compl. ¶¶ 25-26.) This press release includes the following disclaimer on Page 2, under the heading "**Forward-Looking Statements**" (bold in original):

> This release contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 including without limitation those statements about our expectations of accelerating growth and progress to meet or exceed our 2022 financial targets and long-term financial model, our ability to grow faster than the overall market, our continued momentum across regions and business units, our opportunities to drive growth, profitability and efficiency in our business, confidence in our software strategy, confidence in our strategy and the strategic changes made to our business, including the transition to subscription-based licensing model for software offerings, our ability to successfully integrate acquisitions and execute our growth strategy, our ability to drive customer demand through focus on high growth opportunities, the impacts of war in Europe, COVID-19, including pandemic-related shutdowns, supply chain constraints and software licensing model transition on our financial results, and our guidance and expectations for our Q2 2022 revenue, diluted EPS and non-GAAP diluted EPS, and future operating expenses, backlog, lead times, gross margin, operating margin and tax rate. These statements are subject to a number of risks and uncertainties, and actual results may differ materially from any future results expressed or implied by the forward-looking statements. Risks and uncertainties include without limitation: the global shortage of key components; effect of the global economic and geopolitical conditions; our international operations and foreign economies; adverse public health matters, including epidemics and pandemics such as the COVID-19 pandemic; our ability to effectively manage our partners and distribution channels; interruptions in our technology systems or cyber-attacks on our systems; the dependency of our product revenue on certain industries and the risk of contractions in such industries; concentration of credit risk and uncertain conditions in the global financial markets; our ability to compete in markets that are highly competitive; our ability to release successful new products or achieve expected returns; the risk that our manufacturing capacity and a substantial majority of our warehousing and distribution capacity are located outside of the U.S.; our dependence on key suppliers and distributors; longer delivery lead times from our suppliers; risk of product liability claims; dependence on our proprietary rights and risks of intellectual property litigation; the continued service of key management, technical personnel and operational employees; our ability to comply with environmental laws and associated costs; our ability to maintain our website; the risks of bugs, vulnerabilities, errors or design flaws in our products; our restructuring activities; our exposure to large orders; our shift to more system

orders; our ability to effectively manage our operating expenses and meet budget; fluctuations in our quarterly results due to factors outside of our control; our outstanding debt; seasonal variation in our revenues; our ability to comply with laws and regulations; changes in tax rates and exposure to additional tax liabilities; our ability to make certain acquisitions or dispositions, integrate the companies we acquire or separate the companies we sold and/or enter into strategic relationships; risks related to currency fluctuations; and provisions in charter documents and Delaware law that delay or prevent our acquisition. In addition, our ability to declare and/or pay declared dividends is subject to compliance with the terms of our existing credit agreement. The company directs readers to its Form 10-K for the year ended December 31, 2021, and the other documents it files with the SEC for other risks associated with the company's future performance. These documents contain and identify important factors that could cause our actual results to differ materially from those contained in our forward-looking statements. All information in this release is as of the date above. The company undertakes no duty to update any forward-looking statement to conform the statement to actual results or changes in the company's expectations.

5.      Attached as Exhibit C is a true and correct copy of a National Instruments press release dated July 28, 2022, where National Instruments made statements regarding its financial guidance. This press release was attached as Exhibit 99.1 to National Instruments's Form 8-K, which was filed with the SEC on July 28, 2022. Plaintiff refers to this press release in Paragraph 45 of the Amended Complaint. (*See* Am. Compl. ¶ 45.) This press release includes the following disclaimer beginning on Page 2, under the heading "**Forward-Looking Statements**" (bold in original):

This release contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995including without limitation those statements about our expectations of accelerating growth and progress to meet or exceed our financial targets and long-term financial model, our ability to grow faster than the overall market, our continued momentum across regions and business units, our opportunities to drive growth, profitability and efficiency in our business, confidence in our strategy and the strategic changes made to our business, including the transition to subscription-based licensing model for software offerings, our ability to successfully integrate acquisitions and execute our growth strategy, our ability to turn backlog to revenue, our ability to drive customer demand through focus on high growth opportunities, the impacts of war in Europe, supply chain constraints and software licensing model transition on our financial results, and our guidance and expectations for our Q3 2022 revenue, diluted EPS and non-

