# EXHIBIT F



# 2022
# NI Investor
# Conference

SEPTEMBER 15



ni.com

# Marissa Vidaurri

HEAD OF INVESTOR RELATIONS



# Safe Harbor Warning

**Forward-Looking Statements**

During today's presentation, we expect to make forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Statements in this presentation regarding the company's strategy and long-term model, value proposition, goals, priorities, anticipated revenues, anticipated demand, growth opportunities, customer needs, capital allocation, future product offerings, anticipated financial condition, anticipated GAAP and non-GAAP financial targets, goals and expectations, successful integration of acquisitions and future results of acquired companies, the anticipated strengths and expected growth of the markets the company sells into, and future operations and earnings are forward-looking statements. Forward-looking statements can also be identified by words such as "anticipate," "plan," "estimate," "expect," "intend," "forecast," "target," "believe," "outlook," "prospect," or future or conditional verbs such as "will," "should," "would," "may," "can," or "could." These statements are subject to a number of risks and uncertainties, and actual results may differ materially from any future results expressed or implied by the forward-looking statements. Risks and uncertainties include without limitation: the global shortage of key components; effect of the global economic and geopolitical conditions; our international operations and foreign economies; adverse public health matters, including epidemics and pandemics such as the COVID-19 pandemic; our ability to effectively manage our partners and distribution channels; interruptions in our technology systems or cyber-attacks on our systems; the dependency of our product revenue on certain industries and the risk of contractions in such industries; concentration of credit risk and uncertain conditions in the global financial markets; our ability to compete in markets that are highly competitive; our ability to release successful new products or achieve expected returns; the risk that our manufacturing capacity and a substantial majority of our warehousing and distribution capacity are located outside of the U.S.; our dependence on key suppliers and distributors; longer delivery lead times from our suppliers; risk of product liability claims; dependence on our proprietary rights and risks of intellectual property litigation; the continued service of key management, technical personnel and operational employees; our ability to comply with environmental laws and associated costs; our ability to maintain our website; the risks of bugs, vulnerabilities, errors or design flaws in our products; our restructuring activities; our exposure to large orders; our shift to more system orders; our ability to effectively manage our operating expenses and meet budget; fluctuations in our quarterly results due to factors outside of our control; our outstanding debt; seasonal variation in our revenues; our ability to comply with laws and regulations; changes in tax rates and exposure to additional tax liabilities; our ability to make certain acquisitions or dispositions, integrate the companies we acquire or separate the companies we sold and/or enter into strategic relationships; risks related to currency fluctuations; and provisions in charter documents and Delaware law that delay or prevent our acquisition. The company directs readers to its Form 10-K for the year ended December 31, 2021, and the other documents it files with the SEC for other risks associated with the company's future performance. These documents contain and identify important factors that could cause our actual results to differ materially from those contained in our forward-looking statements. All information in this presentation is as of September 15, 2022 (except as otherwise specified). We undertake no duty to update any forward-looking statement to conform the statement to actual results or changes in our expectations.

**Non-GAAP Information**

In today's presentation, we have included certain non-GAAP financial measures, including revenue, gross margin, operating expenses, diluted earnings per share, operating margin, and operating income. Our non-GAAP measures exclude, as applicable, the impact of purchase accounting fair value adjustments, stock-based compensation, amortization of acquisition-related intangibles, acquisition-related transaction and integration costs, taxes levied on the transfer of acquired intellectual property, foreign exchange gain/loss on acquisitions, restructuring charges, tax reform charges, disposal gain/loss on buildings and related charitable contributions, tax effects related to businesses held for sale, gain/loss on sale of business, impairment losses on equity-method investments, and capitalization and amortization of internally developed software costs. A reconciliation of the adjustments to GAAP financial measures is included on our website at ni.com/nati at the Non-GAAP Reconciliations link. For periods prior to March 31, 2005, our non-GAAP financial measures are the same as our GAAP results.  Certain non-GAAP financial measures presented on a forward-looking basis during today's presentation, such as non-GAAP operating margin, were not reconciled to the comparable GAAP financial measures because the reconciliation could not be performed without unreasonable efforts due to the unpredictability of the amounts and timing of events affecting the items we exclude from non-GAAP measures. Non-GAAP financial information is not meant as a substitute for GAAP results, but is included because management believes such information is useful to our investors for informational and comparative purposes. In addition, certain non-GAAP financial information is used internally by management to evaluate and manage the company. The non-GAAP financial information used by NI may differ from that used by other companies. These non-GAAP measures should be considered in addition to, and not as a substitute for, the results prepared in accordance with GAAP.

