**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
|---|---|---|---|---|
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Noam Mandel
noam@rgrdlaw.com

August 26, 2024

<u>VIA ECF</u>

The Honorable Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

　　　Re:　　*In re National Instruments Corp. Securities Litigation*,
　　　　　　<u>Case No. 1:23-cv-10488-DLC (S.D.N.Y.)</u>

Dear Judge Cote:

　　　We represent Lead Plaintiff Wayne County Employees' Retirement System in this matter. We write to notify the Court of a recent Summary Order issued by the U.S. Court of Appeals for the Second Circuit in *City of Riviera Beach General Employees Retirement System v. Macquarie Infrastructure Corp.*, Case No. 21-2524 (2d Cir. Aug. 19, 2024) ("Order").  The Order, attached as Exhibit A hereto, constitutes the Second Circuit's post-remand treatment of the case at issue in the Supreme Court's recent opinion in *Macquarie Infrastructure Corp. v. Moab Partners, L.P.*, 601 U.S. 257 (2024) ("*Macquarie*").

　　　Consistent with the arguments set forth in Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint ("Opposition") (ECF No. 36), the Second Circuit's Order recognizes that *Macquarie* held only that "Rule 10b-5(b) does not proscribe pure omissions," and did not otherwise disturb existing precedents concerning either Rule 10b-5(b) claims pertaining to "half-truths" or claims under Rules 10b-5(a) and (c).  Order at 4-5; *see also* Opposition at 2-3, 8-11.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Noam Mandel*

　　　　　　　　　　　　　　　　　　Noam Mandel

　　cc:　　All Counsel of Record (via ECF)