```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
IN RE NATIONAL INSTRUMENTS               :     23cv10488 (DLC)
CORPORATION SECURITIES LITIGATION        :
                                         :           ORDER
-----------------------------------------X
```

DENISE COTE, District Judge:

On April 26, 2024, the defendants filed a motion to dismiss the amended complaint in this action pursuant to Rule 12(b)(6), Fed. R. Civ. P. The motion was fully submitted on May 31, 2024. It is hereby

ORDERED that the parties shall appear at a conference on **September 4, 2024** at **11:00 AM** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties shall be prepared to address whether National Instruments Corporation repurchased any stock on May 25, 26, 27, 30, and 31 of 2022 and on August 1 and 2 of 2022.

Dated:     New York, New York
           August 27, 2024

                                  _____
                                          DENISE COTE
                                  United States District Judge