```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   23cv10488(DLC)
IN RE NATIONAL INSTRUMENTS SECURITIES    :
LITIGATION                               :   ORDER
                                         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The defendants' April 26, 2024 motion to dismiss having been denied in part on September 6, 2024, it is hereby

ORDERED that a conference shall be held in this case on October 11, 2024 at 2:30 P.M. in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated:   New York, New York
         September 6, 2024

                              _____
                                       DENISE COTE
                              United States District Judge