UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
IN RE NATIONAL INSTRUMENTS CORPORATION  :        23cv10488 (DLC)
SECURITIES LITIGATION                      :
                                           :              ORDER
                                           :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

The lead plaintiff's January 15, 2025 letter-motion seeks to compel the defendants to produce custodial documents through January 2023.  The defendants' January 16 responsive letter takes the position that such "unrestricted" discovery of their documents should not extend past October 2022.  Instead, the defendants have expressed to the lead plaintiff that they are "willing to consider targeted, specific requests for information from beyond October 31."  The lead plaintiff submitted another letter on January 17, arguing that the defendants' letter incorrectly stated that a statutory damages cap is applicable to this case.

The Opinion of September 6, 2024 partially granted the defendants' motion to dismiss and thereby narrowed the claims at issue in this case, such that it is not necessary to extend the defendants' general process of applying search terms and reviewing custodial documents for relevance past October 2022. This conclusion is unaffected by the lead plaintiff's January 17

letter regarding the applicability of a statutory damages cap. Accordingly, it is hereby

ORDERED that the lead plaintiff's January 15, 2025 letter-motion is denied.  If the lead plaintiff brings targeted requests for discovery post-dating October 2022, the parties shall confer and, if needed, they may seek assistance from the Court to resolve any disagreement regarding such requests.

Dated:    New York, New York
          January 17, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge

2