UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| In re NATIONAL INSTRUMENTS CORPORATION SECURITIES LITIGATION | : : | Civil Action No. 1:23-cv-10488-DLC |
| | x | CLASS ACTION |

**DECLARATION OF NOAM MANDEL IN SUPPORT OF
LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND
APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL**

I, NOAM MANDEL, declare as follows:

1.      I am a member in good standing of the bar of the state of New York.  I am a partner in the law firm of Robbins Geller Rudman & Dowd LLP.  I submit this Declaration in Support of Lead Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Declaration of Gerard Grysko in Support of Lead Plaintiff's Motion for Class Certification, dated April 30, 2025;

Exhibit B:    Expert Report of Matthew D. Cain, Ph.D., dated May 2, 2025; and

Exhibit C:    Firm Résumé of Robbins Geller Rudman & Dowd LLP.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 2nd of May 2025.



*/s/ Noam Mandel*
NOAM MANDEL