# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
                                                      :
                                                      :
IN RE NATIONAL INSTRUMENTS              :    Civil Action No. 1:23-cv-10488-DLC
CORPORATION SECURITIES LITIGATION :
                                                      :    CLASS ACTION
                                                      :
                                                      :    DECLARATION OF GERARD GRYSKO IN
                                                      :    SUPPORT OF LEAD PLAINTIFF'S
                                                      :    MOTION FOR CLASS CERTIFICATION
                                                      :
                                                      :
———————————————————— x

I, GERARD GRYSKO, declare as follows:

1.      I am the Deputy Director of Wayne County Employees' Retirement System ("Lead Plaintiff" or "WCERS") and am authorized to make this declaration on its behalf.  I have also been responsible for overseeing this litigation on behalf of WCERS.

2.      I respectfully submit this declaration in support of Lead Plaintiff's Motion for Class Certification.

3.      WCERS is a public pension fund providing retirement and related benefits for current and former public employees of Wayne County, Michigan.  With approximately $1 billion in assets, WCERS provides services and benefits to over 8,000 members and retirees.

4.      WCERS sold thousands of shares of National Instruments common stock during the proposed class period of August 12, 2022 through September 30, 2022.  *See* ECF No. 19-2.

5.      WCERS was appointed as a Lead Plaintiff in this action on February 16, 2024, *see* ECF 23, and now seeks appointment as a class representative.

6.      As a Lead Plaintiff, WCERS has reviewed and monitored the progress of this litigation and the activities of Lead Counsel Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), and it will continue to do so if appointed a class representative.  For example, WCERS has and will continue to regularly communicate with Robbins Geller about various aspects of this

litigation, including pleadings, motion practice, discovery, court orders and other case developments.

7.      WCERS has also received and reviewed key documents in this case, including the amended complaint, the briefing on defendants' motion to dismiss, the Court's decision appointing WCERS as lead plaintiff, and the Court's decision denying defendants' motion to dismiss. WCERS has also diligently participated in discovery, including by serving initial disclosures and written responses to defendants' document requests and interrogatories, and searching for and producing documents to defendants.  If called upon, WCERS is willing to provide testimony at deposition and trial, if necessary.

8.      WCERS understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors to direct securities class actions.  WCERS is willing and able to serve as a class representative, and if appointed, will vigorously prosecute this litigation in order to maximize recovery for the proposed class.

9.      WCERS understands that as a class representative it would owe a fiduciary duty to all members of the proposed class to provide fair and adequate representation and will continue to work with Robbins Geller to act in the best interest of, and obtain, the best possible recovery for, the proposed class.

10.      WCERS makes the accompanying motion to have Robbins Geller certified as class counsel based on the firm's substantial experience and expertise in prosecuting securities class actions.  In addition, WCERS believes that Robbins Geller possesses the necessary financial and human resources to effectively and successfully prosecute this case, as it has to date, through trial and any post-trial appeals.

11.    For all of these reasons and for those described in the other documents that are being filed in connection with Lead Plaintiff's Motion for Class Certification, WCERS respectfully requests that the Court grant the Motion for Class Certification, appoint WCERS a Class Representative, and appoint Robbins Geller as Class Counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 30th day of April, 2025 at 28 W. Adams Detroit MI. 48226.

GERARD GRYSKO
DEPUTY DIRECTOR OF WAYNE COUNTY
EMPLOYEES' RETIREMENT SYSTEM

- 3 -