UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x
In re NATIONAL INSTRUMENTS            :      Civ. A. No. 1:23-cv-10488-DLC
CORPORATION SECURITIES LITIGATION    :
_____ x      CLASS ACTION

**DECLARATION OF J. RUSSELL JACKSON IN SUPPORT OF
DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO
LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND
APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL**

I, J. RUSSELL JACKSON, declare as follows:

1.  I am a member in good standing of the bar of the state of New York.  I am a partner in the law firm of Dowd Bennett LLP.

2.  I submit this Declaration in Support of Defendants' Memorandum of Law in Opposition to Lead Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel.

3.  Attached are true and correct copies of the following Exhibits:

Exhibit 1: Expert Report of Defendants' Expert David J. Denis, PhD. [*Filed with redactions, and the true and correct copy filed temporarily under seal, pending leave of Court.*]

Exhibit 2: Excerpts from Transcript of June 3, 2025, Deposition of Plaintiff's Expert, Matthew D. Cain, PhD. [*Filed temporarily under seal, pending leave of Court.*]

Exhibit 3: National Instruments Corporation's Form 8-K, January 13, 2023, with Exhibit 99.1 (Press Release, "NI Announces Commencement of Strategic Review Process) to Form 8-K, as available from the SEC's EDGAR database, at https://www.sec.gov/edgar.

Exhibit 4: National Instruments' Corporation and Emerson Electric Co.'s Sched. 14A Preliminary Proxy, January 17, 2023, containing Emerson investor call transcript, as available from the SEC's EDGAR database, at https://www.sec.gov/edgar.

Exhibit 5: National Instruments' Corporation and Emerson Electric Co.'s Sched. 14A Preliminary Proxy, containing images of Emerson's Investor Presentation Slides and pages from Emerson website www.maximizingvalueatni.com, as available from the SEC's EDGAR database, at https://www.sec.gov/edgar.

Exhibit 6: Expert Report of Defendants' Expert Shane Goodwin, PhD.

Exhibit 7: August 2, 2022, and August 11, 2022, emails produced in discovery by National Instruments with beginning Bates NAT-SL-00009611 and NAT-SL-00009179.

1

2

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 16th day of June, 2025.

*/s/ J. Russell Jackson*
J. RUSSELL JACKSON

2