UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

In re NATIONAL INSTRUMENTS          :    Civil Action No. 1:23-cv-10488-DLC
CORPORATION SECURITIES LITIGATION :
_____ x    CLASS ACTION

**DECLARATION OF NOAM MANDEL IN FURTHER SUPPORT OF LEAD
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF
CLASS REPRESENTATIVE AND CLASS COUNSEL**

I, NOAM MANDEL, declare as follows:

1.      I am a member in good standing of the bar of the state of New York.  I am a partner in the law firm of Robbins Geller Rudman & Dowd LLP.  I submit this Declaration in Further Support of Lead Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Expert Report of Matthew D. Cain, Ph.D., dated July 28, 2025;

Exhibit B:    Transcript excerpts of the deposition of David J. Denis, Ph.D., dated July 21, 2025; and

Exhibit C:    Transcript excerpts of the deposition of Gerard Grysko, dated June 5, 2025.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 28th of July 2025.



*/s/ Noam Mandel*
NOAM MANDEL