# EXHIBIT C

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

IN RE:  NATIONAL INSTRUMENTS |  Case No. 1:23-cv-10488 (DLC)

|

CORPORATION SECURITIES        |

|

LITIGATION                    |

_____|

The Video Recorded Deposition of GERARD GRYSKO,

Taken at 28 West Adams Avenue, Suite 1900,

Detroit, Michigan,

Commencing at 9:44 a.m.,

Thursday, June 5, 2025,

Before Leisa M. Pastor, CSR-3500, RPR, CRR.

Veritext Job #7407361

Page 41

Q.    Putting aside any alleged scheme, as a matter of the transactional record in National Instruments' stock, do you know if the system realized a loss in its investment in National Instruments?

MS. CUMMINGS:  Objection to form. Compound.  Lack of foundation.  Speculation -- calls for speculation.  Calls for expertise or expert testimony.

BY MS. BRAUN:

Q.    You can answer.

A.    Could you repeat the question, please?

Q.    Do you know whether National -- sorry, whether the system lost money on its investment in National Instruments?

MS. CUMMINGS:  Objection to form.

A.    Well, again, you know, damages would be have to -- have to be determined by an expert in this matter.

BY MS. BRAUN:

Q.    Have you looked at the transactional records of the system's investments in National Instruments?

MS. CUMMINGS:  Objection to form.

A.    Yes.

BY MS. BRAUN:

Q.    Do you know whether the ultimate outcome of the system's investment in National Instruments was a gain

Page 42

financially?

MS. CUMMINGS:  Objection, form.

A.    Well, the system's responsible for paying pensions. We're a -- we have to pay $11 million a month in pensions.  We have a billion dollars.  So out of that, we have to come up with money to pay $11 million.  So we need investment income, and we need all the income.

So if -- so if we didn't get the maximum amount we could have got absent those disclosures, we were damaged, but -- because we owe -- we owe the pension -- we have a fiduciary responsibility to pay these pensioners every month, 4,500 of them.

BY MS. BRAUN:

Q.    So I'm asking a question that's not about damages. Damages will be decided by an expert and ultimately the Court's concern for another party.

Was the system's -- sorry, did the system's investments in National Instruments ultimately result in a positive dollar amount?

MS. CUMMINGS:  Objection to form.  Lack of foundation.

BY MS. BRAUN:

Q.    Do you know if the system's investments resulted in a positive gain?

MS. CUMMINGS:  Same objection.