**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

July 28, 2025

<u>VIA ECF</u>

The Honorable Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *In re National Instruments Corp. Securities Litigation*,
              <u>Case No. 1:23-cv-10488-DLC (S.D.N.Y.)</u>

Dear Judge Cote:

      In accordance with Rule 8.B of Your Honor's Individual Practices in Civil Cases and the Stipulation and Protective Order (ECF 57) (the "Protective Order"), Lead Plaintiff respectfully requests leave to file the following materials with redactions:

- Lead Plaintiff's Reply Memorandum of Law in Further Support of Lead Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel ("Class Certification Reply Brief"); and

- The Expert Report of Matthew D. Cain, Ph.D. (the "Merits Report"), submitted in support of the Class Certification Reply Brief as Ex. A to the Declaration of Noam Mandel in Support of the Motion ("Mandel Decl.").

      In addition, Lead Plaintiff respectfully requests leave to file under seal excerpts of the deposition transcript of David J. Denis, Ph.D. ("Dr. Denis"), submitted in support of the Class Certification Reply Brief as Ex. B to the Mandel Decl.

      The Class Certification Reply Brief and the Merits Report quote from and cite documents that Defendants and third party, Bank of America Securities, Inc. ("BofA"), have designated as confidential under the Protective Order. The transcript of the deposition of Dr. Denis remains confidential by default under paragraph 3(c) of the Protective Order at this time. Accordingly, Lead Plaintiff respectfully seeks the Court's permission to file redacted versions of the Class Certification

The Honorable Denise L. Cote
July 28, 2025
Page 2

Reply Brief and the Merits Report, and to file excerpts of the deposition transcript of Dr. Denis under seal.

Although Lead Plaintiff takes no position regarding whether the information in the foregoing materials qualify for redaction or filing under seal, Lead Plaintiff has filed these materials with redactions or under seal in compliance with the Court's Rule 8.B based on Defendants' and BofA's confidentiality designations and paragraph 3(c) of the Protective Order.[1]

Respectfully submitted,

/s/ Noam Mandel

Noam Mandel

*Confidentiality designations are insufficient to support redaction. Any explanation for redactions is due 8/5/25.*

*Denise Cote*
*7/29/25*

---

[1] Lead Plaintiff also attaches hereto an Appendix identifying all Parties and Attorneys of Record who should have access to the sealed documents.

**Robbins Geller
Rudman & Dowd LLP**

The Honorable Denise L. Cote
July 28, 2025
Page 3

## APPENDIX

Parties:

1. Wayne County Employees' Retirement System
2. National Instruments Corporation
3. Eric Starkloff
4. Michael McGrath

Attorneys:

1. Noam Mandel
2. Desiree Cummings
3. Chad Johnson
4. Christopher T. Gilroy
5. Alyssa H. Plascoff
6. James F. Bennett
7. John D. Comerford
8. Andrew Ditchfield
9. Jeremy M. Hofman
10. Megan S. Heinz