**Robbins Geller Rudman & Dowd LLP**

Chicago    Melville    Nashville    San Diego    Wilmington
Boca Raton    Manhattan    Philadelphia    San Francisco    Washington, D.C.

Noam Mandel
noam@rgrdlaw.com
212-432-5155

August 4, 2025

VIA ECF

The Honorable Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *In re National Instruments Corp. Securities Litigation*,
Case No. 1:23-cv-10488-DLC (S.D.N.Y.)

Dear Judge Cote:

We represent Lead Plaintiff Wayne County Employees' Retirement System in this matter. We write to notify the Court of a recent Summary Order issued by the U.S. Court of Appeals for the Second Circuit in *City of Philadelphia v. Banc of America Securities LLC*, Case No. 24-297, 2025 WL 2180607 (2d Cir. Aug. 1, 2025) ("Order"). The Order, attached hereto as Exhibit A, affirms the district court's order granting plaintiffs' motion for class certification in a case alleging antitrust violations related to securities.

Consistent with the arguments in Lead Plaintiff's Reply Memorandum of Law in Further Support of Lead Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel ("Reply") (ECF No. 84), the Second Circuit's Order recognizes that the district court was not "required to resolve the disputes between the parties' dueling expert reports at the class certification stage." Order at *3; *see also* Reply at 7-8. The Order also recognizes that defenses asserted in the defendants' expert report did not defeat class certification because they raised common issues. *See* Order at *3-*4. The same is true here.

Respectfully submitted,

*/s/ Noam Mandel*

Noam Mandel

cc:    All Counsel of Record (via ECF)