**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re NATIONAL INSTRUMENTS CORPORATION
SECURITIES LITIGATION

Civil Action No. 1:23-cv-10488

CLASS ACTION

---

**DECLARATION OF JOHN D. COMERFORD**
**IN SUPPORT OF DEFENDANTS' MOTION FOR CONTINUED REDACTION**

I, JOHN D. COMERFORD, declare as follows:

1.      I am a member in good standing of the bar of the states of Missouri, Illinois, and Colorado. I have been admitted by this Court to appear Pro Hac Vice as counsel for Defendants in this case. I am a partner in the law firm of Dowd Bennett LLP.

2.      I submit this Declaration in Support of Defendants' Justifications for Continued Redaction.

3.      Attached are true and correct copies of the following Exhibits:

Exhibit A: Expert Report of Matthew D. Cain, Ph.D. [*Filed by Lead Plaintiff on July 28, 2025. Defendants have filed a copy with redactions and a copy temporarily under seal, pending leave of Court, that highlights Defendants' requested redactions*.]

Exhibit B: Reply Memorandum of Law in Further Support of Lead Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel. [*Filed by Lead Plaintiff on July 28, 2025. Defendants have filed a copy with redactions and a copy temporarily under seal, pending leave of Court, that highlights Defendants' requested redactions*.]

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 8th day of August, 2025.

*(signature)*

John D. Comerford

2