```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    23cv10488 (DLC)
IN RE NATIONAL INSTRUMENTS SECURITIES   :
LITIGATION                              :         ORDER
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    Wolf Popper LLP appears on the Robbins Geller Rudman & Dowd LLP ("Robbins Geller") briefs in support of class certification. It is hereby

    ORDERED that Robbins Geller is reminded that the Court has not appointed any law firm other than Robbins Geller to represent the class.

Dated:    New York, New York
           September 19, 2025

                                    _____
                                        DENISE COTE
                              United States District Judge