```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :   23cv10488 (DLC)
IN RE NATIONAL INSTRUMENTS SECURITIES     :
LITIGATION                                :        ORDER
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

An Order of October 11, 2024 instructed the parties to arrange for mediation. The parties had expressed their preference to arrange for a private mediator. The parties conducted mediation on March 5, 2025 and were unsuccessful in resolving the dispute. It is hereby

ORDERED that the parties arrange for renewed mediation to occur in **October 2025.**

Dated:    New York, New York
          September 22, 2025

                                    _____
                                              DENISE COTE
                                     United States District Judge