UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

                                        x

In re NATIONAL INSTRUMENTS       :      Civ. A. No. 1:23-cv-10488-DLC
CORPORATION SECURITIES LITIGATION  :

                                          x      <u>CLASS ACTION</u>

**DECLARATION OF JAMES F. BENNETT IN SUPPORT
OF DEFENDANTS' RULE 56.1 STATEMENT OF UNDISPUTED
MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, JAMES F. BENNETT, declare as follows:

1.  I am a member in good standing of the bar of the states of Missouri and Illinois. I have been admitted by this Court to appear Pro Hac Vice as counsel for Defendants in this case. I am a partner in the law firm of Dowd Bennett LLP.

2.  I submit this Declaration in Support of Defendants' Rule 56.1 Statement of Undisputed Material Facts in Support of Motion for Summary Judgment.

3.  Attached are true and correct copies of the following Exhibits:

Exhibit 1: National Instruments Corporation Proxy Statement, May 25, 2023.

Exhibit 2: Excerpts from Transcript of October 23, 2025 Deposition of Eric Starkloff. [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 3: Excerpts from Transcript of September 30, 2025 Deposition of Michael McGrath. [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 4: Excerpts of February 16, 2022 National Instruments Board Book, January 19, 2022 Board of Directors' Meeting Minutes and Exhibit G. Beginning Bates: NAT-SL-00000001. [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 5: National Instruments Form 10-K for the fiscal year ended December 31, 2021 (signed February 22, 2022).

Exhibit 6: Excerpts from Transcript of September 3, 2025 Deposition of Karen Rapp. [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 7: Excerpts from Transcript of October 9, 2025 Deposition of Eddie Dixon. [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 8: National Instruments Corporation Insider Trading Policy (adopted on April 29, 2020). Beginning Bates: NAT-SL-00021247.

Exhibit 9: Excerpts from Transcript of October 30, 2025 Deposition of Kevin Ilcisin.

1

Exhibit 10: May 25, 2022 email and letter from Lal Karsanbhai to Eric Starkloff. Beginning Bates: NAT-SL-00001263

Exhibit 11: June 8, 2022 email chain including Albert Percival, Eddie Dixon, and Sabastian Niles. Beginning Bates: NAT-SL-00019515.

Exhibit 12: May 20-26, 2022 email chain between Eddie Dixon and Sabastian Niles. Beginning Bates: NAT-SL-00017404.

Exhibit 13: May 25, 2022 email from Sabastian Niles. Beginning Bates: NAT-SL-00016105. [*Filed under seal, pending leave of Court.*]

Exhibit 14: May 26, 2022 National Instruments Board of Directors Special Meeting Minutes. Beginning Bates: NAT-SL-00001449.

Exhibit 15: May 26, 2022 presentation by Wachtell, Lipton, Rosen & Katz. Beginning Bates: NAT-SL-00016114. [*Filed under seal, pending leave of Court.*]

Exhibit 16: May 27, 2022 email from Eddie Dixon. Beginning Bates: NAT-SL-00016270.

Exhibit 17: BofA Securities, Inc. and National Instruments Corporation Engagement Agreement. Beginning Bates: NAT-SL-00001554. [*Filed under seal, pending leave of Court.*]

Exhibit 18: Excerpts from Transcript of October 28, 2025 Deposition of Shawn Liu, representative of BofA Securities, Inc. [*Filed under seal, pending leave of Court.*]

Exhibit 19: June 3, 2022 email chain including Eddie Dixon and Sabastian Niles. Beginning Bates: NAT-SL-00027244. [*Filed under seal, pending leave of Court.*]

Exhibit 20: June 14, 2022 National Instruments Board of Directors Special Meeting Minutes. Beginning Bates: NAT-SL-00001447.

