# EXHIBIT 4



## NI Committee & Special Board Meetings

February 16, 2022

The meetings will be held via Teams access in the calendar invitation.

| February 16 | Committee & Special Board Meeting Schedule | |
|---|---|
| 12:00 – 1:00 | Compensation Committee Meeting |
| 1:00 – 1:15 | Special Nomination & Governance Committee Meeting |
| 1:15 – 2:15 | Audit Committee Meeting |
| 2:15 – 2:30 | Break |
| 2:30 – 4:30 | Special Board Meeting |

| February 16| Special Board of Directors Meeting | | |
|---|---|---|
| **Time** | **Agenda Item / Presenter** | | **Discussion/ Approval** |
| 2:30 | 1. CEO Review and Feedback Closeout | McGrath | Discussion |
| 2:40 | 2. Minutes | McGrath | Approval |
| 2:41 | 3. Q1 Business Update | Starkloff | Discussion |
| 2:50 | 4. Annual Stockholder Meeting Matters | Dixon | Approval |
| 2:55 | 5. 2022 CEO EIP Metrics & Targets | Prescott | Approval |
| 3:05 | 6. 2022 Budget Approval for AIP/EIP Matrix | Starkloff / Rapp | Approval |
| 3:15 | 7. ERM Topic – Shareholder Activism and Competitor Metrics – S. Miller / Centerview Partners | | Discussion |
| 3:45 | 8. Executive Session (with Eric) | | Discussion |

| Pre-read and Support Materials |
|---|
| Supports Item 2.  Minutes – January 19, 2022 |
| Supports Item 4.  Annual Stockholder Meeting – Resolutions |
| Supports Item 5.  2022 CEO EIP Metrics & Targets – Resolutions |

CONFIDENTIAL

NAT-SL-00000001



# Meeting Minutes Approval

Action Required of Board:

Approval of January 19, 2022 Board Meeting Minutes

(the full set of Minutes are in Support Documentation)

ni.com

NI CONFIDENTIAL

CONFIDENTIAL

NAT-SL-00000003



CONFIDENTIAL

NAT-SL-00000047

PRE-READ

### National Instruments Corporation
### Minutes of Board of Directors' Meeting
### January 19, 2022

A meeting of the Board of Directors (the "Board") of National Instruments Corporation (the "Company") was held via video conference on January 19, 2022 at approximately at 8:00 a.m. Each person on the call could hear and be heard by each other person.

Directors present at the meeting were: Michael E. McGrath (Chair), Eric H. Starkloff (also, President and Chief Executive Officer), James E. Cashman, III, Alex M. Davern, Gayla J. Delly, Gerhard P. Fettweis, Liam K. Griffin, and Duy-Loan T. Le. No directors were absent.

Also, in attendance for all or a part of the meeting were: Karen Rapp (Executive Vice President and Chief Financial Officer), R. Eddie Dixon, Jr. (Chief Legal Officer, Senior Vice President and Secretary), Albert Percival (Legal Senior Director and Assistant Secretary), Deborah Donahue (Principal Paralegal), Jason Green (Chief Revenue Officer and Executive Vice President, Portfolio BU), Ritu Favre (Executive Vice President & GM, Business Units), Luke Schreier (Senior Vice President and GM, BU), Josh Mueller (Senior Vice President, Marketing & GM, BU), Drita Roggenbuck (Senior Vice President & GM, BU), Kevin Ilcisin (Senior Vice President, Corporate Strategy), and Thomas Benjamin (Executive Vice President, Chief Technology Officer & Head of Product Analytics).

The Chairman called the meeting to order and announced that a quorum was present.

### Executive Session

The meeting began with the Board meeting in executive session with Mr. Dixon in attendance.

Following the executive session, Ms. Rapp, Mr. Percival and Ms. Donahue joined the meeting. Mr. McGrath reviewed the meeting agenda and protocols for the meeting, and Mr. Percival recorded the minutes.

### Approval of Minutes (Agenda Item 2.1)

The minutes of the Board Meeting and Retreat held October 19 – 20, 2021 were reviewed and unanimously approved.

