# EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 1:23-cv-10488-DLC


IN RE:   NATIONAL INSTRUMENTS CORPORATION
         SECURITIES LITIGATION




*******************************************

VIDEOTAPED ORAL DEPOSITION OF

KAREN RAPP

SEPTEMBER 3, 2025

*******************************************


Everest Job No.: 44776


VIDEOTAPED ORAL DEPOSITION OF KAREN RAPP, was taken via hybrid Zoom Videoconference, with the witness in person, along with her counsel, at 901 South MoPac Expressway, Building 1, Suite 300, Austin, Texas, 78746, in the above-styled and numbered cause on September 3, 2025, commencing at 9:04 a.m. before Della M. Duett, Certified Shorthand Reporter in and for the State of Texas, Registered Professional Reporter, Certified Realtime Reporter, and Registered Merit Reporter.

Deposition of Karen Rapp

In Re National Instruments Corporation Securities Litigation

Page 162

KAREN RAPP

Q. And those --

MR. KARAM: Objection, leading, compound. Counsel, you haven't marked the document, too.

MR. COMERFORD: Well, it's in the complaint. So I wasn't planning to separately mark it.

Q. (BY MR. COMERFORD) My question is, is it your understanding, and is it your recollection, as you've lived through these events, that Emerson had twice offered $48 per share to acquire National Instruments and National Instruments had twice rejected that offer before the share repurchases were made by National Instruments in August and September of 2022?

A. Yes.

MR. KARAM: Objection, leading.

Q. (BY MR. COMERFORD) And is it your recollection and your testimony that Emerson then, after the share repurchases that are at issue in this case occurred, that subsequent to that, it increased its offer to $53 per share on or about --

MR. KARAM: Objection, leading.

Q. (BY MR. COMERFORD) -- on or about November 3rd, 2022? Do you see that in the plaintiff's timeline?

Page 163

KAREN RAPP

A. Yes.

MR. KARAM: Objection, leading.

Q. (BY MR. COMERFORD) Okay. Do you think that the offer that Emerson made of $48 per share that was made on May 25th, 2022, and made again on June 22nd, 2022, should have been accepted by National Instruments?

A. No.

Q. What was the eventual price that Emerson agreed to pay per share to acquire National Instruments?

A. $60.

Q. And so is it your view, as the former CFO of National Instruments, that when Emerson offered $48 per share, that offer undervalued the true value of what the company was worth per share?

A. Yes.

MR. KARAM: Objection, leading.

Q. (BY MR. COMERFORD) All right. You were shown at least two PowerPoint presentations that were created by the law firm Wachtell, Lipton, Rosen, Katz. Do you recall that today?

A. Yes.

Q. And those presentations were given to National Instruments about Emerson's ████████████████
████████████████████████████████████

Page 164

KAREN RAPP

████████ Do you remember those questions?

A. Yeah, I remember those examples.

Q. Okay. Do you have any personal knowledge of those events being ████████████████████
████████████████████████?

A. No.

Q. And to your knowledge, did anyone working at National Instruments have any personal knowledge of ████████████████████████████████ that had occurred in the past?

A. No.

Q. All right. And so your limit -- your knowledge about those events would be limited to what you could read on those slides, just like anyone else could read; right?

A. Yes.

Q. Okay. I want to ask you about the shares of National Instruments' stock that were repurchased by National Instruments in August and September of 2022. When the company repurchases its own shares -- first of all, did it do that on the open market, or did it do it from specific buyers, or how did that work?

A. It's all through the open market.

Page 165

KAREN RAPP

Q. Okay. And then what did the company do with those shares after it repurchased them?

A. Put them back -- we typically put them back into our treasury stock, which took them out of circulation.

Q. And if we -- if we think about the value to National Instruments' shareholders as a whole being one thing and value to National Instruments just as a company being the other thing -- I'm going to ask you a question about that. Okay?

When National Instruments repurchases its own stock, what is -- what is the effect of that for the shareholders as a whole?

A. The -- each shareholder's stake in National Instruments increases.

Q. Does it do anything for the company itself when National Instruments repurchases its own shares as opposed to the benefiting shareholders?

