# EXHIBIT 8

| Title | National Instruments Corporation Insider Trading Policy |
|---|---|
| **Effective Date** | April 29, 2020 |
| **Status** | Final |
| **Date of Superseded Version** | July 19, 2006, as amended December 17, 2008 |
| **Issuing Organization** | Legal Department |
| **Sponsor** | Board of Directors of National Instruments Corporation |

## NATIONAL INSTRUMENTS CORPORATION

## INSIDER TRADING POLICY

(Adopted on April 29, 2020)

### A.    POLICY OVERVIEW

National Instruments Corporation (together with any subsidiaries, collectively the "**Company**") has adopted this Insider Trading Policy (the "**Policy**") to help you comply with the federal and state securities laws and regulations that govern trading in securities and to help the Company minimize its own legal and reputational risk.

It is your responsibility to understand and follow this Policy. Insider trading is illegal and a violation of this Policy. In addition to your own liability for insider trading, the Company, as well as individual directors, officers and other supervisory personnel, could face liability. Even the appearance of insider trading can lead to government investigations or lawsuits that are time-consuming, expensive and can lead to criminal and civil liability, including damages and fines, imprisonment and bars on serving as an officer or director of a public company, not to mention irreparable damage to both your and the Company's reputation.

For purposes of this Policy, the Company's General Counsel serves as the Compliance Officer. The Compliance Officer may designate others, from time to time, to assist with the execution of his or her duties under this Policy.

### B.    POLICY STATEMENT

1.    <u>No Trading on Material Nonpublic Information</u> It is illegal for anyone to trade in securities on the basis of material nonpublic information. If you are in possession of material nonpublic information about the Company, you are prohibited from:

      a.    using it to transact in securities of the Company;

      b.    disclosing it to other directors, officers, employees, consultants, contractors, agents or other service providers whose roles do not require them to have the information;

      c.    disclosing it to anyone outside of the Company, including family, friends, business associates, investors or consulting firms, without prior written authorization from the Compliance Officer; or

      d.    using it to express an opinion or make a recommendation about trading in the Company's securities.

CONFIDENTIAL

NAT-SL-00021247

In addition, material nonpublic information about another company that you learn through your job at the Company is subject to these same restrictions around disclosure and trading. If you are in possession of material nonpublic information about the Company's suppliers, customers or competitors, you cannot use that information to trade securities. Any such action will be deemed a violation of this Policy.

2.  No Disclosure of Confidential Information You may not at any time disclose material nonpublic information about the Company or about another company that you obtained in connection with your service with the Company to friends, family members or any other person or entity that the Company has not authorized to know such information. In addition, you must handle the confidential information of others in accordance with any related non-disclosure agreements and other obligations that the Company has with them and limit your use of the confidential information to the purpose for which it was disclosed.

If you receive an inquiry for information from someone outside of the Company, such as a stock analyst, or a request for sensitive information outside the ordinary course of business from someone outside of the Company, such as a business partner, vendor, supplier or salesperson, then you should refer the inquiry to the Director of Investor Relations or Compliance Officer, as appropriate. Responding to a request yourself may violate this Policy and, in some circumstances, the law. Please consult with Investor Relations to learn more about our disclosure policy.

3.  Definition of Material Nonpublic Information  "**Material information**" means information that a reasonable investor would be substantially likely to consider important in deciding whether to buy, hold or sell securities of the Company or view as significantly altering the total mix of information available in the marketplace about the Company as an issuer of the securities. In general, any information that could reasonably be expected to affect the market price of a security is likely to be material. Either positive or negative information may be material.

