# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

In re NATIONAL INSTRUMENTS          )    Case No.
CORPORATION SECURITIES              )
LITIGATION,                         )    1:23-cv-10488-
                                    )    DLC
                                    )

_____

VIDEOTAPED DEPOSITION OF KEVIN ILCISIN

October 30, 2025

Portland, Oregon

Reported by:
Connie Recob, CCR, RMR, CRR
Washington CCR No. 2631
Oregon CCR No. 15-0436
Utah CCR No. 1133171-7801
Idaho CCR No. SRL-1220
Job No. 46618

Deposition of Kevin Ilcisin | In Re National Instruments Corporation Securities Litigation

Page 239

National Instruments, I was the chief technology officer, so responsible for product development, technology development at an industry peer of National Instruments.

As part of that role, National Instruments and Tektronix, my employer at that time, did a joint development project. We put out a product where both companies contributed technologies, both companies contributed engineering teams, and I was the head liaison to National Instruments.

Eric Starkloff, at the time, was head liaison from NI to Tektronix, and so we developed a personal and professional relationship. That led to discussions about possibly, you know, joining NI, which did eventually end up in a formal offer in coming over to NI in February of 2015.

Q How would you describe the business of National Instruments?

A So National --

ATTORNEY CUMMINGS: Object to form.

THE WITNESS: Pardon me?

ATTORNEY CUMMINGS: Go ahead, Mr. Ilcisin.

THE WITNESS: Oh, National Instruments is -- first of all, we can say it's a player in

Page 240

the tested measurement industry. And National Instruments' specific position in that industry is a provider of hardware and software that engineers use to test the products that they make. So any product that an electrical engineer makes that has something electrical, like plugs in or has batteries or has any kind of electrical components, the companies will use NI's equipment to test and confirm that their designs work the way they specify them to.

BY ATTORNEY COMERFORD:

Q Were you part of the management team at National Instruments in 2022?

A I was.

Q Was the -- was National Instruments interested in being acquired by another company in 2022?

A No.

ATTORNEY CUMMINGS: Objection to form.

BY ATTORNEY COMERFORD:

Q Why not?

A National Instruments had been an independent company since its founding. Its founder had long established a culture of independence and serving customers, and so the

Page 241

current management team believed that the best situation for our customers and our collection of stakeholders, suppliers, shareholders, employees was to continue executing against our plan to grow the company.

Q Prior to May of 2022 when the CEO of Emerson contacted the CEO of National Instruments, were you aware of any facts that suggested that Emerson was interested in acquiring National Instruments?

A No.

ATTORNEY CUMMINGS: Object to form.

BY ATTORNEY COMERFORD:

Q Would you describe Emerson's acquisition proposals to National Instruments in -- in May and June of 2022 as solicited or unsolicited?

ATTORNEY CUMMINGS: Objection to form. Compound.

THE WITNESS: Unsolicited.

BY ATTORNEY COMERFORD:

Q Okay. Were you involved in the decision by National Instruments to engage Bank of America after National Instruments received a letter from Emerson's CEO on May 25th, 2022?

A Yes.

Page 242

ATTORNEY CUMMINGS: Objection to form.

THE WITNESS: Yes, that's my role.

BY ATTORNEY COMERFORD:

Q Okay. For what purpose did National Instruments retain Bank of America after -- you know, during and after May of 2022?

ATTORNEY CUMMINGS: Objection to form.

THE WITNESS: To advise the board on matters related to receiving the unsolicited offer from the perspective of an investment banker.

BY ATTORNEY COMERFORD:

Q And the -- how would you describe National Instruments' engagement of Bank of America as an advisor?

ATTORNEY CUMMINGS: Objection. Form.

BY ATTORNEY COMERFORD:

Q Would -- would you describe it as defensive, or would you use any other word?

ATTORNEY CUMMINGS: Objection. Form.

THE WITNESS: So it was initially defensive to give them advice on staying independent.

BY ATTORNEY COMERFORD:

Q Okay. And how long did you consider the engagement of Bank of America by National

Case 1:23-cv-10488-DLC    Document 113-9    Filed 12/22/25    Page 4 of 5

DEPOSITION ERRATA SHEET

Our Assignment No.  46618

Case Caption:  In re NATIONAL INSTRUMENTS

CORPORATION SECURITIES LITIGATION

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury
that I have read the entire transcript of
my Deposition taken in the captioned matter
or the same has been read to me, and
the same is true and accurate, save and
except for changes and/or corrections, if
any, as indicated by me on the DEPOSITION
ERRATA SHEET hereof, with the understanding
that I offer these changes as if still under oath.

Signed on the ____20th___ day of ____November_____,
2025.

_____

KEVIN ILCISIN

DEPOSITION ERRATA SHEET

Page No. 17 Line No. 4 Change to: _____

Change 1990 to 1989

Reason for change: Miss remembered the year the degree was granted, confirmed it with transcript

Page No. 64 Line No. 4 Change to: _____

Change Training to Trading

Reason for change: Correction in what was said

Page No. 240 Line No. 1 Change to: _____

Change Tested to test and measurement

Reason for change: Correction in what was said

Page No. 253 Line No. 20 Change to: _____

Change "user" to "use"

Reason for change: Correction in what was said

Page No. 253 Line No. 24 Change to: _____

change. "And I" to we

Reason for change: Correction in what was said

Page No. ____ Line No. ____ Change to: _____

_____

Reason for change: _____

Page No. ____ Line No. ____ Change to: _____

_____

Reason for change: _____

SIGNATURE: _____ DATE: 11/20/2025

KEVIN ILCISIN

Case 1:23-cv-10488-DLC    Document 113-9    Filed 12/22/25    Page 5 of 5