# EXHIBIT 11

Message

| | |
|---|---|
| **From:** | Albert Percival [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5E6DDFD6BD284F6B8061385D353ECB94-APERCIVA] |
| **Sent:** | 6/8/2022 7:15:48 PM |
| **To:** | Eddie Dixon [eddie.dixon@ni.com] |
| **Subject:** | RE: Priv, Wolverine - Hypothetical Scenario Response Letter |

Well, WLRK is the guru here.  I stand corrected.

Without the first paragraph it certainly gets the message across that we are not interested in engaging :)



**Albert Percival**

Legal Senior Director of Corporate

albert.percival@ni.com

O+1 512.297.5855 | ni.com

National Instruments
is now NI.

CONFIDENTIALITY NOTICE:
The information contained in this email and any attached documents may be confidential or legally privileged. If you are not the intended recipient of this message, you may not review, use, disclose, distribute, print, copy or disseminate this communication or any attached documents. If you have received this in error, please reply and notify the sender (only) and destroy all copies of the original message and any attached documents. Unauthorized interception of this e-mail is a violation of federal criminal law.

**From:** Eddie Dixon <eddie.dixon@ni.com>
**Sent:** Wednesday, June 8, 2022 2:13 PM
**To:** Albert Percival <albert.percival@ni.com>
**Subject:** Re: Priv, Wolverine - Hypothetical Scenario Response Letter

The direct message is what Sabastian was recommending. To avoid any indication we are interested in engaging if that is the decision of the board. I can explain why the second bracketed sentences were probably added later. Tied up now.

Get Outlook for iOS

**From:** Albert Percival <albert.percival@ni.com>
**Sent:** Wednesday, June 8, 2022 2:09:22 PM
**To:** Eddie Dixon <eddie.dixon@ni.com>
**Subject:** RE: Priv, Wolverine - Hypothetical Scenario Response Letter

I think he will say you need some version of the second paragraph to point to the "why" we reached that conclusion.

IMO with out PP2 the letter would come off as a little curt and we would not want that in a litigation setting.



**Albert Percival**
Legal Senior Director of Corporate
albert.percival@ni.com

O+1 512.297.5855| ni.com

National Instruments
is now NI.

CONFIDENTIALITY NOTICE:
The information contained in this email and any attached documents may be confidential or legally privileged. If you are not the intended recipient of this message, you may not review, use, disclose, distribute, print, copy or disseminate this communication or any attached documents. If you have received this in error, please reply and notify the sender (only) and destroy all copies of the original message and any attached documents. Unauthorized interception of this e-mail is a violation of federal criminal law.

**From:** Eddie Dixon <eddie.dixon@ni.com>
**Sent:** Wednesday, June 8, 2022 10:35 AM
**To:** Niles, Sabastian V. <SVNiles@wlrk.com>; Eric Starkloff <eric.starkloff@ni.com>; Karen Rapp <karen.rapp@ni.com>; Kevin Ilcisin <kevin.ilcisin@ni.com>; Albert Percival <albert.percival@ni.com>
**Cc:** Emmerich, Adam O. <aoemmerich@WLRK.com>; Jin, Kwon-Yong <KJin@wlrk.com>; Dimitrijevic, Anna <ADimitrijevic@wlrk.com>
**Subject:** RE: Priv, Wolverine - Hypothetical Scenario Response Letter

Thanks, Sabastian. I like the short and direct response. I'm not sure I would include any of the second paragraph. But, if we want to expand a bit, perhaps we add a portion of the second paragraph (slightly tweaked) to the end of the first paragraph:

"Our focus is on our value creation strategies and the industry inflections that are expected to drive growth for NI [ahead of the test and measurement market]."

Just my two cents and we can discuss more as noted.

Eddie



**R. Eddie Dixon, Jr.**
Chief Legal Officer &
Senior Vice President
+15126836814 | ni.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

NAT-SL-00019516

**From:** Niles, Sabastian V. <SVNiles@wlrk.com>
**Sent:** Wednesday, June 8, 2022 9:24 AM
**To:** Eric Starkloff <eric.starkloff@ni.com>; Karen Rapp <karen.rapp@ni.com>; Eddie Dixon <eddie.dixon@ni.com>; Kevin Ilcisin <kevin.ilcisin@ni.com>; Albert Percival <albert.percival@ni.com>
**Cc:** Emmerich, Adam O. <aoemmerich@WLRK.com>; Jin, Kwon-Yong <KJin@wlrk.com>; Dimitrijevic, Anna <ADimitrijevic@wlrk.com>; Niles, Sabastian V. <SVNiles@wlrk.com>
**Subject:** [EXTERNAL] Priv, Wolverine - Hypothetical Scenario Response Letter

For scenario planning and preparedness purposes, attached is a hypothetical draft response letter to Eagle in the event the Board makes a determination that is consistent with the attached.

**Sabastian V. Niles**
**Wachtell, Lipton, Rosen & Katz**
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1366 (Direct) | +1 (212) 403-2366 (Fax)
SVNiles@wlrk.com | www.wlrk.com


==================================================
Please be advised that this transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy or re-transmit this communication. If you have received this communication in error, please notify us by e-mail (helpdesk@wlrk.com) or by telephone (call us collect at 212-403-4357) and delete this message and any attachments.

Thank you in advance for your cooperation and assistance.
==================================================

INTERNAL - NI CONFIDENTIAL

INTERNAL - NI CONFIDENTIAL

INTERNAL - NI CONFIDENTIAL

CONFIDENTIAL                                                                                                                                 NAT-SL-00019517