# EXHIBIT 12

Message

---

| | |
|---|---|
| **From:** | Eddie Dixon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7B514D7306264DD7B03E998DBD732A06-EDIXON] |
| **Sent:** | 5/26/2022 1:32:51 AM |
| **To:** | Niles, Sabastian V. [SVNiles@wlrk.com] |
| **Subject:** | Re: PRIV RE: Project Wolverine / Privileged and Confidential |

Ok. I would be interested to know about the areas that create risk regardless of the need. Thanks.

Get Outlook for iOS

---

**From:** Niles, Sabastian V. <SVNiles@wlrk.com>
**Sent:** Wednesday, May 25, 2022 4:40:41 PM
**To:** Eddie Dixon <eddie.dixon@ni.com>
**Cc:** Eddie Dixon <eddie.dixon@ni.com>
**Subject:** [EXTERNAL] PRIV RE: Project Wolverine / Privileged and Confidential

Thanks for this – there are some provisions in this draft form of pill that would expose the board to lawsuit/additional liability risk under recent caselaw and precedent and which we would not want to include if we ever adopted a pill for real – we can talk through it later (will have a full pill package if we ever actually need it)

---

**From:** Eddie Dixon <eddie.dixon@ni.com>
**Sent:** Friday, May 20, 2022 9:24 PM
**To:** Niles, Sabastian V. <SVNiles@wlrk.com>
**Cc:** Dixon, R. Eddie, Jr. (National Instruments) <eddie.dixon@ni.com>
**Subject:** Project Wolverine / Privileged and Confidential

*** EXTERNAL EMAIL ***

Sabastian,

Fyi - In the April Board meeting, the board reviewed a draft shareholder rights plan – it was not submitted for approval, but rather just to get them up to speed so we have a draft plan on the shelf. I also included the summary slides that was all that was presented – the draft plan was pre-read only. Just wanted you to be aware.

Eddie

**R. Eddie Dixon, Jr.**
Chief Legal Officer &
Senior Vice President
+15126836814 | ni.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

CONFIDENTIAL                                                                                      NAT-SL-00017404

INTERNAL - NI CONFIDENTIAL

=========================================================

Please be advised that this transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy or re-transmit this communication. If you have received this communication in error, please notify us by e-mail (helpdesk@wlrk.com) or by telephone (call us collect at 212-403-4357) and delete this message and any attachments.

Thank you in advance for your cooperation and assistance.
=========================================================

CONFIDENTIAL

NAT-SL-00017405