# EXHIBIT 14

**Privileged & Confidential**

**National Instruments Corporation**
**Minutes of a Special Meeting of the Board of Directors**
**May 26, 2022**

A meeting of the Board of Directors (the **"Board"**) of National Instruments Corporation (the "**Company**" or "**NI**") was held via video conference on May 26, 2022 at 12:00 p.m.

Directors present at the meeting were: Michael E. McGrath (Chair), Eric H. Starkloff (also, President and Chief Executive Officer), James E. Cashman, III, Alex M. Davern, Gayla J. Delly, Gerhard P. Fettweis, Liam K. Griffin, and Duy-Loan T. Le. No directors were absent.

Also, in attendance for the meeting were: R. Eddie Dixon, Jr. (Chief Legal Officer, Senior Vice President and Secretary), Adam O. Emmerich (Partner with Wachtell, Lipton, Rosen & Katz (**"WLRK"**)), and Sabastian V. Niles (Partner with WLRK).

Mr. McGrath reviewed the meeting agenda and Mr. Dixon recorded the minutes.

## Project Wolverine

Mr. Starkloff outlined the outreach from Wolverine and the contents of the subsequently received related letter from Wolverine, which letter had been provided to the Board.

Representatives from WLRK outlined the Board's fiduciary duties in this context, various legal and practical considerations in the context of receiving Wolverine's proposal and potential go-forward scenarios. The Board and management discussed the proposal from Wolverine, current Company strategy and business performance as well as prior discussions that had been had with the Board regarding the Company's strong prospects and positioning, engagement of related outside advisors and other next steps. The Board agreed to reconvene in June to continue the discussion, including with the assistance of outside financial advisors and its legal advisors at WLRK, and make related determinations.

During the foregoing discussion, management and representatives from WLRK responded to questions from the members of the Board.

## Adjournment

There being no further business, the meeting was adjourned at 12:30 p.m.

Signed:

_____
R. Eddie Dixon Jr.
Secretary

CONFIDENTIAL                                                                    NAT-SL-00001449