# EXHIBIT 16

Message

| | |
|---|---|
| **From:** | Eddie Dixon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7B514D7306264DD7B03E998DBD732A06-EDIXON] |
| **Sent:** | 5/27/2022 1:19:17 PM |
| **To:** | Michael McGrath [michael.mcgrath@ni.com]; Eric Starkloff [eric.starkloff@ni.com]; Alex Davern [alex.davern@ni.com]; Duy-Loan T. Le (duyloanle@gmail.com) [duyloanle@gmail.com]; gayla delly [gjdelly@gmail.com]; Gerhard P. Fettweis (gerhard.fettweis@tu-dresden.de) [gerhard.fettweis@tu-dresden.de]; James (Jim) E. Cashman (jecashman3@gmail.com) [jecashman3@gmail.com]; Liam K. Griffin (griffin88@gmail.com) [griffin88@gmail.com]; Karen Rapp [karen.rapp@ni.com]; Kevin Ilcisin [kevin.ilcisin@ni.com] |
| **CC:** | Eddie Dixon [eddie.dixon@ni.com]; Albert Percival [albert.percival@ni.com] |
| **Subject:** | Project Wolverine Confidentiality and Trading Restriction Notification / Please Read |

**Importance:**    High

Due to the existence of National Instruments Corporation (**"NATI"** or **"NI"**) material, non-public information of which you have become aware during the course of your work on Project Wolverine, you should not trade in NATI Common Stock until you receive a notification from me specifically stating that the Project Wolverine trading restriction has been lifted. Please be aware that this trading restriction is applicable even when the NI trading window is open.  In addition, as noted in our Insider Trading Policy, you should not disclose ("tip") material, non-public information to anyone. We are sending this email as a protective measure for you and the Company based on the very likely outcome that information in your possession related to Project Wolverine is deemed to be material by the SEC.

This matter is highly confidential and should only be discussed with those persons on the disclosed list below.  And, as discussed previously, all communications (other than those prepared by the company or its advisors) regarding Project Wolverine should be verbal. Any written communications could become part of the record and should be prepared by company management and/or its advisors and should include "Project Wolverine - privileged and confidential" in the Subject line with a copy to me. In addition, please obtain prior approval from Eric Starkloff and inform me of any employee, other than those on the disclosed list, with whom you would like to share Project Wolverine information so that I can also send this message to that individual. Note that it is not our intent to expand the disclosed list, so any request will be closely scrutinized. With respect administrative support, your EA should only be aware of the project name, but not the subject matter thereof, so adjust your working habits to help ensure that is the case. Please let us know immediately should you become aware of anyone with knowledge of Project Wolverine subject matter.  When communicating to me regarding disclosed employees, please copy Albert Percival on the message, NI's lead SEC counsel who was added to the Project Wolverine disclosed list today to address related business needs.

As an FYI only, the current NI open window for trading in company stock/securities will close at the end of day on Wednesday, June 1, 2022, and at that time you will be subject to an additional prohibition from trading in Company stock/securities until the next open trading window which, absent any unusual circumstances, is expected to be at the end of the first full trading day following our next earnings release.  But again, as of now you should not trade in NATI Common Stock until you receive a notification from me specifically stating that the Project Wolverine trading restriction has been lifted, <u>and</u> the applicable quarterly trading window is open.

Thank you for your understanding.  If you have questions, please call me at 512-496-6248 or Albert Percival at 512-297-5855.

**<u>Wolverine Disclosed List</u>**
All NI Board Members

CONFIDENTIAL                                                                                      NAT-SL-00016270

Karen Rapp
Kevin Ilcisin
Eddie Dixon
Albert Percival



**R. Eddie Dixon, Jr.**
Chief Legal Officer &
Senior Vice President
+15126836814  |  ni.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient.  Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited.  If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

INTERNAL - NI CONFIDENTIAL