# EXHIBIT 20

**Privileged & Confidential**

**National Instruments Corporation**
**Minutes of a Special Meeting of the Board of Directors**
**June 14, 2022**

A meeting of the Board of Directors (the **"Board"**) of National Instruments Corporation (the **"Company"** or **"NI"**) was held via video conference on June 14, 2022 at 3:00 p.m.

Directors present at the meeting were: Michael E. McGrath (Chair), Eric H. Starkloff (also, President and Chief Executive Officer), James E. Cashman, III, Alex M. Davern, Gayla J. Delly, Gerhard P. Fettweis, Liam K. Griffin, and Duy-Loan T. Le. No directors were absent.

Also, in attendance for all or a part of the meeting were: Karen Rapp (Executive Vice President and Chief Financial Officer), R. Eddie Dixon, Jr. (Chief Legal Officer, Senior Vice President and Secretary), Kevin Ilcisin (Senior Vice President, Corporate Strategy), Adam O. Emmerich (Partner with Wachtell, Lipton, Rosen & Katz (**"WLRK"**)), Sabastian V. Niles (Partner with WLRK), Johnny Williams (with Bank of America (**"BofA"**)), Shawn Liu (with BofA), Kevin Daniels (with BofA), and Philip Youn (with BofA).

Mr. McGrath reviewed the meeting agenda and Mr. Dixon recorded the minutes.

## Fiduciary Duties/Response Options

At Mr. McGrath's invitation, regarding the recent outreach and proposal from Wolverine, representatives of WLRK outlined the Board's fiduciary duties in this context, various legal and practical considerations in the context of receiving Wolverine's proposal and potential go-forward scenarios.

During the foregoing discussion, representatives from WLRK responded to questions from the members of the Board.

## Project Wolverine Financial Advisor Presentation and Discussion

Referring to materials previously circulated to the Board, representatives of BofA then presented the Board various financial analyses concerning the Company and the proposal from Wolverine and reviewed with the Board the financial projections used by BofA in connection with certain valuation work conducted by BofA. The financial projections and assumptions had been reviewed and discussed with the Board by management. Sensitivity analyses were also presented, and BofA provided their assessment of the Wolverine proposal, including as to how the various valuation frameworks and methodologies used by BofA presented values for the Company that exceeded Wolverine's offer. Representatives of BofA also presented the Board with financing capacity analyses of Wolverine.

During the foregoing discussion, representatives from BofA responded to questions from the members of the Board.

Representatives of BofA, Ms. Rapp, and Mr. Ilcisin left the meeting.

CONFIDENTIAL                                                                                          NAT-SL-00001447

**Privileged & Confidential**

**Project Wolverine Discussion and Determinations**

The directors discussed Wolverine's proposal, the Company's strategy, performance and valuation considerations, and potential responses. Directors referenced prior meetings of the Board where the Company's business, prospects, opportunities and risks had been throughly discussed, noted that the strength of the Company's performance and prospects and highlighted that supply chain challenges have been hampering translation of increased bookings into revenue and that the results of the Company's strategic plan have yet to be realized. Directors also discussed that the proposal did not provide a basis for further discussions and how the timing of the proposal was opportunistic, including taking into account broader market and industry volatility and especially company-specific circumstances, such as, among others, that the Company's strategic plan is in the early stages of realization and that the proposal substantially undervalues the Company, including relative to the value able to be realized and unlocked from execution of the Company's strategic plan and relative to the valuation methodologies presented by BofA and discussed with the Board. In addition, the directors discussed the lack of apparent synergies for Wolverine with respect to the Company, especially relative to other potential strategic partners. Upon conclusion of discussion, the directors unanimously determined to reject Wolverine's proposal and that it would direct management to convey this determination to Wolverine.

The directors then discussed the potential response to Wolverine and authorized Messrs. McGrath, Starkloff, Dixon and representatives of WLRK to prepare and deliver a responsive letter to Wolverine.

The directors then discussed potential courses of action in the event Wolverine were to escalate the matter publicly or otherwise, respond with a higher offer or if other scenarios were to occur and determined that any material developments could be discussed at the regularly scheduled meeting of the Board in July. Materials regarding a potential shareholder rights plan were provided to the Board by WLRK and referenced by representatives of WLRK in the discussion.

During the foregoing discussion, management and representatives from WLRK responded to questions from the members of the Board.

**Independent Director Session with WLRK Attending**

The independent members of the Board met in executive session.

**Adjournment**

There being no further business, the meeting was adjourned at 5:00 p.m.

Signed:

_____
R. Eddie Dixon Jr.
Secretary

CONFIDENTIAL                                                                                     NAT-SL-00001448