# EXHIBIT 23

Message
─────────────────────────────────────────────────────────────

**From:**         Eric Starkloff [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
                  (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6AE80EC63A9B401981A77972927DF5F0-ERICST]
**Sent:**         6/16/2022 8:40:11 AM
**To:**           Karsanbhai, Lal [CORP/US] [Lal.Karsanbhai@emerson.com]
**BCC:**          Eddie Dixon [eddie.dixon@ni.com]
**Subject:**      Response to your letter
**Attachments:**  NI Letter to Emerson 6-16-2022 (signed).pdf


Lal:
Attached is our response to your May 25th letter.
Regards,
Eric




**Eric Starkloff**
CEO
+15126835275 | ni.com


National Instruments
is now NI.

CONFIDENTIAL                                                                    NAT-SL-00001254



June 16, 2022

STRICTLY PRIVATE AND CONFIDENTIAL

Lal Karsanbhai
President and Chief Executive Officer
Emerson Electric Co.
8000 West Florissant Avenue
PO Box 4100
St. Louis, MO 63136-8506

Dear Lal:

The Board of Directors (the "Board") of National Instruments Corporation ("NI") has carefully reviewed your letter dated May 25, 2022, with the assistance of our financial and legal advisors. The Board has unanimously determined that your letter does not provide a basis for further discussions.

NI's Board and management team will remain focused, without distraction, on executing our strategies that are producing a significant and steady increase in bookings and revenue, strengthened operational performance, and advances in technology.


Sincerely,

Eric Starkloff
President and Chief Executive Officer

Michael E. McGrath

Michael E. McGrath
Chairman of the Board

11500 N Mopac Expwy Austin, TX 78759-3504

ni.com

NAT-SL-00001255