# EXHIBIT 24

Message
_____

**From:**         Karsanbhai, Lal [CORP/US] [Lal.Karsanbhai@emerson.com]
**Sent:**         6/22/2022 12:26:21 PM
**To:**           Eric Starkloff [eric.starkloff@ni.com]; michael_e_mcgrath@msn.com
**Subject:**      [EXTERNAL] Follow-up to NI letter dated June 16
**Attachments:**  Emerson Letter to NI June 22 2022.pdf


Eric and Michael:

Attached is Emerson's response to NI's letter dated June 16.

Lal

*Lal Karsanbhai*
*President and Chief Executive Officer*
*Emerson*

CONFIDENTIAL                                                          NAT-SL-00002991



Lal Karsanbhai
President and Chief Executive Officer

Emerson
8000 West Florissant Avenue
St Louis, MO 63136-8506
USA

June 22, 2022

<u>STRICTLY PRIVATE AND CONFIDENTIAL</u>
<u>SENT VIA EMAIL PDF</u>

Eric Starkloff
President and Chief Executive Officer

Michael E. McGrath
Chairman of the Board

National Instruments Corporation
11500 N Mopac Expwy
Austin, TX 78759-3504

Dear Eric and Michael:

I received your letter dated Thursday, June 16th, responding to our proposal from Wednesday, May 25th (the "Proposal") for the acquisition of all of the outstanding shares of National Instruments Corporation ("NI") by Emerson Electric Co. ("Emerson"). I am disappointed in your response and the lack of engagement from you and your Board to what is an extremely attractive Proposal for the shareholders of NI.

We have followed NI for many years and believe that the Proposal is a unique opportunity for NI shareholders to realize a certain cash value and to accelerate the execution of your vision to automate test across the product lifecycle. We are offering an immediate financial benefit to your shareholders, and a high-quality home for NI, benefiting your employees, customers, suppliers and communities.

Our Proposal to acquire all of NI's outstanding shares at $48 per share in cash offers significant value to your shareholders measured against both short and longer-term metrics, specifically a:

- 51% premium to NI's closing share price as of June 21, 2022;

- 41% premium to the volume weighted average price for the last 30 trading days ending June 21, 2022;

- 39% premium to NI's closing share price as of May 24, 2022 (the day prior to when we made the Proposal); and

- 4% premium to the 52 week high trading price as of June 21, 2022.

NAT-SL-00002992

We are highly confident your shareholders would view our cash offer favorably and recent market data points reinforce this view, including:

- The last time NI's share price closed above $48 was on December 6th, 2018. NI's share price has underperformed both the broader market and its key peer, Keysight, since then, with the stock down 34% in a period where the NASDAQ Index gained 54% and Keysight gained 125%;

- Four of the six brokers who cover NI have reduced their 12 month forward price targets following your Q1 earnings with the median price target being reduced from $50 to $43.50; and

- The top 10 active shareholders as of the end of Q1 2021 owned approximately 19% of the company with an estimated weighted average cost basis of $35. Over the past year, 8 of those 10 shareholders have reduced their positions and sold stock materially below the price we are offering.

We prefer to engage in collaborative, bilateral discussions with minimal distraction to your management team to reach an agreement privately. Your letter referenced "significant and steady increases in bookings and revenue" as well as "strengthened operational performance and advances in technology". We look forward to learning more about your internal plan and are confident that with access to limited non-public information after signing an NDA, we could work with you to find additional value that would allow us to increase our Proposal.

We are prepared to engage immediately and have organized the resources to move towards a transaction expeditiously, including:

- *Diligence:* We have performed extensive outside-in due diligence on NI over an extended period. As a result, we have limited and specific confirmatory due diligence requirements.

- *Timing:* We are ready to begin our confirmatory due diligence exercise and we would work towards signing and announcing a definitive agreement within four weeks.

- *Regulatory:* We do not anticipate any significant regulatory risks or delays given the complementary nature of our businesses.

- *Financing:* Our Proposal is not subject to any financing condition and would be financed from cash on hand, committed lines of credit and/or other available sources of financing. Emerson is an A2/A rated company with a strong balance sheet. We have obtained a Highly Confident Letter from Goldman Sachs.

- *Advisors:* We have engaged Goldman Sachs & Co. LLC and Centerview Partners LLC as our financial advisors and Davis Polk Wardwell LLC as our legal counsel.

- *Certainty:* Our Board of Directors has reviewed and supports the proposed transaction. Emerson shareholder approval will not be required.

2

NAT-SL-00002993

Emerson considers this Proposal to be of the highest strategic priority. We are very motivated to conclude a transaction that benefits both companies as well as our respective shareholders. Please confirm receipt of this letter. Given the upcoming July 4th holiday, we recognize you may not be able to get back to us until the week of July 11th. I look forward to hearing from you by then at the latest.

Sincerely,

Lal Karsanbhai

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This Proposal constitutes neither an offer nor evidence of the existence of an offer, and is not intended to be and does not create a binding legal obligation on any party and no party will have any obligation or liability with respect to the Proposal, unless and until the execution of the Definitive Agreement by the parties hereto and then subject to the terms thereof.

NAT-SL-00002994