# EXHIBIT 25

Message

| | |
|---|---|
| **From:** | Eric Starkloff [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6AE80EC63A9B401981A77972927DF5F0-ERICST] |
| **Sent:** | 6/30/2022 6:51:19 PM |
| **To:** | Kevin Ilcisin [kevin.ilcisin@ni.com] |
| **CC:** | Karen Rapp [karen.rapp@ni.com]; Eddie Dixon [eddie.dixon@ni.com] |
| **Subject:** | Re: Wolverine / confidential |
| **Attachments:** | Project Wolverine_Discussion Materials_v6_30_sent.pdf |

**Flag:** Follow up

Thanks. 2 primary things to discuss and decide tomorrow in addition to any review of this material:
I can provide a high level and preliminary view of q2 results.
We need to decide specifically on a response email  next week positioning our discussion at the already scheduled board meeting.
We'll also likely want to meet with this team next week to be fully prepared should nuthatch chose to go public the week of the 11th. we may have  some data point later next week if they respond to my response.
Eric

Sent from my iPhone


On Jun 30, 2022, at 6:38 PM, Kevin Ilcisin <kevin.ilcisin@ni.com> wrote:


Won't get to look at it until later, so forwarding to you as well Eric

Kevin

Get Outlook for iOS
.................................................................................................................
**From:** Daniels, Kevin J - GCIB NY <kevin.j.daniels@bofa.com>
**Sent:** Thursday, June 30, 2022 4:06 PM
**To:** Kevin Ilcisin <kevin.ilcisin@ni.com>; Karen Rapp <karen.rapp@ni.com>; Eddie Dixon <eddie.dixon@ni.com>
**Cc:** Liu, Shawn W - GCIB PAL <shawn.liu@bofa.com>; Youn, Philip - GCIB NY <philip.youn@bofa.com>; Boyajian, David - GCIB NY <david.boyajian@bofa.com>; Niles, Sabastian V. <SVNiles@wlrk.com>; John.Christiansen@fgsglobal.com <John.Christiansen@fgsglobal.com>; Danya.Al-Qattan@fgsglobal.com <Danya.Al-Qattan@fgsglobal.com>; JP.Kaytrosh@fgsglobal.com <JP.Kaytrosh@fgsglobal.com>
**Subject:** [EXTERNAL] Wolverine / confidential

Kevin, Karen and Eddie

Attached are some materials for tomorrow's discussion.  These include input from the whole advisor group.

Please let us know if there are any questions.

CONFIDENTIAL                                                          NAT-SL-00016234

Look forward to speaking tomorrow.

Best regards,

Kevin

---

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/emaildisclaimer. If you are not the intended recipient, please delete this message.

INTERNAL - NI CONFIDENTIAL

INTERNAL - NI CONFIDENTIAL