# EXHIBIT 28

Message
_____

| | |
|---|---|
| **From:** | Eric Starkloff [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6AE80EC63A9B401981A77972927DF5F0-ERICST] |
| **Sent:** | 7/6/2022 12:04:49 PM |
| **To:** | Karsanbhai, Lal [CORP/US] [Lal.Karsanbhai@emerson.com] |
| **BCC:** | Eddie Dixon [eddie.dixon@ni.com] |
| **Subject:** | Re: [EXTERNAL] Follow-up to NI letter dated June 16 |

Lal:

I hope you had a good 4th of July weekend.  I wanted to let you know that we will be discussing your follow-up letter at our regularly scheduled board meeting at the end of this month.  I will be in touch with you after the board meeting to discuss.

Regards,

Eric



**Eric Starkloff**
CEO
+15126835275 |  ni.com

National Instruments
is now NI.

_____

**From:** "Karsanbhai, Lal [CORP/US]" <Lal.Karsanbhai@emerson.com>
**Date:** Wednesday, June 22, 2022 at 12:27 PM
**To:** Eric Starkloff <eric.starkloff@ni.com>, Michael McGrath <michael_e_mcgrath@msn.com>
**Subject:** [EXTERNAL] Follow-up to NI letter dated June 16

Eric and Michael:

Attached is Emerson's response to NI's letter dated June 16.

Lal

*Lal Karsanbhai*
*President and Chief Executive Officer*
*Emerson*

CONFIDENTIAL                                                                                      NAT-SL-00001252