# EXHIBIT 29

Privileged & Confidential

**National Instruments Corporation**
**Minutes of a Meeting of the Board of Directors**
**July 19-20, 2022**

A meeting of the Board of Directors (the **"Board"**) of National Instruments Corporation (the "**Company**" or "**NI**") was held on July 19th and 20th, 2022, beginning on July 19th at approximately at 4:00 p.m.

Directors present at the meeting were: Michael E. McGrath (Chair), Eric H. Starkloff (also, President and Chief Executive Officer), James E. Cashman, III, Alex M. Davern, Gayla J. Delly, Gerhard P. Fettweis, Liam K. Griffin, and Duy-Loan T. Le. No directors were absent.

Also, in attendance for all or a part of the meeting were: Karen Rapp (Executive Vice President and Chief Financial Officer), R. Eddie Dixon, Jr. (Chief Legal Officer, Senior Vice President and Secretary), Albert Percival (Legal Senior Director and Assistant Secretary), Deborah Donahue (Principal Paralegal), Jason Green (Chief Revenue Officer and Executive Vice President, Portfolio BU), Ritu Favre (Executive Vice President & GM, Business Units), Josh Mueller (Senior Vice President, Marketing & GM, PBU), Drita Roggenbuck (Senior Vice President & GM, TBU), Rob Porterfield, (Senior Vice President, Manufacturing), Scott Rust, (Executive Vice President, Platform & Technology), Kevin Schultz (Senior Vice President, Product Research & Development) and Sabastian Niles (Partner, Wachtell, Lipton, Rosen & Katz).

Mr. McGrath reviewed the meeting agenda and Mr. Percival recorded the minutes.

**Working Meeting**

All Board members and Mr. Dixon were present for the working meeting. Mr. McGrath opened the session with a discussion regarding the purpose of the working session. Mr. Starkloff then led a brief discussion regarding succession planning for his leadership team which will be addressed in more detail at the September Board Retreat.

Mr. McGrath and Mr. Starkloff then facilitated a discussion regarding various financial operating models including revenue and operating expense projections for the Company. There was extensive discussion concerning expected results under a number of such models and projections.

Mr. Starkloff led a discussion regarding Wolverine's response to the Company's rejection of Wolverine's proposal, which such response had been previously circulated to the Board. It was noted that the letter from Wolverine did not present an increased offer and the letter proposed the same pricing and terms as had been previously reviewed and rejected, unanimously, by the Board. Mr. Starkloff noted that the matter was scheduled for further discussion with outside counsel present tomorrow.

During the foregoing presentation, members and Mr. Niles responded to questions from the members of the Board.

At 8:45 p.m. on July 19, 2022, the meeting was adjourned until 8:30 a.m. on July 20, 2022.

Minutes 1 of 53

CONFIDENTIAL                                                                                                  NAT-SL-00001457

Privileged & Confidential

### General Session

The meeting was reconvened on July 20, 2022 at 8:30 a.m. All Board members were present. Also, in attendance: Ms. Rapp, Mr. Dixon, Mr. Percival, and Ms. Donahue.

### Approval of Minutes (Agenda Item 1.1)

The minutes of the Board Meeting held on April 19, 2022 and the minutes of the Annual Stockholder Meeting held on May 10, 2022 were reviewed and unanimously approved.

### Committee Chair Reports (Agenda Item 1.2)

#### Audit Committee

Ms. Delly, Audit Committee Chair, reported on the matters discussed and/or actions taken at the Audit Committee meeting held on July 19, 2022, including the following: the 10-Q Filing Schedule; Hotline Reports and Conflict of Interest Reports; approval and recommendation that the Board members adopt revisions to the Code of Ethics and underlying policies; enterprise risk management update; Q2 financial results update; Internal Audit update; EY update, including approval of services requiring pre-approval. Ms. Delly then reported that separate executive sessions were held with representatives of EY and Ms. Rapp.

#### *Code of Ethics and Underlying Policies (Agenda Item 1.3 - taken up out of order)*

Following discussion, upon a motion duly made and seconded, the Board unanimously adopted the related resolutions set forth in **Exhibit A**.

#### Compensation Committee

Ms. Le, Compensation Committee Chair, reported on the matters discussed and/or actions taken at the Compensation Committee meeting held on July 19, 2022, including the following: review and approval of the NI peer companies listed below with the removal of ▮▮▮▮▮▮▮▮

**Redacted - NSBI**

Ms. Le also reported on the Compensations Committee's review of compensation trends; review of Future LTI program design principles; and review and approval of ESPP implementation for Heinzinger Automotive GmbH.

Minutes 2 of 53

NAT-SL-00001458

Privileged & Confidential

**Nomination and Governance Committee**

Mr. Cashman, Nomination and Governance Committee Chair, reported on the matters discussed and/or actions taken at the Nomination and Governance Committee meeting held on July 19, 2022, including the following: review of the Corporate Impact Report; review and approval of peer group companies for director compensation; and discussion of broad issues concerning the board of directors.

**Banking Accounts Authorized Persons (Agenda Item 1.4)**

Following discussion, upon a motion duly made and seconded, the Board unanimously adopted the related resolutions set forth in **Exhibit B**.

**Director and Officer Exclusion (Agenda Item 1.5)**

Following discussion, upon a motion duly made and seconded, the Board unanimously adopted the related resolutions set forth in **Exhibit C**.

