# EXHIBIT 30

**Privileged & Confidential**

**National Instruments Corporation**
**Minutes of Special Board of Directors' Meeting**
**July 25, 2022**

A special meeting of the Board of Directors (the "Board") of National Instruments Corporation (the "Company") was held via video conference on July 25, 2022 at approximately 8:00 p.m. Each person on the call could hear and be heard by each other person.

Directors present at the meeting were: Michael E. McGrath (Chairman), Eric H. Starkloff (also, President and Chief Executive Officer), James E. Cashman, III, Alex M. Davern, Gayla J. Delly, Gerhard P. Fettweis, Liam K. Griffin, and Duy-Loan T. Le. No directors were absent.

Also, in attendance for all of the meeting were: Karen Rapp (Executive Vice President and Chief Financial Officer) and R. Eddie Dixon, Jr. (Chief Legal Officer, Senior Vice President and Secretary).

The Chairman called the meeting to order and announced that a quorum was present. Mr. Dixon recorded the minutes.

The Chair reviewed the agenda and noted that the purpose of the board meeting was to discuss: 1) a number of 2023 Company financial scenarios, and 2) the Company's Q2 financial results, including Mr. Starkloff's content plans for the next Company earnings call and subsequent investor conference.

**Financial Scenarios (Agenda Item 1)**

Mr. Starkloff led a discussion of various projections of company financial results for the remainder of FY2022 through the end of FY2025 in various scenarios, with Company revenue-growth results of: 25%; 16%, and, 11%. Management also outlined expense assumptions included in a 2022 to 2023 expense bridge. The ability of the Company to achieve strong financial and operating performance across a range of potential economic and business environments was reviewed and discussed, as were various initiatives underway at the Company.

During the foregoing presentation, management responded to questions from the members of the Board.

**Investor Messaging and Conference (Agenda Item 2)**

Mr. Starkloff led a discussion of key points to be communicated in the upcoming Company earnings call and follow-on investor conference in New York City.

It was noted that of particular interest was the very positive outlook for the next 18 months and beyond, which will be a core component of the earnings-call script (with the Board affirming its support for management to provide this confidence and information to the market). The Board noted that, as per prior discussions among the Board, management's strong outlook and the related underpinnings for such confidence and the Company's very positive outlook were also factors considered in the Board's recent unanimous (and unanimously reaffirmed) decision to reject the Wolverine offer. Chairman McGrath made note of several financial projections prepared by

Page **1** of 2

 NAT-SL-00001455

**Privileged & Confidential**

management which form the foundation of the Company's positive outlook and that the confidence conveyed by management in the Company's ability to execute and achieve the Company's strategic business plans, even in a range of potential economic and business environments and various operating models and financial scenarios, and the specific steps being taken by the Company in support of these plans, further affirm the Board's decision-making and conclusions on these matters, and the other directors concurred in this view.

Mr. McGrath further noted that at this time the board will not be considering/approving a new 3-year plan or 2023 budget. These topics will be included at the September strategy retreat and October board meeting.

During the foregoing presentation, management responded to questions from the members of the Board.

## Adjournment

There being no further business, the meeting was adjourned at approximately 9:20 p.m.

Signed:

_____
R. Eddie Dixon, Jr.
Secretary

CONFIDENTIAL                                                                                    NAT-SL-00001456