# EXHIBIT 31

Message
_____

| | |
|---|---|
| **From:** | Eric Starkloff [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6AE80EC63A9B401981A77972927DF5F0-ERICST] |
| **Sent:** | 8/2/2022 5:18:13 PM |
| **To:** | Karsanbhai, Lal [CORP/US] [Lal.Karsanbhai@emerson.com]; michael_e_mcgrath@msn.com |
| **BCC:** | Eddie Dixon [eddie.dixon@ni.com] |
| **Subject:** | Re: [EXTERNAL] Follow-up to NI letter dated June 16 |
| **Attachments:** | NI Letter to Emerson 8-2-2022.pdf |

Lal:

Attached is NI's response to your letter on June 22nd.

Regards,

Eric



**Eric Starkloff**
CEO
+15126835275 | ni.com

National Instruments
is now NI.

................................................................

**From:** "Karsanbhai, Lal [CORP/US]" <Lal.Karsanbhai@emerson.com>
**Date:** Wednesday, June 22, 2022 at 10:27 AM
**To:** Eric Starkloff <eric.starkloff@ni.com>, Michael McGrath <michael_e_mcgrath@msn.com>
**Subject:** [EXTERNAL] Follow-up to NI letter dated June 16

Eric and Michael:

Attached is Emerson's response to NI's letter dated June 16.

Lal

*Lal Karsanbhai*
*President and Chief Executive Officer*
*Emerson*

CONFIDENTIAL                                                                              NAT-SL-00001239



August 2, 2022

<u>STRICTLY PRIVATE AND CONFIDENTIAL</u>


Lal Karsanbhai
President and Chief Executive Officer
Emerson Electric Co.
8000 West Florissant Avenue
PO Box 4100
St. Louis, MO 63136-8506

Dear Lal:

Our Board of Directors has carefully reviewed your letter dated June 22, 2022, with the assistance of our financial and legal advisors.  The Board remains unanimously of the view that your proposal is not in the best interests of NI and its shareholders.


Sincerely,



Eric Starkloff
President and Chief Executive Officer


*Michael E. McGrath*


Michael E. McGrath
Chairman of the Board

NAT-SL-00001240