# EXHIBIT 32

Message

| | |
|---|---|
| **From**: | Niles, Sabastian V. [SVNiles@wlrk.com] |
| **Sent**: | 7/26/2022 1:58:27 PM |
| **To**: | Eddie Dixon [eddie.dixon@ni.com]; Albert Percival [albert.percival@ni.com] |
| **CC**: | Emmerich, Adam O. [aoemmerich@WLRK.com]; Jin, Kwon-Yong [KJin@wlrk.com]; Dimitrijevic, Anna [ADimitrijevic@wlrk.com]; Project Wolverine 2022 (WLRK Team) [ProjectWolverine-WLRKTeam@wlrk.com] |
| **Subject**: | [EXTERNAL] Priv, Wolverine |
| **Attachments**: | Wolverine - Second Response Letter [WLRK 7.22.22]_4338474_1.DOCX; Wolverine - Response Letter [Final]_4304716_8.DOCX |

Attached is a proposed draft for a short response letter, along with the final previously communicated rejection letter so you can see the differences/similarities.  We are preparing talking points / guidelines for a CEO call too in case they end up on the phone.  Please let us know your thoughts/comments.  You will see, it isn't very long, by design.

**Sabastian V. Niles**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street | New York, NY 10019
+1 (212) 403-1366 (Direct) | +1 (212) 403-2366 (Fax)
SVNiles@wlrk.com | www.wlrk.com

======================================================

Please be advised that this transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy or re-transmit this communication. If you have received this communication in error, please notify us by e-mail (helpdesk@wlrk.com) or by telephone (call us collect at 212-403-4357) and delete this message and any attachments.

Thank you in advance for your cooperation and assistance.
======================================================

NAT-SL-00020234