# EXHIBIT 33

Message
_____

**From:**      Eddie Dixon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7B514D7306264DD7B03E998DBD732A06-EDIXON]
**Sent:**      8/4/2022 3:57:30 PM
**To:**        Karen Rapp [karen.rapp@ni.com]; Albert Percival [albert.percival@ni.com]
**Subject:**   Re: Buybacks


I think the question is when does the nuthatch engagement become stale so legitimate argument that we don't have MNPI  when the plan is put in place, but will let Albert confirm with WLRK.

Eddie

Get Outlook for iOS
_____

**From:** Karen Rapp <karen.rapp@ni.com>
**Sent:** Thursday, August 4, 2022 10:53:34 AM
**To:** Eddie Dixon <eddie.dixon@ni.com>; Albert Percival <albert.percival@ni.com>
**Subject:** RE: Buybacks

I was thinking maybe now is the time to put a plan in place since we sent the letter.  I know we have to wait 30 or 60 days from when it's implemented to start the repurchases so the sooner the better if possible.
_____

**From:** Eddie Dixon <eddie.dixon@ni.com>
**Sent:** Thursday, August 4, 2022 10:50 AM
**To:** Albert Percival <albert.percival@ni.com>; Karen Rapp <karen.rapp@ni.com>
**Cc:** Eddie Dixon <eddie.dixon@ni.com>
**Subject:** Re: Buybacks

FYI - the "reconfirmed" rejection was sent on Tuesday, so hopefully we can do something near the end of the open window if no further engagement by nuthatch. I believe that is what we discussed before, but as you noted, let's get WLRK's take in the timing.

Thanks, Albert.

Eddie

Get Outlook for iOS
_____

**From:** Albert Percival <albert.percival@ni.com>
**Sent:** Thursday, August 4, 2022 10:28:56 AM
**To:** Karen Rapp <karen.rapp@ni.com>; Eddie Dixon <eddie.dixon@ni.com>
**Subject:** RE: Buybacks

I'll need to discuss with WLRK.  We still have the Nuthatch letter "overhang" or perhaps  "hangover", so I believe we are in a gray area.



**Albert Percival**
Legal Senior Director of Corporate
albert.percival@ni.com
O+1 512.297.5855| ni.com

CONFIDENTIAL                                                                                    NAT-SL-00015029

National Instruments
is now NI.

CONFIDENTIALITY NOTICE:
The information contained in this email and any attached documents may be confidential or legally privileged. If you are not the intended recipient of this message, you may not review, use, disclose, distribute, print, copy or disseminate this communication or any attached documents. If you have received this in error, please reply and notify the sender (only) and destroy all copies of the original message and any attached documents. Unauthorized interception of this e-mail is a violation of federal criminal law.

**From:** Karen Rapp <karen.rapp@ni.com>
**Sent:** Thursday, August 4, 2022 9:21 AM
**To:** Albert Percival <albert.percival@ni.com>; Eddie Dixon <eddie.dixon@ni.com>
**Subject:** Buybacks

Hi Albert,
Can you please let me know what we can do to put a plan in place for stock repurchases given the current situation.

Thanks,
Karen

**Karen Rapp**
Chief Financial Officer
Pronouns: She/Her/Hers
+15126839296  |  ni.com

INTERNAL - NI CONFIDENTIAL

INTERNAL - NI CONFIDENTIAL

INTERNAL - NI CONFIDENTIAL

INTERNAL - NI CONFIDENTIAL

CONFIDENTIAL