# EXHIBIT 35

Appointment

| | |
|---|---|
| **From:** | Albert Percival [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5e6ddfd6bd284f6b8061385d353ecb94-aperciva] |
| **Sent:** | 8/5/2022 12:51:43 AM |
| **To:** | Albert Percival [albert.percival@ni.com]; Sabastian V. Niles [svniles@wlrk.com]; Jin, Kwon-Yong [KJin@wlrk.com] |
| **CC:** | Eddie Dixon [eddie.dixon@ni.com]; Carlin, Wayne M. [WMCarlin@wlrk.com] |

| | |
|---|---|
| **Subject:** | NI Stock Trading Plan |
| **Location:** | Microsoft Teams Meeting |

| | |
|---|---|
| **Start:** | 8/5/2022 7:30:00 PM |
| **End:** | 8/5/2022 8:00:00 PM |
| **Show Time As:** | Busy |

| | |
|---|---|
| **Required Attendees:** | Albert Percival; Sabastian V. Niles; Jin, Kwon-Yong |
| **Optional Attendees:** | Eddie Dixon; Carlin, Wayne M. |

---

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

Meeting ID: 274 298 060 821
Passcode: tj894s
Download Teams | Join on the web

**Or call in (audio only)**
+1 512-851-8323,,297434621#   United States, Austin
Phone Conference ID: 297 434 621#
Find a local number | Reset PIN

Learn More | Meeting options

---

CONFIDENTIAL

NAT-SL-00008685