# EXHIBIT 37

Message
_____

| | |
|---|---|
| **From:** | Kevin Ilcisin [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ADF5FD35B4FB444EB7567ABF2924118B-KILCISIN] |
| **Sent:** | 8/10/2022 3:39:47 PM |
| **To:** | Eddie Dixon [eddie.dixon@ni.com]; Niles, Sabastian V. [SVNiles@wlrk.com]; Emmerich, Adam O. [aoemmerich@WLRK.com] |
| **Subject:** | FW: National Instruments - NOBO List (8-5-22) |
| **Attachments:** | NATI - 08-05-22.xlsx |

This came in this morning

_____

**From:** Sam Geoffroy <sgeoffroy@mackenziepartners.com>
**Date:** Wednesday, August 10, 2022 at 7:33 AM
**To:** Eddie Dixon <eddie.dixon@ni.com>, Karen Rapp <karen.rapp@ni.com>, Kevin Ilcisin <kevin.ilcisin@ni.com>, Marissa Vidaurri <marissa.vidaurri@ni.com>
**Cc:** Bob Marese <bmarese@mackenziepartners.com>, ID <ID@mackenziepartners.com>, Kevin White <kwhite@mackenziepartners.com>
**Subject:** [EXTERNAL] National Instruments - NOBO List (8-5-22)

Team,

We just received the updated Broadridge NOBO list as of 8/5/22. Attached is a copy for your records.

███████████████████████████████████████████████████████████. This activity places the firm within the ██████ shareholders.

Let us know if you have time today to discuss.

| NOBO Shares | NOBO Account | Firm |
|---|---|---|
| ████ | ████████████████████████ | ████████ |

Best,
Sam

**Samuel B. Geoffroy**
Director, Sentinel Market Intelligence

MacKenzie Partners, Inc.
1407 Broadway, 27th Floor
New York, NY 10018
O: (212) 378-7072
M: (207) 756-0180
sgeoffroy@mackenziepartners.com

INTERNAL - NI CONFIDENTIAL

CONFIDENTIAL