# EXHIBIT 38

Appointment

| | |
|---|---|
| **From:** | Kevin Ilcisin [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ADF5FD35B4FB444EB7567ABF2924118B-KILCISIN] |
| **Sent:** | 8/10/2022 10:41:40 AM |
| **To:** | Kevin Ilcisin [kevin.ilcisin@ni.com]; Eric Starkloff [eric.starkloff@ni.com]; Eddie Dixon [eddie.dixon@ni.com]; Marissa Vidaurri [marissa.vidaurri@ni.com]; Karen Rapp [karen.rapp@ni.com]; Daniels, Kevin J - GCIB NY [kevin.j.daniels@bofa.com]; Liu, Shawn W - GCIB PAL [shawn.liu@bofa.com]; Emmerich, Adam O. [aoemmerich@WLRK.com]; Niles, Sabastian V. [SVNiles@wlrk.com] |
| **CC:** | C8.302 South Congress - Austin-C (8, Teams) [mopacc-c8302@ni.com] |
| | |
| **Subject:** | Wolverine Call-Mackenzie Update |
| | |
| **Start:** | 8/10/2022 1:30:00 PM |
| **End:** | 8/10/2022 2:00:00 PM |
| **Show Time As:** | Busy |
| | |
| | |
| **Recurrence:** | (none) |
| | |
| **Required Attendees:** | Eric Starkloff; Eddie Dixon; Marissa Vidaurri; Karen Rapp; Daniels, Kevin J - GCIB NY; Liu, Shawn W - GCIB PAL; Emmerich, Adam O.; Niles, Sabastian V. |
| **Optional Attendees:** | C8.302 South Congress - Austin-C (8, Teams) |

---

# Microsoft Teams meeting

## Join on your computer or mobile app

Click here to join the meeting

Meeting ID: 211 081 891 897
Passcode: SGCTcg
Download Teams | Join on the web

## Or call in (audio only)

+1 512-851-8323,,519234000#   United States, Austin
Phone Conference ID: 519 234 000#
Find a local number | Reset PIN

Learn More | Meeting options

---

CONFIDENTIAL                                                                                                    NAT-SL-00008683