# EXHIBIT 39

Message

| From: | Eddie Dixon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7B514D7306264DD7B03E998DBD732A06-EDIXON] |
|---|---|
| Sent: | 8/10/2022 7:39:34 PM |
| To: | Eddie Dixon [eddie.dixon@ni.com] |
| Subject: | Wolverine notes / privileged and confidential |

- Unusual action
- Putting money where mouth is messaging, ie. Uplift in price is due to them…
- Why now after extended period of engagement.
- Probability of going public is much higher now
- Two things we should do – 1) Mackenzie cadences re Emerson and 2) increase operational preparedness to respond instantaneously, board engagement,
- Want to avoid moving into arb hands – so we will want to know from MacKenzie
- Do not say "the company is not for sale" – get all shareholders opposite us
- Act deliberately since more likely than not, should we accept opportunity to meet
- Review comms plan again in light of facts
- Adam Wayne Sabastian re buy back – no material change to situation, implement if desired.



**R. Eddie Dixon, Jr.**
Chief Legal Officer &
Senior Vice President
+15126836814 | ni.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

INTERNAL - NI CONFIDENTIAL