# EXHIBIT 40

Message

| | |
|---|---|
| **From:** | Albert Percival [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5E6DDFD6BD284F6B8061385D353ECB94-APERCIVA] |
| **Sent:** | 8/11/2022 10:21:19 PM |
| **To:** | Michael McGrath [michael.mcgrath@ni.com]; Eric Starkloff [eric.starkloff@ni.com]; Alex Davern [alex.davern@ni.com]; Duy-Loan T. Le (duyloanle@gmail.com) [duyloanle@gmail.com]; gayla delly [gjdelly@gmail.com]; Gerhard P. Fettweis (gerhard.fettweis@tu-dresden.de) [gerhard.fettweis@tu-dresden.de]; James (Jim) E. Cashman (jecashman3@gmail.com) [jecashman3@gmail.com]; Liam K Griffin [liam.griffin@skyworksinc.com] |
| **CC:** | Eddie Dixon [eddie.dixon@ni.com]; Albert Percival [albert.percival@ni.com] |
| **Subject:** | Project Wolverine Confidentiality and Trading Restriction is Now Lifted |

Board Members,

You are receiving this email to inform you that the Project Wolverine trading restriction is lifted, effective immediately.   As always, before trading in NATI stock you should still consider whether you are in possession of any material-nonpublic information related to any other matter.

Thank you,
Albert Percival




**Albert Percival**
Legal Senior Director of Corporate
albert.percival@ni.com

O+1 512.297.5855| ni.com


National Instruments
is now NI.


CONFIDENTIALITY NOTICE:
The information contained in this email and any attached documents may be confidential or legally privileged. If you are not the intended recipient of this message, you may not review, use, disclose, distribute, print, copy or disseminate this communication or any attached documents. If you have received this in error, please reply and notify the sender (only) and destroy all copies of the original message and any attached documents. Unauthorized interception of this e-mail is a violation of federal criminal law.

INTERNAL - NI CONFIDENTIAL