GAAP diluted EPS, and future operating expenses, backlog, lead times, gross margin, operating margin and tax rate. These statements are subject to a number of risks and uncertainties, and actual results may differ materially from any future results expressed or implied by the forward-looking statements. Risks and uncertainties include without limitation: the global shortage of key components; effect of the global economic and geopolitical conditions; our international operations and foreign economies; adverse public health matters, including epidemics and pandemics such as the COVID-19 pandemic; our ability to effectively manage our partners and distribution channels; interruptions in our technology systems or cyber-attacks on our systems; the dependency of our product revenue on certain industries and the risk of contractions in such industries; concentration of credit risk and uncertain conditions in the global financial markets; our ability to compete in markets that are highly competitive; our ability to release successful new products or achieve expected returns; the risk that our manufacturing capacity and a substantial majority of our warehousing and distribution capacity are located outside of the U.S.; our dependence on key suppliers and distributors; longer delivery lead times from our suppliers; risk of product liability claims; dependence on our proprietary rights and risks of intellectual property litigation; the continued service of key management, technical personnel and operational employees; our ability to comply with environmental laws and associated costs; our ability to maintain our website; the risks of bugs, vulnerabilities, errors or design flaws in our products; our restructuring activities; our exposure to large orders; our shift to more system orders; our ability to effectively manage our operating expenses and meet budget; fluctuations in our quarterly results due to factors outside of our control; our outstanding debt; seasonal variation in our revenues; our ability to comply with laws and regulations; changes in tax rates and exposure to additional tax liabilities; our ability to make certain acquisitions or dispositions, integrate the companies we acquire or separate the companies we sold and/or enter into strategic relationships; risks related to currency fluctuations; and provisions in charter documents and Delaware law that delay or prevent our acquisition. In addition, our ability to declare and/or pay declared dividends is subject to compliance with the terms of our existing credit agreement. The company directs readers to its Form 10-K for the year ended December 31, 2021, and the other documents it files with the SEC for other risks associated with the company's future performance. These documents contain and identify important factors that could cause our actual results to differ materially from those contained in our forward-looking statements. All information in this release is as of the date above. The company undertakes no duty to update any forward-looking statement to conform the statement to actual results or changes in the company's expectations.

6.      Attached as Exhibit D is a true and correct copy of the transcript from National Instruments's Q2 Earnings Call held on July 28, 2022, where National Instruments made statements regarding its financial guidance. Plaintiff refers to this earnings call in Paragraphs 48

4

and 86 of the Amended Complaint. (*See* Am. Compl. ¶¶ 48, 86.) At the beginning of the conference call, Marissa Vidaurri gave the following disclaimer, which begins on Page 2 of the transcript:

> Our discussion today will include forward-looking statements, including, without limitation, those regarding the company's expectations of meeting or exceeding financial targets, its capital allocation, financing and investment plans, the payment of its quarterly dividend and its future business outlook and guidance, including demand for its products, ability to realize revenue from backlog, future results of acquired companies and execution of growth strategy. We wish to caution you that such statements are just predictions and that actual events or results may differ materially and could be negatively impacted by numerous factors. We refer you to the documents that the company files regularly with Securities and Exchange Commission, including the company's annual report on Form 10-K filed on February 22, 2022. These documents contain and identify important factors that could cause our actual results to differ materially from those contained in our forward-looking statements.

> We assume no duty to update any forward-looking statements to conform the statement to actual results or changes in our expectations. A reconciliation of our non-GAAP financial measures disclosed in this call to the most directly comparable GAAP financial measures or related disclosures are contained in our press release and on ni.com/nati. You can find the press release and quarterly presentation to supplement today's discussion on our website at ni.com/nati.

7.      Attached as Exhibits E and F, respectively, are true and correct copies of the transcript and PowerPoint slides from a National Instruments investor conference held on September 15, 2022, where National Instruments made statements regarding its financial guidance. Plaintiff refers to this investor conference in Paragraph 52 of the Amended Complaint. (*See* Am. Compl. ¶ 52.) On page four of the transcript (Ex. E), the investor relations host said:

> A few housekeeping items. Obviously, we're going to be talking about future expectations of the business and with that comes risk. We do have an opportunity to be negatively impacted by numerous factors, and so I point you to our recently filed 10-K and 10-Q.