ni.com



ni.com

# Agenda

| | |
|---|---|
| 10:00 AM – 10:30 AM | **Our Strategy**<br>Eric Starkloff, President and CEO |
| 10:30 AM – 11:00 AM | **Growth Through Focus**<br>Ritu Favre, Executive Vice President,<br>Industry Specific Business Units |
| 11:00 AM – 11:20 AM | **Platform Leverage And Scale**<br>Jason Green, Chief Revenue Officer<br>and Executive Vice President, Portfolio Business Unit |
| 11:20 AM – 11:40 AM | **Financial Momentum**<br>Karen Rapp, CFO |
| 11:40 AM – 12:00 PM | **Live Q&A** |
| 12:00 PM – 1:30 PM | Lunch and Roundtable Discussions |



# Key Themes

Relentless Focus On Transformation since 2017 Has Strengthened Results

Well Positioned Portfolio in Attractive High Growth Sub-Segments

Continued Leverage and Scale with Improving Recurring Revenue

Momentum On Our Side, Confident about Our Financial Future



# Eric Starkloff

PRESIDENT AND CEO





# Our Strategy



# Diverse Business to Fuel Long-Term Growth & Resiliency



**35,000+**
CUSTOMERS WORLDWIDE

AMER **41%**   **35%** APAC

**24%** EMEA

Q2 2022 Revenue

**40+**
COUNTRIES WITH NI OPERATIONS

~7,000 GLOBAL EMPLOYEES



**40%** PRODUCTION   **60%** VALIDATION

Q2 2022



SOFTWARE AND RELATED SERVICES
20% OF TOTAL REVENUE

CHANNEL REVENUE PROFILE
70% DIRECT
30% NON-DIRECT



PORTFOLIO (ALL OTHER INDUSTRIES) **29%**

SEMICONDUCTOR & ELECTRONICS **29%**

**17%** TRANSPORTATION

**25%** AEROSPACE, DEFENSE, & GOVERNMENT

Q2 2022 Revenue



# What Truly Differentiates NI?

Our hardware and software **solutions** help customers constantly evolve and bring state-of-the-art electronic components to market faster and at a lower cost.

We provide **flexible** and **modular** system-level test solutions that meet the current and future requirements of our customers.

Our industry standard **open** and **interoperable software** offering enables customers to automate their test processes in increasingly complex and fast changing end markets.



# Key Themes

Relentless Focus On Transformation since 2017 Has Strengthened Results

Well Positioned Portfolio in Attractive High Growth Sub-Segments

Continued Leverage and Scale with Improving Recurring Revenue

Momentum On Our Side, Confident about Our Financial Future



# Challenge in 2016

## Revenue Flat, Non-GAAP Operating Income at 12%



NON-GAAP OPERATING INCOME AS PERCENT OF REVENUE     REVENUE

ni.com

 

# Transformation Accelerating Revenue and Earnings Growth



Trajectory Change in Revenue and Earnings

'23: REVENUE RANGE OF $1.85B – $2.05B

'22: REVENUE RANGE OF $1.65B – $1.74B

NON-GAAP OPERATING INCOME AS PERCENT OF REVENUE • REVENUE

# Deliberate Business Transformation

## ORGANIC TRANSFORMATION

| GTM and Channel | Industry Focus | Systems and Solutions | Software Value | Opex Optimization |
|---|---|---|---|---|
| Streamline Sales Force Grow Top Accounts | Align to Secular Growth Trends | Expand SAM | Grow Recurring Revenue | Target 25% Non-GAAP Operating Margin |

## INORGANIC TRANSFORMATION











Aligning to secular trends, adding differentiated technologies, and increasing exposure to recurring revenue

Reduce cyclicality, lower exposure to margin dilutive businesses, sharpening NI's strategic focus, and aligning with business unit concentration