Exhibit 21: June 14, 2022 presentation by Wachtell, Lipton, Rosen & Katz. Beginning Bates: NAT-SL-00016754. [*Filed under seal, pending leave of Court.*]

Exhibit 22: June 14, 2022 email chain between Eddie Dixon and Sabastian Niles. Beginning Bates: NAT-SL-00016989. [*Filed under seal, pending leave of Court.*]

Exhibit 23: June 16, 2022 email and letter from Eric Starkloff to Lal Karsanbhai. Beginning Bates: NAT-SL-00001254.

Exhibit 24: June 22, 2022 email and letter from Lal Karsanbhai to Eric Starkloff and Michael McGrath. Beginning Bates: NAT-SL-00002991.

Exhibit 25: June 30, 2022 email chain including Eric Starkloff and Kevin Ilcisin. Beginning Bates: NAT-SL-00016234.

Exhibit 26: FGS Global Confidential Memorandum to Karen Rapp and Marissa Vidaurri, July 18, 2022. Beginning Bates: NAT-SL-00012657. [*Filed under seal, pending leave of Court.*]

Exhibit 27: MacKenzie Partners, Inc. letter to Karen Rapp, June 28, 2022. Beginning Bates: NAT-SL-00001428. [*Filed under seal, pending leave of Court.*]

Exhibit 28: July 6, 2022 email from Eric Starkloff to Lal Karsanbhai. Beginning Bates: NAT-SL-00001252.

Exhibit 29: July 19-20, 2022 National Instruments Board of Directors Meeting Minutes. Beginning Bates: NAT-SL-00001457. [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 30: July 25, 2022 National Instruments Board of Directors Special Meeting Minutes. Beginning Bates: NAT-SL-00001455.

Exhibit 31: August 2, 2022 email and letter from Eric Starkloff to Lal Karsanbhai. Beginning Bates: NAT-SL-00001239.

Exhibit 32: July 26, 2022 email from Sabastian Niles to Eddie Dixon and Albert Percival. Beginning Bates: NAT-SL-00020234.

Exhibit 33: August 4, 2022 email chain between Karen Rapp, Eddie Dixon, and Albert Percival. Beginning Bates: NAT-SL-00015029.

Exhibit 34: August 4-9, 2022 email chain between Albert Percival, Kwon-Yong Jin, and Sabastian Niles. Produced by Wachtell, Lipton, Rosen & Katz, beginning Bates: WLRK-00004370. [*Filed under seal, pending leave of Court.*]

Exhibit 35: August 5, 2022 email with Microsoft Teams Meeting invitation from Albert Percival. Beginning Bates: NAT-SL-00008685.

3

Exhibit 36: August 8, 2022 email from Sabastian Niles. Beginning Bates: NAT-SL-00016260.

Exhibit 37: August 10, 2022 email chain including Kevin Ilcisin. Beginning Bates: NAT-SL-00014975. [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 38: August 10, 2022 email with Microsoft Teams Meeting invitation from Kevin Ilcisin. Beginning Bates: NAT-SL-00008683.

Exhibit 39: August 10, 2022 email from Eddie Dixon. Beginning Bates: NAT-SL-00008756.

Exhibit 40: August 11, 2022 email from Albert Percival. Beginning Bates: NAT-SL00009179.

Exhibit 41: 10b5-1 Repurchase Plan Agreement between National Instruments Corporation and J.P. Morgan Securities LLC, August 11, 2022. Beginning Bates: NAT-SL-00000765.

Exhibit 42: National Instruments Corporation Trade Confirmation Activity Sheet, summary page. Beginning Bates: NAT-SL-00009178.

Exhibit 43: Eric Starkloff, SEC Form 4, dated August 16, 2022.

Exhibit 44: September 1, 2022 email chain including Eric Starkloff and Eddie Dixon. Beginning Bates: NAT-SL-00017320. [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 45: Declaration of Albert Percival, with exhibits. [*Some exhibits filed with redactions, and the true and correct copy of each filed under seal with requested redactions highlighted, pending leave of Court.*]

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 22nd day of December, 2025.

*/s/ James F. Bennett*
James F. Bennett

4