### Committee Chair Reports (Agenda Item 2.2)

#### Audit Committee

Ms. Delly, Audit Committee Chair, reported on the matters discussed and/or actions taken at the Audit Committee meeting held on January 18, 2022, including the following: the 10-K Filing Schedule; approval of the Ernst & Young ("EY") services since the October Audit Committee meeting; 2021 Audit Committee self-assessment & EY assessment results; a Nash compliance update; Hotline Report and Potential Conflicts of Interest Report; Internal Audit 2021 update and 2022 Plan; the EY update and pre-approval of certain proposed services and fees; 2021 Section 16

CONFIDENTIAL

NAT-SL-00000048

insider trading compliance; EEOC Activity Report; Enterprise Risk Management update on product security; Enterprise Risk Management update on IT security, and; capital allocation strategy. Ms. Delly then reported that separate executive sessions were held with representatives of EY and Ms. Rapp.

### Compensation Committee

Ms. Le, Compensation Committee Chair, reported on the matters discussed and/or actions taken at the Compensation Committee meeting held on January 18, 2022, including the following: review and approval of the 2021 Executive Incentive Program ("EIP") bonus payout amounts for the Executive Officers (excluding the CEO); recommendation that the independent members of the Board approve the 2021 EIP bonus payout amount for Mr. Starkloff; review of the proposed payouts for the 2021 Annual Incentive Plan ("AIP") bonus amount for employees; review of the Total Rewards Philosophy and 2022 EIP Design Principles; review and approval of the 2019 PRSU vesting; review of the 2020 and 2021 PRSU update on TSR position; review of Compensia's 2022 Executive Officer Compensation Assessment and ISS Say-On-Pay Simulation; approval of the $65 million - 2022 RSU Pool for discretionary equity grants; approval of the 2022 compensation for executive officers (excluding the CEO); approval of the ESPP share increase; approval of the new trustee appointment for Israel Equity Incentive Plan and ESPP subplan; approval of adding NH Research LLC (US) to the ESPP, and; recommendation that the independent members of the Board approve CEO compensation for 2022.

### Budget Increase For Additional Bonus Payout (Agenda Item 2.10 – matter intentionally taken up out of order)

Following discussion, on a motion duly made and seconded, the members of the Board approved a motion to increase the 2021 budget from $797 million to $824 million (an increase of $27 million) to fund additional employee bonus payouts of $27 million.

### 2021 CEO Executive Incentive Program ("EIP") Payout (Agenda Item 2.5 – matter intentionally taken up out of order)

The independent members of the Board discussed the recommendations of the Compensation Committee regarding the proposed final 2021 EIP payout amounts for Mr. Starkloff as Chief Executive Officer based on the specific 2021 EIP goal achievements. Following discussion, upon a motion duly made and seconded, the independent members of the Board unanimously adopted the resolutions set forth in **Exhibit A**.

### 2022 CEO Compensation (Base Pay, EIP Target Bonus Percentage and RSU/PRSU Grants) (Agenda Item 2.6 – matter intentionally taken up out of order)

The independent members of the Board discussed the recommendations of the Compensation Committee concerning the 2022 compensation arrangements for Mr. Starkloff, including the annual base salary, EIP incentive bonus percentage, and RSU and PRSU grants.

Following discussion, on a motion duly made and seconded, the independent members of the Board approved the resolutions set forth in **Exhibit B**.

CONFIDENTIAL                                                                NAT-SL-00000049

PRE-READ

### ESPP Share Increase (Agenda Item 2.8 – matter intentionally taken up out of order)

The Board considered the Compensation Committee's recommendation to approve an increase in the number of shares reserved for issuance under the Company's 1994 Employee Stock Purchase Plan (the "ESPP") by 3,000,000 shares. Following discussion, upon a motion duly made and seconded, the Board adopted the resolutions set forth in **Exhibit C**.