MR. KARAM: Objection --

A. No. National Instruments -- sorry.

MR. KARAM: Go ahead. Sorry.

A. National Instruments didn't own its own stock.

Q. (BY MR. COMERFORD) Okay. And it's because those became treasury shares?

Page 166

KAREN RAPP

A. Correct. Treasury shares are not --

MR. KARAM: Objection, leading.

A. -- not in circulation.

Q. (BY MR. COMERFORD) And just so we're clear, what -- let me ask it again. Was there any benefit to National Instruments as a company when it repurchased its own shares?

A. No.

MR. KARAM: Objection.

MR. COMERFORD: What's the objection?

MR. KARAM: Leading.

Q. (BY MR. COMERFORD) So my question is what was the benefit, if any, to National Instruments as a company when it repurchased its own shares?

A. None. The benefit goes to the shareholders.

Q. Okay. Thank you.

I want to ask you about the wine bet document that you testified about. You were asked questions that seemed to suggest that the -- that you and Mr. Ilcisin --

A. Kevin Ilcisin.

Q. -- both thought that an acquisition was going to occur, and you were simply betting on the price. And I thought I heard you say that this was a bet like --

Page 167

KAREN RAPP

that assumed -- essentially said, "Let's assume that an acquisition occurs. How do you think it would play out?"

A. Correct.

Q. Okay. I want --

MR. KARAM: Object to leading. Go ahead.

Q. (BY MR. COMERFORD) So let me ask you -- let me ask you --

MR. KARAM: Can I ask the witness to pause a second before answering so that I don't have to talk over her while objecting. Thank you.

Q. (BY MR. COMERFORD) When you made that wine bet with Mr. Ilcisin, was the premise of it that you were to assume that an acquisition was going to happen and then try to predict the price that it would happen?

MR. KARAM: Objection, leading.

Q. (BY MR. COMERFORD) That's a yes or a no question.

A. Yes.

Q. And is that different from your views about whether an acquisition was likely to successfully be consummated or not?

MR. KARAM: Objection, leading.

A. We had no idea if an acquisition was actually

Page 168

KAREN RAPP

going to happen or not.

Q. (BY MR. COMERFORD) Okay. Emerson made its offers of $48 per share in May and June of 2022, and then it eventually, in 2023, agreed to pay $60 per share to acquire National Instruments. Is that your testimony?

A. Yes, that's correct.

MR. KARAM: Objection, leading.

Q. (BY MR. COMERFORD) Did anything fundamental happen to National Instruments as a company between May of 2022 and the time when it was acquired in terms of a -- a material increase in its earnings or its revenue or anything like that? Or did things basically stay the same in terms of the company's performance?

A. We didn't have anything significantly material happen. We didn't do any large acquisitions or anything that would change the normal expected growth of the company.

Q. Okay.

MR. COMERFORD: Those are all the questions I have.

MR. KARAM: I have no further questions.

Are we going -- I tell you what, give me a moment, and let me see if...

Page 169

KAREN RAPP

All right. I have no further questions, and I reserve all the rights that I talked about before.

MR. COMERFORD: Okay. We would like the witness to read and sign, please. And my order will be an E-tran of the transcript and PDF exhibits, please.

THE REPORTER: And opposing counsel is getting it tomorrow. Would you -- do you want your copy as well, rush tomorrow?

MR. COMERFORD: No. Standard delivery is fine.

THE REPORTER: Okay. Thank you.

MR. KARAM: Ms. Rapp, thank you very much for your time. I appreciate it.

THE WITNESS: You're welcome.

THE VIDEOGRAPHER: We're off the record, 2:50 p.m.

(Deposition concluded)

Deposition of Karen Rapp                                    In Re National Instruments Corporation Securities Litigation

ERRATA

- - - - - - -

| PAGE | LINE | CHANGE/REASON |
|------|------|---------------|
| 14 | 15 | should say "to" offset dilution not "through" |
| 17 | 4 | should be "million" not "billion" |
| 68 | 20,21,22 | Spelling should be "Ilcisin" |
| 73 | 3 | should be "high" level not "time" level |