It is not possible to define all categories of "material" information. However, some examples of information that could be regarded as material include, but are not limited to:

a.  financial results, key metrics, financial condition, earnings pre-announcements, guidance, projections or forecasts, particularly if inconsistent with the Company's guidance or the expectations of the investment community;

b.  restatements of financial results, or material impairments, write-offs or restructurings;

c.  changes in independent auditors, or notification that the Company may no longer rely on an audit report;

d.  business plans or budgets;

e.  creation of significant financial obligations, or any significant default under or acceleration of any financial obligation;

f.  impending bankruptcy or financial liquidity problems;

g.  significant developments involving business relationships, including execution, modification or termination of significant agreements or orders with customers, suppliers, distributors, manufacturers or other business partners;

- 2 -

CONFIDENTIAL                                                                                                          NAT-SL-00021248

h. significant information relating to the operation of product or service, such as new products or services, major modifications or performance issues, defects or recalls, significant pricing changes or other announcements of a significant nature;

i. significant developments in research and development or relating to intellectual property;

j. significant legal or regulatory developments, whether positive or negative, actual or threatened, including litigation or resolving litigation;

k. major events involving the Company's securities, including calls of securities for redemption, adoption of stock repurchase programs, option re-pricings, stock splits, changes in dividend policies, public or private securities offerings, modification to the rights of security holders or notice of delisting;

l. significant corporate events, such as a pending or proposed merger, joint venture or tender offer, a significant investment, the acquisition or disposition of a significant business or asset or a change in control of the Company;

m. major personnel changes, such as changes in senior management or employee lay-offs;

n. data breaches or other cybersecurity events;

o. updates regarding any prior material disclosure that has materially changed; and

p. the existence of a special blackout period.

"**Material nonpublic information**" means material information that is not generally known or made available to the public. Even if information is widely known throughout the Company, it may still be nonpublic. Generally, for information to be considered public, it must be made generally available through media outlets or SEC filings.

After the release of information, a reasonable period of time must elapse in order to provide the public an opportunity to absorb and evaluate the information provided. As a general rule, at least one full trading day shall pass after the dissemination of information before being considered public.

As a rule of thumb, if you think something might be material nonpublic information, you should treat it as such. You can always reach out to the Compliance Officer if you have questions.

## C.     PERSONS COVERED BY THIS POLICY

This Policy applies to you if you are a director, officer, employee, consultant, contractor, agent or other service provider (for example, auditor or attorney) of the Company, both inside and outside of the United States. To the extent applicable to you, this Policy also covers your immediate family members, persons with whom you share a household, persons who are your economic dependents and any entity, other than the Company with respect to Company securities, whose transactions in securities you influence, direct or control. You are responsible for making sure that these other individuals and entities comply with this Policy.

CONFIDENTIAL                                                                                          NAT-SL-00021249

This Policy continues to apply even if you leave the Company or are otherwise no longer affiliated with or providing services to the Company, for as long as you remain in possession of material nonpublic information. In addition, if you are subject to a trading blackout under this Policy at the time you leave the Company, you must abide by the applicable trading restrictions until at least the end of the relevant blackout period.

## D.    TRADING COVERED BY THIS POLICY

Except as discussed in Section H (*Exceptions to Trading Restrictions*), this Policy applies to all transactions involving the Company's securities or other companies' securities for which you possess material nonpublic information obtained in connection with your service with the Company. This Policy therefore applies to:

1.    any purchase, sale, loan or other transfer or disposition of any equity securities (including common stock, options, restricted stock units, warrants and preferred stock) and debt securities (including debentures, bonds and notes) of the Company and such other companies, whether direct or indirect (including transactions made on your behalf by money managers);

2.    any other arrangement that generates gains or losses from or based on changes in the prices of such securities including derivative securities (for example, exchange-traded put or call options, swaps, caps and collars), hedging and pledging transactions, short sales and certain arrangements regarding participation in benefit plans; and

3.    any offer to engage in the transactions discussed above.

There are no exceptions from insider trading laws or this Policy based on the size of the transaction or the type of consideration received.

## E.    TRADING RESTRICTIONS

Subject to the exceptions set forth below, this Policy restricts trading during certain periods and by certain people as follows:

1.    Quarterly Blackout Periods Except as discussed in Section H (*Exceptions to Trading Restrictions*), all directors, officers and those employees and agents identified by the Company must refrain from conducting transactions involving the Company's securities during quarterly blackout periods. Individuals subject to quarterly blackout periods are listed on Exhibit A. To the extent applicable to you, quarterly blackout periods also cover your immediate family members, persons with whom you share a household, persons who are your economic dependents, and any entity whose transactions in securities you influence, direct or control. Even if you are not specifically identified as being subject to quarterly blackout periods, you should exercise caution when engaging in transactions during quarterly blackout periods because of the heightened risk of insider trading exposure.