**Q2 Results and Business Updates (Agenda Item 2)**

Mr. Green, Ms. Favre, Mr. Mueller and Ms. Roggenbuck joined the meeting.

Mr. Green provided an executive summary of the Q2 financial results. Mr. Green discussed overall bookings growth, as well as bookings growth by region, industry and customer tier. Mr. Green stated that macroeconomic and geo-political events continue to drive global supply chain constraints.

Ms. Rapp reviewed: the Q2 bookings to revenue bridge; Q2 revenue & EPS; Q3 P&L, revenue and EPS; Q2 GAAP revenue bridge; Q2 non-GAAP gross-margin bridge; preliminary Q2 non-GAAP to GAAP comparison; and preliminary Q2 and first half 2022 results, which included several positive new company records.

During the foregoing presentation, management responded to questions from the members of the Board.

**BU Results and H2/2023 Bookings Outlook (Agenda Item 3)**

Ms. Favre, Ms. Roggenbuck and Mr. Mueller presented BU reports for the ADG, SEBU TBU and Portfolio business units. The reports included information regarding Q2 bookings and revenue, focus areas, Q3 outlook, market update, industry outlook, and 18-month forecast.

During the foregoing presentation, management responded to questions from the members of the Board.

Ms. Favre, Mr. Mueller and Ms. Roggenbuck left the meeting.

Minutes 3 of 53

NAT-SL-00001459

Privileged & Confidential

**Supply Chain Update and Impact on 2022 and 2023 P&L** (Agenda Item 4)

Mr. Porterfield, Mr. Rust and Mr. Schultz joined the meeting.

Mr. Porterfield led a presentation on the Company's supply chain, including: elements of historical Company strategy which have had implications for current supply chain challenges; current conditions at NI; mitigation actions; the impact of broker purchases; H2 revenue considerations; and a supply chain transformation.

During the foregoing presentation, management responded to questions from the members of the Board.

Mr. Rust, Mr. Porterfield and Mr. Schulz left the meeting.

Ms. Rapp reviewed the: 2022 double-digit bookings forecast; non-GAAP P&L forecast with bookings and backlog; 2022 revenue forecast; 2022 gross margin forecast; and expense control actions taken in 2022, including headcount and operating efficiencies. Ms. Rapp also discussed the long term Plan of Record; the 2022 current forecast verses the plan of record with various scenarios; non-GAAP operating expense and head count plan of record; Q3 preliminary budget forecast; Q3 data points for guidance; a summary of the capital strategy, including discussion of investment impacts on liquidity, quarterly cash projections for 2022, and a capital strategy recommendation to add a $500 million Term Loan A to the current $500 million Revolving Credit Facility.

Following discussion, upon a motion duly made and seconded, the Board unanimously adopted the resolutions set forth in **Exhibit D** related to the Credit Agreement.

Following discussion, upon a motion duly made and seconded, the Board unanimously adopted the resolutions set forth in **Exhibit E** related to the quarterly dividend.

During the foregoing presentation, management responded to questions from the members of the Board.

Mr. Green left the meeting.

Mr. Niles joined the meeting.

**Summary and Actions** (Agenda Item 6 - *taken up out of order*)

Mr. Starkloff led a continuation of the discussion related to Wolverine's response letter to the Company. Board members discussed various aspects of Wolverine's outreach, including Wolverine having simply reaffirmed their prior inadequate offer, the potential for Wolverine to change their offer and the degree of seriousness with which Wolverine would pursue the potential transaction, the potential for entry into an NDA and engaging in due diligence and negotiations with Wolverine, and various strategic and financial alternatives. The Board members reaffirmed their view that the Wolverine proposal is not in the best interests of the Company and its shareholders, does not reflect the value that is expected to be generated by the Company's businesses strategies, which continues to show positive momentum and that the timing was inopportune for such a proposal from the Company's perspective, including taking into account

Minutes 4 of 53

NAT-SL-00001460

Privileged & Confidential

how supply chain constraints were impacting backlog and revenue conversion and the Company's plans for addressing such matters. The Board also concluded following discussion that the proposal from Wolverine did not merit engaging in discussions with or providing diligence materials to Wolverine. These conclusions also referenced and took into account the discussions and materials previously reviewed with the Board. The Board also discussed with management the potential steps the Company could take at the upcoming earnings call to highlight the Company's strong momentum, prospects, margin priorities and other financial and operating performance matters. Various elements of the Company's strategic plan, including potential acquisitions by the Company and their benefits, were also discussed. Representatives of WLRK provided perspectives, including as to legal matters.

Following discussion, upon a motion duly made and seconded, the Board unanimously voted to reaffirm their continued rejection of the Wolverine proposal and authorized Mr. McGrath, Mr. Starkloff and Mr. Dixon to determine the precise manner and content for communicating the reaffirmed rejection to Wolverine.

During the foregoing presentation, management and Mr. Niles responded to questions from the members of the Board.

Mr. Niles and Mr. Percival left the meeting.

**Key topics for Board Retreat (Agenda Item 5)**

Mr. Starkloff noted that the proposed agenda for the September 2022 Board Retreat was included in the Board materials and that the agenda would be finalized prior to the Board Retreat.

**Independent Director Session**

The independent members of the Board met in executive session.

**Adjournment**

There being no further business, the meeting was adjourned at approximately 3:00 p.m.

Signed:

*Albert Percival*

_____
Albert Percival
Assistant Secretary

Minutes 5 of 53

CONFIDENTIAL                                                                                    NAT-SL-00001461