And the slide for that part of the presentation (Ex. F. at 3), stated:

## Safe Harbor Warning

**Forward-Looking Statements**

5

During today's presentation, we expect to make forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Statements in this presentation regarding the company's strategy and long-term model, value proposition, goals, priorities, anticipated revenues, anticipated demand, growth opportunities, customer needs, capital allocation, future product offerings, anticipated financial condition, anticipated GAAP and non-GAAP financial targets, goals and expectations, successful integration of acquisitions and future results of acquired companies, the anticipated strengths and expected growth of the markets the company sells into, and future operations and earinings are forward-looking statements. Forward-looking statements can also be identified by words such as "anticipate," "plan," "estimate," "expect," "intend," "forecast," "target," "believe," "outlook," "prospect," or future or conditional verbs such as "will," "should," "would," "may," "can," or "could." These statements are subject to a number of risks and uncertainties, and actual results may differ materially from any future results expressed or implied by the forward-looking statements. Risks and uncertainties include without limitation: the global shortage of key components; effect of the global economic and geopolitical conditions; our international operations and foreign economics; adverse public health matters, including epidemics and pandemics such as the COVID-19 pandemic; our ability to effectively manage our partners and distribution channels; interruptions in our technology systems or cyber-attacks on our systems; the dependency of our product revenue on certain industries and the risk of contractions in such industries; concentration of credit risk and uncertain conditions in the global financial markets; our ability to compete in markets that are highly competitive; our ability to release successful new products or achieve expected returns; the risk that our manufacturing capacity and a substantial majority of our warehousing and distribution capacity are located outside of the U.S.; our dependence on key suppliers and distributors; longer delivery lead times from our suppliers; risk of product liability claims; dependence on our proprietary rights and risks of intellectual property litigation; the continued service of key management, technical personnel and operational employees; our ability to comply with environmental laws and associated costs; our ability to maintain our website; the risks of bugs, vulnerabilities, errors or design flaws in our products; our restructuring activities; our exposure to large orders; our shift to more system orders; our ability to effectively manage our operating expenses and meet budget; fluctuations in our quarterly results due to factors outside our control; our outstanding debt; seasonal variation in our revenues; our ability to comply with laws and regulations; changes in tax rates and exposure to additional tax liabilities; our ability to make certain acquisitions or dispositions, integrate the companies we acquire or separate the companies we sold and/or enter into strategic relationships; risks related to currency fluctuations; and provisions in charger documents and Delaware law that delay or prevent our acquisition. The company directs readers to its Form 10-K for the year ended December 31, 2021, and the other documents it files with the SEC for other risks associated with the company's future performance. These documents contain and identify important factors that could cause our actual results to differ materially from those contained in our forward-looking statements. All information in this

presentation is as of September 15, 2022 (except as otherwise specified). We undertake no duty to update any forward-looking statement to conform the statement to actual results or changes in our expectations.

8.    Attached as Exhibit G is a true and correct copy of a press release dated January 13, 2023, where National Instruments made statements regarding its financial guidance. This press release was attached as Exhibit 99.1 to National Instruments's Form 8-K, which was filed with the SEC on January 13, 2023. Plaintiff refers to this press release in Paragraphs 72-74 of the Amended Complaint. (*See* Am. Compl. ¶ 72-74.) This press release includes the following disclaimer on Page 2, under the heading "**Forward-Looking Statements**" (bold in original):

> This release contains "forward-looking statements," including statements regarding our beliefs regarding our future performance. These statements are subject to a number of risks and uncertainties, including the risk of adverse changes or fluctuations in the global economy, foreign exchange fluctuations, component shortages, delays in the release of new products, fluctuations in demand for the Company's products including orders from the Company's largest customer, the Company's ability to effectively manage its operating expenses, manufacturing inefficiencies and the level of capacity utilization, the impact of any recent or future acquisitions by the Company, expense overruns and adverse effect of price changes and effective tax rates, and the outcome of any strategic options review process. Actual results may differ materially from the expected results.
>
> The Company directs readers to its Form 10-K for the year ended December 31, 2021; its Form 10-Q for the quarter ended September 30, 2022; and the other documents it files with the SEC for other risks associated with the Company's future performance. The forward-looking statements included herein speak only as of the date hereof, and the Company undertakes no responsibility to update such forward-looking statements in the future.