## Momentum Is Now on Our Side and It Is Time for Us to Capitalize

ni.com



# Our Mix Has Become More Favorable to Growth

| | 2017 | 2022 TARGET | 2025 TARGET |
|---|---|---|---|

**Target Industries**

43% / 57%
■ Industry Specific BUs ■ Portfolio BU

30% / 70%
■ Industry Specific BUs ■ Portfolio BU

26% / 74%
■ Industry Specific BUs ■ Portfolio BU

**Growth Applications**

12% / 88%
■ Growth Apps ■ Rest of Business

38% / 62%
■ Growth Apps ■ Rest of Business

50% / 50%
■ Growth Apps ■ Rest of Business

**Tier 1 Accounts**

29% / 71%
■ Tier 1 ■ Other

38% / 62%
■ Tier 1 ■ Other

50% / 50%
■ Tier 1 ■ Other

**NOTE**
TARGET INDUSTRIES, TIER 1 ACCOUNTS AND GROWTH APPLICATIONS BASED ON BOOKINGS



# The New NI:
# Higher Growth, More Profitable, and Less Cyclical

**Peak to Trough Revenue Change**

- 2008-2009 GFC*: -18%
- 2015-2016 MANUFACTURING RECESSION: -1%
- 2020 COVID: -5%

**Trough Non-GAAP Operating Margin**

- 2009 GFC*: 10%
- 2016 MANUFACTURING RECESSION: 12%
- 2020 COVID: 16%
- 2023 TARGET: 23%

*GFC: GLOBAL FINANCIAL CRISES

## More Resilient and Less Cyclical



# Delivering on Our Outlook

| | 2020 | | 2023 Original Outlook | | 2022 Outlook | | 2023 Target |
|---|---|---|---|---|---|---|---|
| Revenue | $1.3B | → | $1.7B | | 9% CAGR 2020-2023 $1.7B | | 13%-17% CAGR 2020-2023 $1.85-2.05B |
| Non-GAAP Gross Margin | 75% | → | 71% (SUPPLY CHAIN IMPACT) | | 75% | | 73% (SUPPLY CHAIN IMPACT) |
| Operating Expense as % of Revenue | 59% | → | 51% | | 55% | | 50% |
| Non-GAAP Operating Margin | 16% | → | 20% | | 20% | | 23% |

## Current 2023 Target Ahead of Plan Set in 2020



| | 2022 Target | 2025 Model |
|---|---|---|
| **Non-GAAP Gross Margin** | 71% | 74% |
| **R&D** | 19% | 18–19% |
| **SG&A** | 32% | 30–31% |
| **Non-GAAP Operating Margin** | **20%** | **25%** |