### Nomination and Governance Committee

Mr. Cashman, Nomination and Governance Committee Chair, reported on the matters discussed and/or actions taken at the Nomination and Governance Committee meeting held on January 18, 2022, including the following: approval of the independence and committee qualifications of each non-employee director for recommendation to the Board, and; discussion of the Board Skills Matrix Survey Results as well as the Board Self-Evaluation Survey, Board Chair Survey and Nomination & Governance Committee Self-Evaluation Survey results.

### Director and Committee Independence/Audit Independence/Audit Committee Financial Expert Designation (Agenda Item 2.7 – matter intentionally taken up out of order)

The Board discussed the information included in the Board materials regarding the independence of its members, the independence of the Audit Committee, Compensation Committee and Nomination and Governance Committee members, and member qualifications to be an "audit committee financial expert" under applicable SEC and Nasdaq rules. Following this discussion, upon a motion duly made and seconded, the Board adopted the resolutions set forth in **Exhibit D** with each Board member abstaining from the vote related to themselves.

### 2022, 2023 and 2024 Board Calendars (Agenda Item 2.3)

The Board reviewed the 2022, 2023 and 2024 Board Calendars. Following discussion, upon a motion duly made and seconded, the Board approved the changes to the 2022 and 2023 Board Calendars and approved the new 2024 Board Calendar as presented.

### Slate of Executive (Section 16) and Non-Executive Officers (Agenda Item 2.4)

The Board considered the resolutions related to the election and ratification of officers of the Company (including the designation of executive officers for purposes of Section 16 of the Securities Exchange Act of 1934). Following discussion, upon a motion duly made and seconded, the Board unanimously adopted the resolutions set forth in **Exhibit E**.

### Board Self-Evaluation and Board Survey Chair Results (Agenda Item 2.9)

Mr. McGrath led a discussion among the directors regarding the Board Self-Evaluation and Board Chair Survey results.

CONFIDENTIAL                                                                      NAT-SL-00000050

### Q4 and 2021 Business Update (Agenda Item 3)

Ms. Favre, Mr. Green, Mr. Mueller, Ms. Roggenbuck and Mr. Schreier joined the meeting at this time.

Mr. Green provided a report on company-wide Q4 and 2021 financial results, including revenue and bookings. Mr. Green then discussed the Q4 performance and bookings growth by region, business unit and customer tier.

Ms. Rapp provided additional input regarding the Q4 and 2021 financial results including an update on the Q4 backlog growth and a discussion of revenue verses bookings. Ms. Rapp then provided an industry, global economic and competitor update.

### Q4 2021 Business Unit Report

Ms. Favre, Ms. Roggenbuck, Mr. Schreier and Mr. Mueller presented Q4 BU reports for the business units. The reports included information regarding Q4 performance, a 2021 summary, 2022 outlook, and updates on the markets, industries, strategy, implementation, top accounts, key areas of investment and key wins.

### Q1 2022 Outlook

Mr. Green provided sales insight as it related to Q1 2022, including preliminary bookings forecast by region, and data points for guidance considerations.

During the foregoing presentations, the members of the Board discussed such matters and the members of management responded to questions.

Ms. Favre, Mr. Green, Mr. Mueller, Ms. Roggenbuck and Mr. Schreier left the meeting.

### 2022 Budget Approval (Agenda Item 4)

Mr. Starkloff and Ms. Rapp presented on the proposed FY2022 operating expense budget. Ms. Rapp discussed the 2022 financial budget expectations, including the approach for the 2022 budget, bookings and revenue assumptions (with budget and target), 2022 Plan (with budget and target), operating expenses by function, AIP scenarios, operating-expense bridge from non-GAAP to GAAP, investment in people included in the budget, preliminary revenue growth by industry and preliminary quarterly profile.

Following discussion, upon a motion duly made and seconded, the Board unanimously approved a FY2022 operating expense budget of $921 million on a revenue budget of $1,766 million.

### Portfolio Deep Dive (Agenda Item 5)

Mr. Mueller rejoined the meeting.