Quarterly blackout periods will start at the end of the 1st day of the third month of each fiscal quarter (or in the event the market is closed on such date, the final day on which the market is open before such date) and will end at the end of the first full trading day following the Company's earnings release.

The prohibition against trading during the blackout period also means that brokers cannot fulfill open orders on your behalf or on behalf of your immediate family members, persons with whom you share a household, persons who are your economic dependents, or any entity, other than the Company with

- 4 -

NAT-SL-00021250

respect to Company securities, whose transactions in securities you influence, direct or control, during the blackout period, including "limit orders" to buy or sell stock at a specific price or better and "stop orders" to buy or sell stock once the price of the stock reaches a specified price. If you are subject to blackout periods or the notification/attestation requirements, you should so inform any broker with whom such an open order is placed at the time it is placed.

From time to time the Compliance Officer may update and revise <u>Exhibit A</u> as appropriate.

2.   <u>Special Blackout Periods</u> The Company always retains the right to impose additional or longer trading blackout periods at any time on any or all of its directors, officers, employees, consultants, advisors, contractors, agents and other service providers. The Compliance Officer will notify you if you are subject to a special blackout period by providing to you a notice. If you are notified that you are subject to a special blackout period, you may not engage in any transaction of the Company's securities until the special blackout period has ended other than the transactions that are covered by the exceptions below. To the extent applicable to you, special blackout periods also cover your immediate family members, persons with whom you share a household, persons who are your economic dependents, and any entity whose transactions in securities you influence, direct or control.  Except to the extent necessary to comply with the prior sentence, you also may not disclose to anyone else that the Company has imposed a special blackout period.

3.   <u>Regulation BTR Blackouts</u> Directors and executive officers may also be subject to trading blackouts pursuant to Regulation Blackout Trading Restriction, or Regulation BTR, under U.S. federal securities laws. In general, Regulation BTR prohibits any director or officer from engaging in certain transactions involving Company securities during periods when 401(k) plan participants are prevented from purchasing, selling or otherwise acquiring or transferring an interest in certain securities held in individual account plans. Any profits realized from a transaction that violates Regulation BTR are recoverable by the Company, regardless of the intentions of the director or officer effecting the transaction. In addition, individuals who engage in such transactions are subject to sanction by the SEC as well as potential criminal liability. The Company will notify directors and officers if they are subject to a blackout trading restriction under Regulation BTR. Failure to comply with an applicable trading blackout in accordance with Regulation BTR is a violation of law and this Policy.

**F.    PROHIBITED TRANSACTIONS**

You may not engage in any of the following types of transactions other than as noted below, regardless of whether you have material nonpublic information or not.

1.   <u>Short Sales</u> You may not engage in short sales (meaning the sale of a security that must be borrowed to make delivery) or "sell short against the box" (meaning the sale of a security with a delayed delivery) if such sales involve the Company's securities.

2.   <u>Derivative Securities and Hedging Transactions</u> You may not, directly or indirectly, (a) trade in publicly-traded options, such as puts and calls, and other derivative securities with respect to the Company's securities (other than stock options, restricted stock units and other compensatory awards issued to you by the Company) or (b) purchase financial instruments (including prepaid variable forward contracts, equity swaps, collars and exchange funds), or otherwise engage in transactions, that hedge or offset, or are

- 5 -

CONFIDENTIAL

NAT-SL-00021251

designed to hedge or offset, any decrease in the market value of equity securities either (i) granted to you by the Company as part of your compensation or (ii) held, directly or indirectly, by you.

3. <u>Pledging Transactions</u> If you are required to comply with the quarterly blackout periods or notification/attestation requirements under this Policy, you may not pledge the Company's securities as collateral for any loan or as part of any other pledging transaction.

4. <u>Margin Accounts</u> If you are required to comply with the quarterly blackout periods or notification/attestation requirements under this Policy, you may not hold the Company's common stock in margin accounts.