9.    Attached as Exhibit H is a true and correct copy of National Instruments's Form 10-Q for Q1 2022, which was filed with the SEC on April 29, 2022. Plaintiff refers to this Form 10-Q in Paragraph 24 of the Amended Complaint. (*See* Am. Compl. ¶ 24.) This Form 10-Q includes the following disclaimer on Page 37, under the heading "**Item 2. *Management's Discussion and Analysis of Financial Condition and Results of Operations***" (emphasis in original):

7

*National Instruments Corporation and its subsidiaries (referred to as the "Company," "we," "us," "our," "National Instruments" or "NI") has made forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21Eof the Securities Exchange Act of 1934, as amended (the "Exchange Act"), that are subject to risks and uncertainties. Any statements contained herein regarding our future financial performance, operations, plans, investments, expected effects of investments, or other matters (including, without limitation, statements to the effect that we "believe," "expect," "plan," "intend to," "may," "could," "can, "will," "project," "predict," "anticipate," "continue," "strive to," "endeavor to," "seek to," "are committed to," "remaining committed to," "are encouraged by," "remain cautious," "remain optimistic," "estimate", "focus on"; statements of "goals," "commitments, "strategy" or "visions"; or other variations thereof or comparable terminology or the negative thereof) should be considered forward-looking statements. All forward-looking statements are based on current expectations and projections of future events. We claim the protection of the safe harbor for forward-looking statements contained in the Private Securities Litigation Reform Act of 1995 for all forward-looking statements.*

*Although we believe that the expectations reflected in the forward-looking statements are reasonable, forward-looking statements are not guarantees of performance and actual results could differ materially from those projected in the forward-looking statements as a result of a number of important factors, including those set forth under the heading "Risk Factors" below and in "Part 1, Item 1A. Risk Factors "in our Annual Report on Form 10-K for the fiscal year ended December 31, 2021 (the "2021 Form 10-K"). Actual results could differ materially from those stated or implied by our forward-looking statements, due to risks and uncertainties associated with our business or under different assumptions or conditions. You should not place undue reliance on any of these forward-looking statements. Any forward-looking statement speaks only as of the date on which it is made, and we disclaim any intention or obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.*

*The following discussion should be read in conjunction with the 2021 Form 10-K filed with the U.S. Securities and Exchange Commission (the "SEC") and the condensed consolidated financial statements and accompanying notes included in Part 1, Item 1 of this Form 10-Q.*

10.    Attached as Exhibit I is a true and correct copy of National Instruments's Form 10-Q for Q2 2022, which was filed with the SEC on July 29, 2022. Plaintiff refers to this Form 10-Q in Paragraph 24 of the Amended Complaint. (*See* Am. Compl. ¶ 24.) This Form 10-Q includes the

following disclaimer on Page 44, under the heading "**Item 2.** *Management's Discussion and Analysis of Financial Condition and Results of Operations*" (emphasis in original):

> *National Instruments Corporation and its subsidiaries (referred to as the "Company," "we," "us," "our," "National Instruments" or "NI") has made forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), that are subject to risks and uncertainties. Any statements contained herein regarding our future financial performance, operations, plans, investments, expected effects of investments, or other matters (including, without limitation, statements to the effect that we "believe," "expect," "plan," "intend to," "may," "could," "can," "will," "project," "predict," "anticipate," "continue," "strive to," "endeavor to," "seek to," "are committed to, "remaining committed to," "are encouraged by," "remain cautious," "remain optimistic," "estimate", "focus on"; statements of "goals, "commitments," "strategy" or "visions"; or other variations thereof or comparable terminology or the negative thereof) should be considered forward-looking statements. All forward-looking statements are based on current expectations and projections of future events. We claim the protection of the safe harbor for forward-looking statements contained in the Private Securities Litigation Reform Act of 1995 for all forward-looking statements.*

> *Although we believe that the expectations reflected in the forward-looking statements are reasonable, forward-looking statements are not guarantees of performance and actual results could differ materially from those projected in the forward-looking statements as a result of a number of important factors, including those set forth under the heading "Risk Factors" below and in "Part 1, Item 1A. Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended December 31, 2021 (the "Form 10-K"). Actual results could differ materially from those stated or implied by our forward-looking statements, due to risks and uncertainties associated with our business or under different assumptions or conditions. You should not place undue reliance on any of these forward-looking statements. Any forward-looking statement speaks only as of the date on which it is made, and we disclaim any intention or obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.*