# Resiliency and Scale in the Business Model

## ~40%

FLOW THROUGH



**Eric Starkloff**
PRESIDENT & CEO



### Ritu Favre


EXECUTIVE VICE PRESIDENT
AERO, DEF, & GOVT BU
SEMICONDUCTOR BU
TRANSPORTATION BU

### Jason Green


CHIEF REVENUE OFFICER
& EXECUTIVE VICE
PRESIDENT, PORTFOLIO BU

### Karen Rapp


EXECUTIVE
VICE PRESIDENT & CFO

### Thomas Benjamin


CTO &
HEAD OF PRODUCT
ANALYTICS BUSINESS

### Scott Rust


EXECUTIVE
VICE PRESIDENT
PLATFORM & PRODUCT

### Kevin Ilcisin


SENIOR VICE PRESIDENT
CORPORATE STRATEGY

### Cate Prescott


CHIEF PEOPLE OFFICER
& SENIOR VICE PRESIDENT

### Eddie Dixon


CHIEF LEGAL OFFICER
& SENIOR VICE PRESIDENT



# Ritu Favre

EXECUTIVE VICE PRESIDENT,
INDUSTRY SPECIFIC BUSINESS UNITS





# Growth through Focus

# Focus on Industry Inflections Drives Growth Above Macro Indicators



2020  
2025 TARGET



**Semiconductor and Electronics**



**Transportation**



**Aerospace, Defense, and Government**



**Portfolio Business**

← DIGITAL TRANSFORMATION →

## 2%
MARKET GROWTH*
2022-2025



5G  
MOBILE    WIFI

## 10-15%
REVENUE CAGR GOAL
2022-2025

## 5%
MARKET GROWTH*
2022-2025



EV    ADAS

## 15-20%
REVENUE CAGR GOAL
2022-2025

## 4%
MARKET GROWTH*
2022-2025



COGNITIVE SYSTEMS    NEW SPACE

## 6-9%
REVENUE CAGR GOAL
2022-2025

## 4%
MARKET GROWTH*
2022-2025



NEXTGEN WIRELESS    DIGITAL TRANS

## 3-6%
REVENUE CAGR GOAL
2022-2025

*IC INSIGHTS—1SEMI CAPEX (EXCLUDING MEMORY/FOUNDRY) + ELECTRONICS

*IHS— GLOBAL VEHICLE PRODUCTION

*STRATEGY ANALYTICS— GLOBAL DEFENSE EXPENDITURES

*COMBINED VIEW OF FROST & SULLIVAN, INTERNAL NI



# Continuing to Expand SAM through 2025

**$6.5B** + **$2.5B** = **~$9B**

INDUSTRY SPECIFIC BUs SAM  PORTFOLIO BU SAM  SAM 2025

**Grow Share Through Target Account and Application Focus**

**Scale Share Through Channel Reach and Platform Leverage**

**+$1B**

SAM GROWTH
2022-2025

**+14%** REVENUE CAGR 2022-2025

**+5%** REVENUE CAGR 2022-2025

ni.com

# Growth through Focus on Top Accounts and Applications



## All BUs

### INDUSTRY SPECIFIC BUs

**70%**
2022 OF TOTAL NI BOOKINGS

**+16%**
2019-2022 CAGR



## Tier 1 Accounts

**48%**
2025F NI Bookings FROM TIER 1 ACCOUNTS

**+17%**
2019-2025F CAGR



## High Growth Applications

**+20%**
2019-2025F CAGR

% Bookings From Growth Applications



# Megatrends Drive Opportunities

| SECULAR TRENDS | INDUSTRY | TECHNOLOGY INFLECTION | EXAMPLE OPPORTUNITIES |
|---|---|---|---|
| 5G | Semiconductor and Electronics | 5G and Beyond / Wi-Fi 7 & UWB | **+10%** 3-YEAR RF/WIRELESS SAM CAGR |
| (Electric vehicle) | Transportation | ADAS/Autonomous Vehicles / Electric Vehicles | **+25%** 3-YEAR ELECTRIC VEHICLE SAM CAGR |
| (Rocket) | Aerospace, Defense, and Government | Cognitive Systems / Digital Transformation / Sensor Fusion | **+7%** 3-YEAR ELECTRONIC WARFARE SAM CAGR |



# Why Technology Inflections Matter

| SECULAR TRENDS | INDUSTRY | TECHNOLOGY INFLECTION |
|---|---|---|
|  5G | Semiconductor and Electronics | 5G and Beyond<br>Wi-Fi 7 & UWB |
| | Transportation | ADAS/Autonomous Vehicles<br>Electric Vehicles |
| | Aerospace, Defense, and Government | Cognitive Systems<br>Digital Transformation<br>Sensor Fusion |

**CUSTOMER PAIN POINTS**

New Measurement Requirements

**+**

Faster Time-to-Market Expectations

Higher Device Complexity

Poor Data Utilization

Lower Capital Equipment Budgets



# NI's Sustainable Differentiation

Accelerate our Customers' **Time-to-market** with Software and Systems that Enable Faster Automation, Deeper Product Insight, and More Robust Data Collection and Management

CUSTOMER PRODUCT DEVELOPMENT WORKFLOW

| Design | Validation | Production |
|---|---|---|

SOFTWARE PORTFOLIO

| Specification Management | Measurement IP | Data Management & Analytics |
|---|---|---|
| Interactive Measurements | Automated Test Sequencing | Systems & Asset Management |

Connectivity to 3rd Party Software

SOFTWARE-CONNECTED TEST SYSTEMS



# NI's Sustainable Differentiation

CUSTOMER PRODUCT DEVELOPMENT WORKFLOW

| Design | Validation | Production |
|---|---|---|

Integration with 3rd Party EDA Tools

Manufacturing-Grade Speed in the Lab

R&D-Grade Accuracy in Manufacturing

**NI's Unique Value**

System Management and
Product Analytics Across Lifecycle

**Customer Benefits**

Faster Time to Market

Improved Product Quality

Lower Operational Cost

ni.com



# Accelerating 5G Time-to-Market

**Customer Value**
QUALCOMM

ACCELERATE
PRODUCT CHARACTERIZATION

IMPROVE
PRODUCT QUALITY



"By standardizing on NI hardware and software – we've been able to significantly reduce RFIC characterization times."

**GAURAV VERMA**

SENIOR DIRECTOR OF ENGINEERING
QUALCOMM TECHNOLOGIES, INC.