CONFIDENTIAL                    NAT-SL-00000051

Mr. Mueller provided a deep dive on the Portfolio BU initiatives, including discussion of the Portfolio business unit's financials, mission, growth opportunities, customer mix, new organizational structure, key application segments, strategy, mass market offerings, simplified systems selling (across digital, distribution and direct), focus on software and test-flow subscription bundles, shift to subscriptions verses licenses and streamlining the customer experience at ni.com, high growth vertical strategy and examples.

During the foregoing presentation, the members of the Board discussed such matters and Mr. Mueller responded to questions.

## M&A and Integration Update (Agenda Item 6)

Mr. Ilcisin and Mr. Benjamin joined the meeting at this time.

Mr. Ilcisin outlined the Company's review of several capital deployment options in the M&A space, including: ███████████████████████████████████████████
████████████████████████████████████████. Mr. Ilcisin, next presented possible courses of action, given the current market, after which the Board discussed its desire to continue to focus on in-organic growth even with the current purchase-price multiples being historically high.

Mr. Benjamin gave a review of key project updates, beginning with ████████████. Mr. Benjamin noted thoughts on the reason for bookings misses, with a focus on an understanding of root causes and corrective actions.

Mr. Ilcisin provided an update on ███████████████████████████, touching on supply chain issues, and the pending Heinzinger acquisition that is scheduled to close late in Q1 2022. Mr. Ilcisin then reviewed the Corporate Development 2021 activities and pipeline of targets, noting that deal-flow was becoming a gating-item so the team is exploring strategies to increase deal flow and obtain earlier insight into potential targets.

During the foregoing presentation, the members of the Board discussed such matters and the members of management responded to questions.

Mr. Ilcisin and Mr. Benjamin left the meeting at this time.

## Capital Allocation Strategy, Dividend Resolution and Stock Buy-Back Resolutions (Agenda Item 7)

Mr. Starkloff discussed his desire to maintain the current M&A strategy, stock-repurchases and dividends as priorities but shift the mix over time. Mr. Starkloff and Ms. Rapp reviewed the strategy and future key external messaging. Ms. Rapp noted that the Company's balance sheet was strong and that with the cash on hand and the Company's line of credit, the Company was clearly able to continue to meet its capital allocation priorities.

Ms. Rapp presented financial information pertaining to a cash dividend. Mr. Starkloff and Ms. Rapp recommended a cash dividend of $0.28 per share. Following discussion, upon a motion duly made and seconded, the Board unanimously adopted the resolutions set forth in **Exhibit F**.

CONFIDENTIAL                    NAT-SL-00000052

Ms. Rapp then discussed management's request for approval of a $250 million stock repurchase program, including the reasons why stock-repurchases are in the company's and shareholder's best interest. Mr. Starkloff and Ms. Rapp recommended that the Board approve a $250 million stock repurchase program. Following discussion, upon a motion duly made and seconded, the Board unanimously adopted the resolutions set forth in **Exhibit G**.

During the foregoing presentations, the members of the Board discussed such matters and the members of management responded to questions.

### Independent Director Executive Session

The independent members of the Board met in executive session.

### Adjournment

There being no further business, the meeting was adjourned at approximately 3:00 p.m.

Signed:

_____

Albert Percival
Assistant Secretary

CONFIDENTIAL                    NAT-SL-00000053

PRE-READ

## EXHIBIT G

### National Instruments Corporation ("Company")
### Board of Directors ("Board")
### Resolutions to Approve New Stock Repurchase Program
### January 19, 2022

**WHEREAS**, the Company has an existing stock repurchase plan that authorizes the Company to repurchase shares of the Company's common stock (the "Common Stock") from time to time up to a maximum number of shares of 3,794,324 shares (the "Existing Repurchase Program");

**WHEREAS**, 270,445 shares remain available for repurchase under the Existing Repurchase Program;

**WHEREAS**, it has been proposed that the Company put in place a new repurchase program, in addition to the Existing Repurchase Program, that will permit the Company to repurchase, from time to time in the open market or through privately negotiated transactions, shares of the Common Stock in an amount not to exceed $250,000,000 (the "New Repurchase Program");

**WHEREAS**, the Board believes that it would be in the best interests of the Company and the stockholders for the Company to repurchase additional shares of the Common Stock in the open market for the following reasons among others:

1. Partially offsetting dilution to stockholders resulting from issuance of Common Stock under the Company's equity incentive plans;

2. Increasing earnings per share; and

3. Utilizing the Company's cash flow from operations.

**WHEREAS,** the Company has sufficient cash available to effect repurchases without significantly weakening the Company's financial position; and

**WHEREAS**, the Board believes that repurchase by the Company of shares of the Common Stock (whether pursuant to the Existing Repurchase Program or the New Repurchase Program) will continue to provide a realistic opportunity to increase shareholder value;

**NOW, THEREFORE, BE IT RESOLVED**, that the Company is authorized and empowered to repurchase, from time to time in the open market or through privately negotiated transactions, shares of the Common Stock in an amount not to exceed $250,000,000 pursuant to the New Repurchase Program;

CONFIDENTIAL

NAT-SL-00000062

PRE-READ

**RESOLVED FURTHER**, the New Repurchase Program shall serve as a new plan, in addition to the Existing Repurchase Plan, which shall continue to be available for future stock repurchases;

**RESOLVED FURTHER**, that each of the President and Chief Executive Officer and the Chief Financial Officer of the Company, together with such other officers of the Company as may be designated by the President and Chief Executive Officer or the Chief Financial Officer of the Company (each, an "Authorized Officer") be, and hereby are, severally authorized, empowered and directed to expend up to an additional $250,000,000 in cash to effect the New Repurchase Program at such per share valuations and in such manner as approved by any Authorized Officer, including, without limitation, through open market purchases (including purchases pursuant to a plan adopted pursuant to Rule 10b5-1 of the Securities Exchange Act of 1934 (the "Exchange Act") or in reliance on Rule 10b-18 promulgated under the Exchange Act), and other privately negotiated transactions or other market participants, which approval shall be conclusively evidenced by the purchase by the Company of the Common Stock at the direction of any Authorized Officer;

**RESOLVED**, that, subject to the limitations set forth herein, the Authorized Officers of the Company be, and hereby are, severally authorized, empowered and directed to otherwise determine and approve the quantity, timing, price and other terms of the New Repurchase Program;

**RESOLVED**, that the Authorized Officers of the Company be, and hereby are, severally authorized, empowered and directed to determine and approve the engagement of one or more investment bankers to act as agent for the Company in connection with the New Repurchase Program;

**RESOLVED**, that the Authorized Officers of the Company be, and hereby are, severally authorized, empowered and directed, for and on behalf of the Company, to execute and deliver any certificates or other documents that may be required by any of them and to do any other lawful acts and things and to enter into and execute any documents or instruments that in the opinion of those officers are necessary or desirable in connection with the carrying out by the Company of the New Repurchase Program and the transactions contemplated thereby, including, without limitation, paying all such fees, costs and expenses, in the name and on behalf of the Company, and where necessary or appropriate, filing with the appropriate governmental authorities all such further certificates, instruments or other documents as in the judgment of any Authorized Officer shall be necessary or advisable in order to effect the intent and purposes of the Repurchase Program and these resolution;

**RESOLVED**, that should the consummation of the transactions authorized in the foregoing resolutions require additional or more specific authorization of actions to consummate the transactions contemplated herein, including, without limitation, the execution and delivery of any and all agreements, instruments, documents or filings, such additional or specific authorizations are hereby deemed to be included herein as of the date hereof;

CONFIDENTIAL                                                                                                    NAT-SL-00000063

PRE-READ

**RESOLVED**, that the execution by any Authorized Officer of any of the agreements, documents and instruments authorized in the foregoing resolutions, and the taking by any such Authorized Officer of any lawful acts in any way relating to the transactions contemplated by the foregoing resolutions, shall be conclusive (but not exclusive) evidence of the approval thereof by the Board, and the authority of such officer to execute and deliver and take the same in the name and on behalf of the Company; and

**RESOLVED**, that the authorization of transactions set forth in the foregoing transactions shall continue in effect until terminated by resolution of the Board.

CONFIDENTIAL

NAT-SL-00000064