## G.  NOTIFICATION/ATTESTATION OF TRADES

The Company's directors and officers and any other persons identified on <u>Exhibit B</u> of this Policy as being subject to notification requirements must submit an attestation prior to trading the Company's securities. If you are subject to notification requirements, you should submit an attestation in the form attached as <u>Exhibit C</u> to the Compliance Officer prior to your desired trade date. The person requesting to trade will be asked to certify that he or she is not in possession of material nonpublic information about the Company.

If the Compliance Officer is the requester, then the Compliance Officer shall submit his notification to the Company's Chief Executive Officer, Chief Financial Officer, or their delegate.

The attestation notification form will be valid through the remainder of the open trading window, however, a person may not trade the Company's securities if they become subject to a blackout period or otherwise in possession of material nonpublic information prior to the trade being executed.  A new attestation form must be submitted for each open trading window.

From time to time, the Compliance Officer may update and revise <u>Exhibits B</u> and/or <u>Exhibit C</u> as appropriate.

## H.  EXCEPTIONS TO TRADING RESTRICTIONS

There are no unconditional "safe harbors" for trades made at a particular time, and all persons subject to this Policy should exercise good judgment at all times. Even when a quarterly blackout period is not in effect, you may be prohibited from engaging in transactions involving the Company's securities because you possess material nonpublic information, are subject to a special blackout period or are otherwise restricted under this Policy.

The following are certain limited exceptions to the blackout period restrictions imposed by the Company under this Policy:

- 6 -

CONFIDENTIAL

NAT-SL-00021252

1.  trades made pursuant to a valid 10b5-1 trading plan approved by the Company (see below);

2.  changes in form of ownership, for example, a transfer from your individual ownership to a trust for which you are the trustee;

3.  bona fide gifts of the Company's securities or transfers by will or by the laws of descent and distribution; however, the trading restrictions under this Policy do apply to any subsequent trading of such securities if the donee is a related party of the donor;

4.  stock option exercises where the purchase of stock options is paid in cash and shares continue to be held by the option holder after the exercise is finalized;

5.  changes in the number of the Company's securities you hold due to a stock split or a stock dividend that applies equally to all securities of a class, or similar transactions;

6.  purchases from the employee stock purchase plan; however, this exception does not apply to subsequent sales of the shares;

7.  receipt and vesting of stock options, RSUs, restricted stock or other equity compensation awards from the Company;

8.  net share withholding of equity awards where shares are withheld by the Company in order to satisfy tax withholding requirements, pursuant to an election made by you while there was no applicable trading blackout in place and you were not otherwise in possession of material nonpublic information;

9.  sell to cover transactions, to the extent approved and implemented by the Company or made pursuant to an election by you while there was no applicable trading blackout in place and you were not otherwise in possession of material non-public information, where shares are withheld by the broker upon vesting of equity awards and sold in order to satisfy tax withholding requirements; however, this exception does not apply to any other market sale for the purposes of paying required withholding; and

10. purchases of the Company's stock in the 401(k) plan resulting from periodic contributions to the plan based on your payroll contribution election; provided, however, that the trading restrictions do apply to elections you make under the 401(k) plan to (a) increase or decrease the percentage of your contributions that will be allocated to a Company stock fund, (b) move balances into or out of a Company stock fund, (c) borrow money against your 401(k) plan account if the loan will result in liquidation of some or all of your Company stock fund balance, and (d) prepay a plan loan if the pre-payment will result in the allocation of loan proceeds to a Company stock fund.

Please be aware that even if a transaction is subject to an exception to this Policy, you will need to separately assess whether the transaction complies with applicable law. In addition, the limited exceptions set forth in this Section are not exceptions to the notification requirements of this Policy; therefore, if you are subject to the notification requirements (e.g. your name is included on Exhibit B) then you must provide the required notification for any of these transactions, other than numbers 5-10 (where the Company already receives an automated notification) to the Compliance Officer. Any other Policy exceptions must be approved by the Compliance Officer, in consultation with the Company's board of directors or an independent committee of the board of directors.