> *The following discussion should be read in conjunction with the Form 10-K filed with the U.S. Securities and Exchange Commission (the "SEC") and the condensed consolidated financial statements and accompanying notes included in Part 1, Item 1 of this Form 10-Q.*

11.    Attached as Exhibit J is a true and correct copy of National Instruments's Form 10-Q for Q3 2022, which was filed with the SEC on October 28, 2022. Plaintiff refers to this Form

10-Q in Paragraph 24 of the Amended Complaint. (*See* Am. Compl. ¶ 24.)  This Form 10-Q includes the following disclaimer on Page 44, under the heading "**Item 2.** *Management's Discussion and Analysis of Financial Condition and Results of Operations*" (emphasis in original):

> *National Instruments Corporation and its subsidiaries (referred to as the "Company," "we," "us," "our," "National Instruments "or "NI") has made forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), that are subject to risks and uncertainties. Any statements contained herein regarding our future financial performance, operations, plans, investments, expected effects of investments, or other matters (including, without limitation, statements to the effect that we "believe," "expect," "plan," "intend to," "may, "could," "can," "will," "project," "predict," "anticipate," "continue," "strive to," "endeavor to," "seek to," "are committed to, "remaining committed to," "are encouraged by," "remain cautious," "remain optimistic," "estimate", "focus on"; statements of "goals," "commitments," "strategy," "opportunities" or "visions"; or other variations thereof or comparable terminology or the negative thereof) should be considered forward-looking statements. All forward-looking statements are based on current expectations and projections of future events. We claim the protection of the safe harbor for forward-looking statements contained in the Private Securities Litigation Reform Act of 1995 for all forward-looking statements.*
>
> *Although we believe that the expectations reflected in the forward-looking statements are reasonable, forward-looking statements are not guarantees of performance and actual results could differ materially from those projected in the forward-looking statements as a result of a number of important factors, including those set forth under the heading "Risk Factors" below and in "Part 1, Item 1A.Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended December 31, 2021 (the "Form 10-K") filed with the U.S. Securities and Exchange Commission (the "SEC"). Actual results could differ materially from those stated or implied by our forward-looking statements, due to risks and uncertainties associated with our business or under different assumptions or conditions. You should not place undue reliance on any of these forward-looking statements. Any forward-looking statement speaks only as of the date on which it is made, and we disclaim any intention or obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.*
>
> *The following discussion should be read in conjunction with the Form 10-K and the condensed consolidated financial statements and accompanying notes included in Part 1, Item 1 of this Form 10-Q.*

12.     Attached as Exhibit K is a true and correct copy of National Instruments's Form 10-K for 2022, which was filed with the SEC on February 21, 2023. Plaintiff refers to this Form 10-K in Paragraph 24 of the Amended Complaint. (*See* Am. Compl. ¶¶ 89-90.) This Form 10-K includes two disclaimers. The first disclaimer is found on Page 4, under the heading "**PART I**" (bold in original):

> *This Form 10-K contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act") that are subject to risks and uncertainties. Any statements contained herein regarding our future financial performance, operations, strategy and goals relating to Engineering Hope or other matters (including, without limitation, statements to the effect that we "believe," "expect," "plan," "may," "could," "can," "will," "intend to," "project," "predict," "anticipate," "continue," "strive to," "endeavor to," "seek to," are committed to," "remaining committed to," "focus on," "are encouraged by," "remain cautious," "remain optimistic," or "estimate," statements of "goals," "commitments," "strategy," or "visions"; or other variations thereof or comparable terminology or the negative thereof) should be considered forward-looking statements. All forward-looking statements are based on current expectations and projections of future events. We claim the protection of the safe harbor for forward-looking statements contained in the Private Securities Litigation Reform Act of 1995 for all forward-looking statements. Although we believe that the expectations reflected in the forward-looking statements are reasonable, forward-looking statements are not guarantees of performance and actual results could differ materially from those projected in the forward-looking statements as a result of a number of important factors, including those set forth under the heading "Risk Factors" below and elsewhere in this Form 10-K, which could affect our future results and could cause those results or other outcomes to differ materially from those expressed or implied in the forward-looking statements. Actual results could differ materially from those stated or implied by our forward-looking statements, due to risks and uncertainties associated with our business or underlying assumptions or conditions. You should not place undue reliance on any of these forward-looking statements. Any forward-looking statement speaks only as of the date on which it is made, and we disclaim any intention or obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.*