 

# Additional Secular Trends in Semiconductor and Electronics

 **5G & Beyond**

Demand driven by sub-6 GHz 5G, and Wi-Fi 7

 **Connected Workflow**

Time-to-market driving global standardization from lab to fab

 **Industry Fab Investments**

Increased government incentive for new foundry capabilities

 **Power Electronics**

SiC/GaN/ IGBT market potential continues to grow at high double-digit rate

OUR STRATEGY

Stay ahead of mmWave, UWB, WiFi7, and 6G research

Engage with top chipmakers to evolve software & standardization approach

Help customers reduce wafer cost with faster test throughput

Accelerate roadmap to stay ahead of key power requirements



# Driving EV Product Performance

**Customer Value**
GM

1000'S OF HOURS SAVED
PER PROJECT

MAINTAIN VENDOR
INDEPENDENCE



"NI is helping us reduce risk, perform our engineering work more efficiently, and give us a faster time to insights and decisions"

**STEVE TARNOWSKY**

DIRECTOR, GLOBAL BATTERY CELL ENGINEERING
GENERAL MOTORS





# NI Investments
# in EV Test

Battery Test System



**End-to-End Battery Test**







# NI Investments in EV Test

## Battery Test System

↓

### End-to-End Battery Test

  

Enable scalable high-power test at a lower integration cost



Deliver large scale deployments of battery test laboratories



# Maximizing EW Quality and Reliability

**Customer Value**
HENSOLDT

**100% INCREASE IN FIRST PASS YIELD**

**ENTERPRISE-WIDE INSIGHT INTO PRODUCT DATA**



Navigation systems

Avionics systems

**Radar systems**

Communication systems

Flight control computers

EO/IR systems

"NI and Hensoldt have partnered together, using SystemLink, to create a smarter, more connected fleet of test assets to help us maximize product performance and ensure the mission readiness of our customers."



**TEMUR KARBASSIOUN**

HEAD OF CUSTOMER SERVICES
HENSOLDT SENSORS, GMMBH



# Growth through Focus
Well-Positioned Portfolio Allows Us to Purse Attractive **High-Growth Applications**

Shift Go-To-Market to Enhance Share of Wallet at **Large Accounts**

**Align Roadmaps** to Secular Growth Trends to Accelerate Growth

Create Flexible, Modular, and Open Systems

Enhance Software Differentiation through New Capabilities in **Product Analytics**

ni.com



# Jason Green

CHIEF REVENUE OFFICER
EXECUTIVE VICE PRESIDENT,
PORTFOLIO BUSINESS UNIT





# Leverage and Scale Driving Profitable Growth





**1**

**Profit**
Improvements
with NI's
**New Channel
Strategy**

**2**

**Growth**
**Leveraging
Our Platform**
in New,
Modern Ways

**3**

Improved
**Resiliency**
by **Increasing
Software
Subscription**





**1**

**Profit**
Improvements
with NI's
**New Channel
Strategy**

**2**

**Growth
Leveraging
Our Platform**
in New,
Modern Ways

**3**

Improved
**Resiliency**
by **Increasing
Software
Subscription**





# Historical Approach



SINGLE TIER FOR ALL ACCOUNTS





## Historical Approach















TIER 1

TIER 2

TIER 3



TIER 1 & 2

## Tiered Direct Sales Model



**TIER 1** — ~100 High-Potential Accounts
Field Coverage

**TIER 2** — Target Customer Segments
Inside Coverage

**TIER 3** — Geography-Based
Inside Coverage

▲ **82%**
INCREASED AVERAGE DEAL SIZE

▲ **147%**
INCREASED PIPELINE

▲ **157%**
INCREASED WON OPPORTUNITIES

2017-2022




**Tiered Direct Sales Model Tier 1 & 2**

**+**

**New Channel Strategy Tier 3**

TIER 1

**~100 High-Potential Accounts
Field Coverage**

TIER 2

**Target Customer Segments
Inside Coverage**

TIER 3

**Distribution and Digital**

# 32%

SG&A AS PERCENTAGE OF REVENUE

TARGET SG&A % IN 2022 AHEAD OF PLAN

▲ 26%

SALES AND MARKETING REVENUE/
HEADCOUNT PRODUCTIVITY IMPROVEMENT

2020-2021



# Distribution Strategy Expands Customer Reach



"Avnet is proud that Farnell has been selected as NI's first full-service global distribution partner. The relationship is having a powerful impact for NI and Farnell, with NI's focus on customizable solutions and software adding value to our mutual customers."

**PHIL GALLAGHER**

AVNET CHIEF EXECUTIVE OFFICER



# Enabling Self-Service and Reducing Support Costs with Leading Digital Experience

## 2X
TRAFFIC VS COMPETITION

## 91%
TECHNICAL SUPPORT
CASES HANDLED DIGITALLY



ni.com



# Improving Profit through Distribution and Digital



Tiered Direct Sales Model Tier 1 & 2

+

**New Channel Strategy Tier 3**

TIER 1 — **~100 High-Potential Accounts Field Coverage**

TIER 2 — Target Customer Segments Inside Coverage

TIER 3 — **Distribution and Digital**

## 23%
HIGHER CONTRIBUTION MARGIN THAN DIRECT

## 22%
NON-DIRECT AVERAGE GROWTH SINCE Q1 2021





**1**

**Profit** Improvements with NI's **New Channel Strategy**

**2**

**Growth** **Leveraging Our Platform** in New, Modern Ways

**3**

Improved **Resiliency** by **Increasing Software Subscription**



# Leveraging Platform for Growth in New, Modern Ways



# NI Platform Helped Philips Reduce Development Time by 80%.









"We consider NI DAQ hardware the industry standard for production test applications. The close integration with NI software ensures ready access to our coverage requirements."