- 7 -

NAT-SL-00021253

## I.     10B5-1 TRADING PLANS

The Company permits its directors, officers and employees to adopt written 10b5-1 trading plans in order to mitigate the risk of trading on material nonpublic information and possibly trade during a blackout period. These plans allow for individuals to enter into a prearranged trading plan as long as the plan is not established, modified or terminated during a blackout period or when the individual is otherwise in possession of material nonpublic information. To be approved by the Company and qualify for the exception to this Policy, any 10b5-1 trading plan adopted by a director, officer or employee must comply with the requirements for such trading plans established by the Compliance Officer.

## J.     SECTION 16 COMPLIANCE

All of the Company's executive officers and directors and certain other individuals are required to comply with Section 16 of the Securities and Exchange Act of 1934 and related rules and regulations which set forth reporting obligations, limitations on "short swing" transactions, which are certain matching purchases and sales of the Company's securities within a six-month period, and limitations on short sales.

To ensure transactions subject to Section 16 requirements are reported on time, each person subject to these requirements must provide the Company with detailed information (for example, trade date, number of shares, exact price, *etc.*) about his or her transactions involving the Company's securities immediately after such trade occurs.

The Company is available to assist in filing Section 16 reports, but the obligation to comply with Section 16 belongs to the Section 16 filer. If you have any questions, you should check with the Compliance Officer.

## K.     VIOLATIONS OF THIS POLICY

Company directors, officers, employees, consultants, advisors, contractors, agents and other service providers who violate this Policy will be subject to disciplinary action by the Company, including ineligibility for future Company equity or incentive programs or termination of employment or an ongoing relationship with the Company. The Company has full discretion to determine whether this Policy has been violated based on the information available.

There are also serious legal consequences for individuals who violate insider trading laws, including large criminal and civil fines, significant imprisonment terms and disgorgement of any profits gained or losses avoided. You may also be liable for improper securities trading by any person (commonly referred to as a "tippee") to whom you have disclosed material nonpublic information that you have learned through your position at the Company or made recommendations or expressed opinions about securities trading on the basis of such information.

Please consult with your personal legal and financial advisors as needed. Note that the Company's legal counsel, both internal and external, represent the Company and not you personally. There may be instances where you suffer financial harm or other hardship or are otherwise required to forego a planned transaction because of the restrictions imposed by this Policy or under securities laws. If you were aware of the material nonpublic information at the time of the trade, it is not a defense that you did not "use" the information for the trade. Personal financial emergency or other personal circumstances are not mitigating factors under securities laws and will not excuse your failure to comply with this Policy. In addition, a blackout or trading-restricted period will not extend the term of any options. As a consequence, you may be prevented from exercising any options by this Policy or as a result of a blackout or other restriction on

CONFIDENTIAL                                                       NAT-SL-00021254

your trading, and as a result any options may expire by their term. It is your responsibility to manage your economic interests and to consider potential trading restrictions when determining whether to exercise any options. In such instances, the Company cannot extend the term of any options and has no obligation or liability to replace the economic value or lost benefit to you.

**L.    PROTECTED ACTIVITY NOT PROHIBITED**

Nothing in this Policy, or any related guidelines or other documents or information provided in connection with this Policy, shall in any way limit or prohibit you from seeking guidance or reporting violations and concerns as set forth in the Company's Anti-Retaliation Policy incorporated into the Code of Ethics, as amended from time to time.

**M.    REPORTING**

If you believe someone is violating this Policy or otherwise using material nonpublic information that they learned through their position at the Company to trade securities, you should report it to the Compliance Officer.

**N.    AMENDMENTS**

The Company reserves the right to amend this Policy at any time, for any reason, subject to applicable laws, rules and regulations, and with or without notice, although it will attempt to provide notice in advance of any change. Unless otherwise permitted by this Policy, any amendments must be approved by the Board of Directors of the Company.