A second disclaimer is found on Page 43, under the heading "**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITIONS AND RESULTS OF OPERATIONS**" (emphasis in original):

*National Instruments Corporation and its subsidiaries (referred to as the "Company," "we," "us," "our," "National Instruments" or "NI") has made forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), that are subject to risks and uncertainties. Any statements contained herein regarding our future financial performance, operations, plans, investments, expected effects of investments, or other matters (including, without limitation, statements to the effect that we "believe," "expect," "plan," "intend to," "may," "could," "can," "will," "project," "predict," "anticipate," "continue," "strive to," "endeavor to," "seek to," "are committed to," "remaining committed to"; "are encouraged by," "remain cautious," "remain optimistic," "estimate", "focus on"; statements of "goals," "commitments," "strategy" or "visions"; or other variations thereof or comparable terminology or the negative thereof) should be considered forward-looking statements. All forward-looking statements are based on current expectations and projections of future events. We claim the protection of the safe harbor for forward-looking statements contained in the Private Securities Litigation Reform Act of 1995 for all forward-looking statements.*

*Although we believe that the expectations reflected in the forward-looking statements are reasonable, forward-looking statements are not guarantees of performance and actual results could differ materially from those projected in the forward-looking statements as a result of a number of important factors, including those set forth under the heading "Risk Factors" above and elsewhere in this Form 10-K, which could affect our future results and could cause those results or other outcomes to differ materially from those expressed or implied in the forward-looking statements. Actual results could differ materially from those stated or implied by our forward-looking statements, due to risks and uncertainties associated with our business or under different assumptions or conditions. You should not place undue reliance on any of these forward-looking statements. Any forward-looking statement speaks only as of the date on which it is made, and we disclaim any intention or obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 26, 2024

By: _/s/      J. Russell Jackson_
    J. Russell Jackson

12

**Index of Exhibits**

| Exhibit | Document |
|---------|----------|
| A | The final merger agreement dated April 12, 2023, whereby Emerson acquired National Instruments. This merger agreement was attached as Exhibit 2.1 to Emerson's Form 8-K filed with the SEC on April 12, 2023. |
| B | A National Instruments press release dated April 28, 2022. This press release was attached as Exhibit 99.1 to National Instruments's Form 8-K filed with the SEC on April 28, 2022. (*See* Am. Compl. ¶¶ 25-26.) |
| C | A National Instruments press release dated July 28, 2022. This press release was attached as Exhibit 99.1 to National Instruments's Form 8-K filed with the SEC on July 28, 2022. (*See* Am. Compl. ¶ 45.) |
| D | The transcript from National Instruments's Q2 Earnings Call held on July 28, 2022. (*See* Am. Compl. ¶¶ 48, 86.) |
| E | The transcript from a National Instruments investor conference held on September 15, 2022. (*See* Am. Compl. ¶ 52.) |
| F | The PowerPoint slides from a National Instruments investor conference held on September 15, 2022. (*See* Am. Compl. ¶ 52.) |
| G | A National Instruments press release dated January 13, 2023. This press release was attached as Exhibit 99.1 to National Instruments's Form 8-K filed with the SEC on January 13, 2023. (*See* Am. Compl. ¶ 72-74.) |
| H | National Instruments's Form 10-Q for Q1 2022 filed with the SEC on April 29, 2022. (*See* Am. Compl. ¶ 24.) |
| I | National Instruments's Form 10-Q for Q2 2022 filed with the SEC on July 29, 2022. (*See* Am. Compl. ¶ 24.) |
| J | National Instruments's Form 10-Q for Q3 2022 filed with the SEC on October 28, 2022. (*See* Am. Compl. ¶ 24.) |
| K | National Instruments's Form 10-K for 2022 filed with the SEC on February 21, 2023. (*See* Am. Compl. ¶¶ 89-90.) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 26, 2024, a true and correct copy of the foregoing was filed electronically using the Court's electronic filing system. By operation of that system a notice of electronic filing will be served upon all counsel of record in the case.

/s/ *J. Russell Jackson*