**CHRISTIAN WOLF**

GLOBAL MANUFACTURING TEST MANAGER, GN AUDIO

# 2.5X

TEST COVERAGE INCREASE

# MILLIONS

PRODUCTS TESTED







# Simplifying Platform to Scale

REDUCTION IN TIME-TO MEASUREMENT

6  45

HOURS                    MINUTES



# Leveraging Platform for Growth in New, Modern Ways

**25%**

2 YEAR
NI BOOKINGS CAGR





**1**

**Profit**
Improvements
with NI's
**New Channel
Strategy**

**2**

**Growth**
**Leveraging
Our Platform**
in New,
Modern Ways

**3**

Improved
**Resiliency**
by **Increasing
Software
Subscription**

 

# Software Differentiation and Leadership



# Software Differentiation and Leadership



# Software Differentiation and Leadership



# NI Software Delivers Performance through Standardization

**50%**    REDUCTION IN VALIDATION TIME

**17%**    INCREASE IN MANUFACTURING YIELD

**33%**    REDUCTION IN MAINTENANCE COST

"A smarter product requires smarter test equipment"

 EI ELECTRONICS



# Improving Resiliency with Software Subscription

**+85%** AUGUST 2022
RECURRING SOFTWARE





# NI Strategy Drives Business Resiliency

**$500M** ANNUAL RECURRING REVENUE GOAL IN 2025

20% CAGR 2022-2025

**Annual Recurring Revenue**

Chart: MILLIONS on Y-axis ($0 to $600), years on X-axis:
- 2022F: ~$295M
- 2023F: ~$390M
- 2024F: ~$450M
- 2025F: ~$500M

ARR INCLUDES SOFTWARE + RECURRING SOFTWARE SERVICES AND HARDWARE SERVICES





**1**

**Profit**
Improvements
with NI's
**New Channel
Strategy**

**2**

**Growth**
**Leveraging
Our Platform**
in New,
Modern Ways

**3**

Improved
**Resiliency**
by **Increasing
Software
Subscription**



# Karen Rapp

CFO





# Financial Transformation

# Business Transformation Driving Financial Momentum

✓ **Revenue Growth Above the Market**

Mid-to-high single digit CAGR through 2025

Continue to grow share over the next 3 years

---

✓ **500 bps of Improvement in Non-GAAP Operating Margin Over the Next 3 Years**

25% Non-GAAP operating margin by 2025

---

✓ **Resiliency and Scale Built into the Business**

Cash generation and solid shareholder returns



# Business Transformation Driving Financial Momentum



✓ **Revenue Growth Above the Market**

Mid-to-high single digit CAGR through 2025

Continue to grow share over the next 3 years

✓ **500 bps of Improvement in Non-GAAP Operating Margin Over the Next 3 Years**

25% Non-GAAP operating margin by 2025

✓ **Resiliency and Scale Built into the Business**

Cash generation and solid shareholder returns



# Strong Demand, Ahead of Revenue Goals

| Book-to-Bill | Q1 21 | Q2 21 | Q3 21 | Q4 21 | Q1 22 | Q2 22 |
|---|---|---|---|---|---|---|
| | 1.11 | 1.15 | 1.12 | 1.07 | 1.19 | 1.18 |

JUNE 30, 2022 ~8 WEEKS LEAD-TIME

*MARKET EXPECTATION AS OF JULY 27, 2022

ni.com

# Focused Investment Strategy Enables
# Share Growth in a Large and Growing End Market

**NI Revenue Growth
Year-over-Year**

**Focused and Sustained R&D Investment
to Enable Growth > The Market**

~10% OF $17B

NI ADDRESSABLE MARKET
LAST 6 QUARTERS OF SHARE GAINS



| Q121 | Q221 | Q321 | Q421 | Q122 | Q222 |
|------|------|------|------|------|------|
| 9% | 15% | 19% | 14% | 15% | 14% |