CONFIDENTIAL                                                                    NAT-SL-00021255

## EXHIBIT A

## PERSONS SUBJECT TO QUARTERLY BLACKOUT PERIODS

https://nio365.sharepoint.com/sites/Legal/SiteAssets/Forms/AllItems.aspx?id=%2Fsites%2FLegal%2FSiteAssets%2FSitePages%2FInsider%2DTrading%2DCompliance%2FExhibit%2DA%2D%2D%2DInsider%2DTrading%2DPolicy%2Epdf&parent=%2Fsites%2FLegal%2FSiteAssets%2FSitePages%2FInsider%2DTrading%2DCompliance

Exhibit A

CONFIDENTIAL

NAT-SL-00021256

## EXHIBIT B

### PERSONS SUBJECT TO
### NOTIFICATION/ATTESTATION REQUIREMENTS

https://nio365.sharepoint.com/sites/Legal/SiteAssets/Forms/AllItems.aspx?id=%2Fsites%2FLegal%2FSiteAssets%2FSitePages%2FInsider%2DTrading%2DCompliance%2FExhibit%2DA%2D%2D%2DInsider%2DTrading%2DPolicy%2Epdf&parent=%2Fsites%2FLegal%2FSiteAssets%2FSitePages%2FInsider%2DTrading%2DCompliance

Exhibit B

CONFIDENTIAL                                                NAT-SL-00021257

**EXHIBIT C**
**NOTIFICATION/ATTESTATION**

**Date:** _____

**Person proposing to trade:** _____

**Proposed trade and amount:** [e.g. sale, purchase, gift of XXX shares][or say unknown if obtaining preclearance only][1]

**Proposed trade date:** [or say unknown if obtaining preclearance only][1]

**Affiliate of the Company:**[2]    ☐ Yes    ☐ No

☐    **Trade is being made pursuant to 1 – 4 of Section H – Exceptions to Trading Restrictions** as set forth in the Policy. (*Skip to signature, below.*)

I hereby confirm to the best of my knowledge that:

☐    **No blackout period.** The proposed trade will not be made during a quarterly or special blackout period.

☐    **No pension fund blackout under Regulation BTR.**[3] There is no applicable pension fund blackout period in effect.

☐    **No prohibition under Insider Trading Policy.** The proposed transaction is not prohibited under the Insider Trading Policy.

☐    **Section 16 compliance.**[4] The proposed trade will not give rise to any potential liability under Section 16 as a result of matched past (or intended future) transactions.

☐    **Form 3 or Form 4 filing.**[4] I will ensure the Compliance Officer is notified at the actual time of trade and a Form 3 or Form 4 filing will be completed and will be timely filed with the SEC, if applicable.

☐    **Rule 144 compliance.**[2] The "current public information" requirement has been met (*i.e.*, all 10-Ks, 10Qs and other relevant reports during the last 12 months have been filed); the shares that the person proposes to trade are not restricted or, if restricted, the applicable holding period has been met; volume limitations (greater of 1% of outstanding securities of the same class or the average weekly trading volume during the last four weeks) are not exceeded, and the person is not part of an aggregated group; the manner of sale requirements will be met (a "brokers' transaction" or directly with a market maker or a "riskless principal transaction"); and Form 144, if applicable, has been completed and will be timely filed with the SEC and the relevant national securities exchange.

☐    I am not aware of material nonpublic information regarding the Company and am not trading on the basis of any material nonpublic information.

The transaction is or will be in accordance with the Insider Trading Policy and applicable law. If I am a Section 16 filer and the Company is assisting with any associated Securities and Exchange Commission filing (e.g. a Form 4), concurrent with any actual trade I will provide necessary information not provided herein to the Compliance Officer and his delegate via email. If the trade is not completed within 3 days of the date of this form, I will ensure that the information provided herein is true as of the date of the actual trade. I intend to comply with any applicable reporting and disclosure requirements on a timely basis. I understand that I must execute the trade during the current open window. I understand that by signing below, I am not obligated to execute the trade.

_____
(Signature of person proposing to trade)

---

[1] If this information is not provided herein, and the Company is assisting with any associated Securities and Exchange Commission filing (e.g. a Form 4), concurrent with any actual trade Section 16 filers must provide the Compliance Officer and his delegate with this information via email.

[2] An *affiliate of the Company* is an executive officer, a director or large stockholder, in a relationship of control with the Company. Rule 144 compliance only applies to affiliates.

[3] Applies only if the individual is a director or an officer subject to Section 16 of the Securities Exchange Act of 1934 and a related blackout period is in effect.

[4] Applies only if the individual is a director or an officer subject to Section 16 of the Securities Exchange Act of 1934.

Exhibit C

    NAT-SL-00021258