RF/Wireless

EV/ADAS

Software

Broad Base Applications

**Total NI R&D**

2016-2021

~20%

OF REVENUE

2022-2025

18-19%

OF REVENUE



# Path to Double-Digit Revenue Growth in 2023
## Across a Range of Macro Scenarios

### Tailwinds

Full-year of 2022 EV acquisitions, plus growth synergy from the combination

Full-year of 2022 price increases, plus 2023 price increases

Distribution inventory stocking

### Plus

Ability to moderate backlog as supply constraints ease

**Potential Scenarios**

| Global GDP | '23 Bookings YoY | Tailwinds | Backlog Change | Revenue Growth YoY | Ending Lead-Time Assumption |
|---|---|---|---|---|---|
| Recession | -5% | $60-$90 | ($110M)-($140M) | 13%-15% | 3-4 WEEKS |
| Slowdown | 0% | $70-$90 | ($70M)-($90M) | 15%-17% | 4-5 WEEKS |
| Modest Growth | 5% | $70-$90 | ($30M) – ($50M) | 18%-20% | 5-6 WEEKS |
| Continued Growth | 10% | $70-$100 | FLAT to GROW | >20% | 6-7 WEEKS |



# Focus Areas Enable Mid-To-High Single Digit Revenue CAGR through 2025

| | 2020<br>ACTUALS | 2022<br>FORECAST* | 2022-2025<br>3-YEAR CAGR GOAL | 2025<br>LOW | 2025<br>HIGH |
|---|---|---|---|---|---|
| **Semiconductor** | 326 | 430-450 | 10-15% | ~570 | ~680 |
| **Transportation** | 167 | 300-320 | 15-20% | ~450 | ~550 |
| **Aerospace, Defense, and Government** | 343 | 410-440 | 6-9% | ~490 | ~570 |
| **Portfolio** ALL OTHER INDUSTRIES | 453 | 510-530 | 3-6% | ~560 | ~630 |
| **Total NI (Revenue $M)** | $1.3B | ~1.7B | MSD-HSD<br>= SHARE GAINS | ~$2.1B<br>7% CAGR | ~$2.4B<br>13% CAGR |

*ACTUAL REVENUE MIX MAY FLUCTUATE BASED ON COMPONENT AVAILABILITY



# Business Transformation Driving Financial Momentum

✅ **Revenue Growth Above the Market**

Mid-to-high single digit CAGR through 2025

Continue to grow share over the next 3 years



✅ **500 bps of Improvement in Non-GAAP Operating Margin Over the Next 3 Years**

25% Non-GAAP operating margin by 2025

✅ **Resiliency and Scale Built into the Business**

Cash generation and solid shareholder returns

ni.com



# Reset Our Financial Baseline for Profit Expansion

| | | 2016A (% of Revenue) | 2022F (% of Revenue) | '16-'22F Improvement |
|---|---|---|---|---|
| **Customer Value Creation Offset by Temporary Supply Crisis** | **Non-GAAP Gross Margin** | 77% | 71% | **-6%** SUPPLY CRISIS |
| **Increasing R&D Effectiveness** | **R&D** | 21% | 19% | ▲ **+2%** |
| **Continued Channel Optimization and G&A Cost Management** | **SG&A** | 44% | 32% | ▲ **+12%** |
| **Non-GAAP Operating Margin** | | 12% | 20% | ▲ **+8%** |

**Temporary GM Headwinds**
Broker Purchases
Freight

**R&D Leverage**
Segmenting/Platform
Emerging Locations

**Sales Channel Optimization**
Tier 1 Potential
Distribution
Self-Service

**Variable Cost Structure**
Employee Compensation
External Resources

**Cost structure that enables scale with revenue growth**

# Supply Chain Status

Supplier **lead-times are long but stabilizing**, with fewer pushouts and improving commits

Still gated by **some "golden screw" materials**, leveraging broker purchasing to bridge gaps

Continue to have **competitive lead-times**, and existing order loss due to lead-time <1%

**Key Actions Taken:** Inventory build, product re-designs, supplier escalations, alternative suppliers



The majority of broker fees will be amortized across product shipments in 2022, ~$70M

Estimating ~$30M in 2023

**Broker Purchase Price Variance ($M in COGS)**

| 2021 | 1H 2022 | 2H 2022 Est | 1H 2023 Est | 2H 2023 Est |
|------|---------|-------------|-------------|-------------|
| 7 | 32 | ~40 | ~20 | <10 |

ESTIMATES ASSUME EASING IN SUPPLY CONSTRAINTS STARTING 2H 2022



# Temporary Non-GAAP Gross Margin Headwinds Become Tailwinds

## Expect Non-GAAP Gross Margin to Return to Mid-70%'s

76% 75% 77% 76% 77% 76% 74% 73% 74% 73% 76% 76% 77% 77% 77% 79% 79% 78% 76% 77% 77% 77% 77% 78% 78% 75% 75% 71% 73% 74% 74%

2021
75%

PRICE INCREASES
+2%

BROKER PRICING & FREIGHT
-5%

MIX
-1%

2022
71%

PRICE INCREASES
+1%

BROKER PRICING & FREIGHT
+2%

MIX
-1%

2023
73%

2022 AND 2023 ESTIMATES

1995 1996 1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 2018 2019 2020 2021 2022 2023 2024 2025
EST EST EST EST

ni.com



# Momentum + Tailwinds + Operating Leverage

| | 2016 | | 2022 Target | | 2025 Model |
|---|---|---|---|---|---|
| Revenue | $1.2B | → | $1.7B | → | MSD-HSD 2023-2025 |
| Non-GAAP Gross Margin | 77% | → | 71% | → | 74% |
| R&D Spend as % of Revenue | 21% | → | 19% | → | 18-19% |
| SG&A Spend as % of Revenue | 44% | → | 32% | → | 30-31% |
| Non-GAAP Operating Margin | 12% | → | 20% | → | 25% |



# Business Transformation Driving Financial Momentum

✅ **Revenue Growth Above the Market**

Mid-to-high single digit CAGR through 2025

Continue to grow share over the next 3 years

✅ **500 bps of Improvement in Non-GAAP Operating Margin Over the Next 3 Years**

25% Non-GAAP operating margin by 2025

✅ **Resiliency and Scale Built into the Business**

Cash generation and solid shareholder returns



# Converting Non-GAAP Net Income to Cash

## History of Strong Cash Generation

### $1.1B

CASH FLOW GENERATED FROM OPERATIONS 2016-2020

### 131%

CONVERSION OF NON-GAAP NET INCOME TO CASH FLOW FROM OPERATIONS 2016-2020



Temporary Inventory Investment Becomes a Tailwind in 2023+

2021 Inventory Investment $95M = 42%

106%

64%

CFFO | Inventory Change | CFFO % of NG Net Income

ni.com



# Balanced Capital Allocation

Investing in Growth and Returning Excess Cash to Shareholders

**1H 2022
Return To Shareholders**

Revenue Growth > Market

Dividend of $74M

Share Repurchases of $70M

**Cash Priorities**

Organic growth through R&D

Growth acceleration through inorganic investments

Return capital through dividend

Share repurchase to offset dilution

# Growth Acceleration through M&A

## Lenses for Consideration

### 1. Industry-Specific Business Units

Tuck-ins to accelerate growth strategy

Opportunity to expand SAM via IP and expertise

### 2. Corporate Platform

Technology/software to enhance differentiation

Sold into multiple industries

## Operational Alignment

Customer footprint, Channel fit

Company culture alignment, ability to retain key talent

Manufacturing and supply chain leverage

## Financial Criteria

Make vs Buy financial criteria

Willing to leverage our strong balance sheet for the right opportunity

# Business Transformation Driving Financial Momentum

 **Revenue Growth Above the Market**

Mid-to-high single digit CAGR through 2025

Continue to grow share over the next 3 years

---

✓ **500 bps of Improvement in Non-GAAP Operating Margin Over the Next 3 Years**

25% Non-GAAP operating margin by 2025

---

✓ **Resiliency and Scale Built into the Business**

Cash generation and solid shareholder returns

ni.com



# Eric Starkloff

PRESIDENT AND CEO

ni.com



# Corporate Impact Strategy

| Change the Faces of Engineering | Build an Equitable and Thriving Society | Engineer a Healthy Planet |
| --- | --- | --- |
| Diverse Representation | Pay Equity | Climate Neutrality |
| Diverse Leadership | Employee Engagement | Circular Product Design |
| Inclusive Company | Employee Wellbeing | Zero Waste |
| Diversify STEM Pipeline | Supplier Equity & Diversity | LEED & WELL Buildings |
| STEM Education | Giving & Volunteering | Sustainable Innovation |



# Key Themes

- Relentless Focus On Transformation since 2017 Has Strengthened Results
- Well Positioned Portfolio in Attractive High Growth Sub-Segments
- Continued Leverage and Scale with Improving Recurring Revenue
- Momentum On Our Side, Confident about Our Financial Future



# Engineer Ambitiously