# EXHIBIT 42

**This document has been produced in a native format.**

CONFIDENTIAL

NAT-SL-00009178

Summary

## National Instruments Corp

### Trade Confirmation Activity Sheet

| | Trade Date | Settle Date | Shares Bought | Price p/Share | Sub Total | Commission | Total Amount Due | 10b-18 VWAP * | 10b-18 Volume | Composite Volume |
|---|---|---|---|---|---|---|---|---|---|---|
| | 9/1/2021 | 9/3/2021 | 23,728 | $ 42.1199 | $999,420.99 | $474.56 | $999,895.55 | $ 42.1213 | 180,849 | 390,048 |
| | 9/2/2021 | 9/7/2021 | 23,620 | $ 42.3080 | $999,314.96 | $472.40 | $999,787.36 | $ 42.3058 | 89,869 | 298,814 |
| | 9/3/2021 | 9/8/2021 | 23,592 | $ 42.3611 | $999,383.07 | $471.84 | $999,854.91 | $ 42.3355 | 136,802 | 376,643 |
| | 9/7/2021 | 9/9/2021 | 23,853 | $ 41.8517 | $998,288.60 | $477.06 | $998,765.66 | $ 41.7966 | 160,085 | 757,206 |
| | 9/8/2021 | 9/10/2021 | 31,530 | $ 41.0535 | $1,294,416.86 | $630.60 | $1,295,047.46 | $ 41.1873 | 117,047 | 723,181 |
| | 9/9/2021 | 9/13/2021 | 23,715 | $ 42.1980 | $1,000,725.57 | $474.30 | $1,001,199.87 | $ 42.2300 | 143,770 | 480,262 |
| | 9/10/2021 | 9/14/2021 | 23,354 | $ 42.5846 | $994,520.75 | $467.08 | $994,987.83 | $ 42.5890 | 134,779 | 369,341 |
| | 9/13/2021 | 9/15/2021 | 23,327 | $ 42.4155 | $989,426.37 | $466.54 | $989,892.91 | $ 42.3992 | 95,433 | 279,824 |
| | 9/14/2021 | 9/16/2021 | 23,672 | $ 42.1998 | $998,953.67 | $473.44 | $999,427.11 | $ 42.1909 | 73,175 | 231,775 |
| | 9/15/2021 | 9/17/2021 | 23,708 | $ 42.1540 | $999,387.03 | $474.16 | $999,861.19 | $ 42.1383 | 93,795 | 410,320 |
| | 9/16/2021 | 9/20/2021 | 23,866 | $ 41.8809 | $999,529.56 | $477.32 | $1,000,006.88 | $ 41.8451 | 122,303 | 399,625 |
| | 9/17/2021 | 9/21/2021 | 101,750 | $ 41.8245 | $4,255,642.88 | $2,035.00 | $4,257,677.88 | $ 41.8234 | 206,137 | 1,399,553 |
| | 9/20/2021 | 9/22/2021 | 119,872 | $ 41.2045 | $4,939,265.82 | $2,397.44 | $4,941,663.26 | $ 41.1950 | 240,652 | 593,590 |
| | 9/21/2021 | 9/23/2021 | 109,479 | $ 41.2839 | $4,519,720.09 | $2,189.58 | $4,521,909.67 | $ 41.2865 | 177,532 | 437,002 |
| | | | | | | | | | | |
| | 10/1/2021 | 10/5/2021 | 74,626 | $ 40.1513 | $2,996,330.91 | $1,492.52 | $2,997,823.43 | $ 40.1584 | 162,437 | 439,142 |
| | 10/4/2021 | 10/6/2021 | 74,900 | $ 40.0110 | $2,996,823.90 | $1,498.00 | $2,998,321.90 | $ 39.9675 | 207,077 | 570,210 |
| | 10/5/2021 | 10/7/2021 | 74,530 | $ 40.2280 | $2,998,192.84 | $1,490.60 | $2,999,683.44 | $ 40.2274 | 156,751 | 516,947 |
| | 10/6/2021 | 10/8/2021 | 74,342 | $ 39.7726 | $2,956,774.63 | $1,486.84 | $2,958,261.47 | $ 39.7550 | 157,488 | 352,864 |
| | 10/7/2021 | 10/12/2021 | 73,300 | $ 40.8905 | $2,997,273.65 | $1,466.00 | $2,998,739.65 | $ 40.8916 | 143,849 | 349,867 |
| | 10/8/2021 | 10/13/2021 | 59,715 | $ 40.9145 | $2,443,209.37 | $1,194.30 | $2,444,403.67 | $ 40.9145 | 128,211 | 291,884 |
| | 10/11/2021 | 10/13/2021 | 73,440 | $ 40.9001 | $3,003,703.34 | $1,468.80 | $3,005,172.14 | $ 40.8777 | 133,015 | 473,777 |
| | 10/12/2021 | 10/14/2021 | 74,392 | $ 40.3048 | $2,998,354.68 | $1,487.84 | $2,999,842.52 | $ 40.2991 | 92,670 | 310,537 |
| | 10/13/2021 | 10/15/2021 | 73,920 | $ 40.5513 | $2,997,552.10 | $1,478.40 | $2,999,030.50 | $ 40.5511 | 108,247 | 295,950 |
| | 10/14/2021 | 10/18/2021 | 23,447 | $ 41.4994 | $973,036.43 | $468.94 | $973,505.37 | $ 41.4656 | 93,747 | 248,715 |
| | 10/15/2021 | 10/19/2021 | 24,210 | $ 41.2870 | $999,558.27 | $484.20 | $1,000,042.47 | $ 41.2605 | 89,861 | 313,136 |
| | 10/18/2021 | 10/20/2021 | 39,610 | $ 41.0096 | $1,624,390.26 | $792.20 | $1,625,182.46 | $ 41.0245 | 315,344 | 2,122,923 |
| | | | | | | | | | | |
| | 1/31/2022 | 2/2/2022 | 160,967 | $ 40.9260 | $6,587,735.44 | $3,219.34 | $6,590,954.78 | $ 40.9082 | 501,102 | 1,277,643 |
| | 2/1/2022 | 2/3/2022 | 121,055 | $ 41.2813 | $4,997,307.77 | $2,421.10 | $4,999,728.87 | $ 41.3470 | 550,526 | 1,128,853 |
| | 2/2/2022 | 2/4/2022 | 119,890 | $ 41.6838 | $4,997,470.78 | $2,397.80 | $4,999,868.58 | $ 41.6692 | 375,050 | 859,704 |
| | 2/3/2022 | 2/7/2022 | 171,271 | $ 40.8507 | $6,996,540.24 | $3,425.42 | $6,999,965.66 | $ 40.8488 | 456,475 | 958,987 |
| | 2/4/2022 | 2/8/2022 | 34,803 | $ 40.4785 | $1,408,773.24 | $696.06 | $1,409,469.30 | $ 40.2992 | 199,595 | 396,294 |
| **New 10b5-1** | | | | | | | | | | |
| | 3/16/2022 | 3/18/2022 | 49,015 | $ 38.4680 | $1,885,509.02 | $980.30 | $1,886,489.32 | $ 38.4440 | 169,602 | 447,744 |
| | 3/17/2022 | 3/21/2022 | 41,699 | $ 39.2353 | $1,636,072.77 | $833.98 | $1,636,906.75 | $ 39.1633 | 120,214 | 406,636 |
| | 3/18/2022 | 3/22/2022 | 13,141 | $ 39.7922 | $522,909.30 | $262.82 | $523,172.12 | $ 39.8486 | 229,068 | 1,138,526 |
| | 3/21/2022 | 3/23/2022 | 1,300 | $ 39.9915 | $51,988.95 | $26.00 | $52,014.95 | $ 40.1660 | 62,789 | 300,711 |
| | 3/23/2022 | 3/25/2022 | 37,873 | $ 39.9833 | $1,514,287.52 | $757.46 | $1,515,044.98 | $ 40.0460 | 90,485 | 298,220 |
| | 3/24/2022 | 3/28/2022 | 19,608 | $ 39.9729 | $783,788.62 | $392.16 | $784,180.78 | $ 40.0134 | 93,963 | 319,779 |
| | 3/28/2022 | 3/30/2022 | 1,430 | $ 39.9872 | $57,181.70 | $28.60 | $57,210.30 | $ 40.2480 | 33,159 | 314,486 |
| | 4/1/2022 | 4/5/2022 | 96,843 | $ 41.1704 | $3,987,065.05 | $1,936.86 | $3,989,001.91 | $ 41.1744 | 183,428 | 554,922 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 54 | 4/4/2022 | 4/6/2022 | 96,000 | $ 41.6270 | $3,996,192.00 | $1,920.00 | $3,998,112.00 | $ 41.6304 | 215,481 | 505,685 |
| 55 | 4/5/2022 | 4/7/2022 | 107,966 | $ 40.8316 | $4,408,424.53 | $2,159.32 | $4,410,583.85 | $ 40.8344 | 191,730 | 653,683 |
| 56 | 4/6/2022 | 4/8/2022 | 107,966 | $ 40.3464 | $4,356,039.42 | $2,159.32 | $4,358,198.74 | $ 40.3397 | 153,450 | 410,039 |
| 57 | 4/7/2022 | 4/11/2022 | 107,966 | $ 40.4898 | $4,371,521.75 | $2,159.32 | $4,373,681.07 | $ 40.4855 | 147,989 | 378,006 |
| 58 | 4/8/2022 | 4/12/2022 | 107,966 | $ 40.2235 | $4,342,770.40 | $2,159.32 | $4,344,929.72 | $ 40.2088 | 186,374 | 457,101 |
| 59 | 4/11/2022 | 4/13/2022 | 77,799 | $ 39.4467 | $3,068,913.81 | $1,555.98 | $3,070,469.79 | $ 39.4303 | 227,447 | 565,416 |
| 60 | **Open Market** | | | | | | | | | |
| 61 | 5/3/2022 | 5/5/2022 | 70,463 | $ 35.4552 | $2,498,279.76 | $1,409.26 | $2,499,689.02 | $ 35.4599 | 654,028 | 1,416,694 |
| 62 | 5/4/2022 | 5/6/2022 | 69,970 | $ 35.6628 | $2,495,326.12 | $1,399.40 | $2,496,725.52 | $ 35.6577 | 359,656 | 910,784 |
| 63 | 5/5/2022 | 5/9/2022 | 71,060 | $ 35.1599 | $2,498,462.49 | $1,421.20 | $2,499,883.69 | $ 35.0960 | 428,267 | 999,022 |
| 64 | 5/6/2022 | 5/10/2022 | 72,877 | $ 34.3349 | $2,502,224.51 | $1,457.54 | $2,503,682.05 | $ 34.3265 | 308,497 | 819,012 |
| 65 | 8/12/2022 | 8/16/2022 | 218,623 | $ 41.3852 | $9,047,756.58 | $4,372.46 | $9,052,129.04 | $ 41.4129 | 640,595 | 1,124,929 |
| 66 | 8/18/2022 | 8/22/2022 | 87,859 | $ 42.9920 | $3,777,234.13 | $1,757.18 | $3,778,991.31 | $ 42.9854 | 147,605 | 630,178 |
| 67 | 8/19/2022 | 8/23/2022 | 117,850 | $ 42.4127 | $4,998,336.70 | $2,357.00 | $5,000,693.70 | $ 42.3936 | 338,695 | 793,554 |
| 68 | 8/26/2022 | 8/30/2022 | 96,570 | $ 41.3856 | $3,996,607.39 | $1,931.40 | $3,998,538.79 | $ 41.4000 | 203,644 | 546,630 |
| 69 | **10b5-1 program begins** | | | | | | | | | |
| 70 | 9/12/2022 | 9/14/2022 | 97,260 | $ 41.0912 | $3,996,530.11 | $1,945.20 | $3,998,475.31 | $ 41.1140 | 294,028 | 763,548 |
| 71 | 9/13/2022 | 9/15/2022 | 140,682 | $ 40.1213 | $5,644,344.73 | $2,813.64 | $5,647,158.37 | $ 40.1480 | 352,251 | 805,234 |
| 72 | 9/14/2022 | 9/16/2022 | 140,806 | $ 39.8527 | $5,611,499.28 | $2,816.12 | $5,614,315.40 | $ 39.8462 | 365,016 | 871,729 |
| 73 | 9/15/2022 | 9/19/2022 | 140,806 | $ 39.4133 | $5,549,629.12 | $2,816.12 | $5,552,445.24 | $ 39.3803 | 331,022 | 844,657 |
| 74 | 9/16/2022 | 9/20/2022 | 140,806 | $ 38.8638 | $5,472,256.22 | $2,816.12 | $5,475,072.34 | $ 38.9513 | 705,656 | 2,173,418 |
| 75 | 9/19/2022 | 9/21/2022 | 150,200 | $ 39.9207 | $5,996,089.14 | $3,004.00 | $5,999,093.14 | $ 39.9381 | 308,984 | 737,403 |
| 76 | 9/20/2022 | 9/22/2022 | 150,550 | $ 39.8310 | $5,996,557.05 | $3,011.00 | $5,999,568.05 | $ 39.8309 | 306,417 | 703,261 |
| 77 | 9/21/2022 | 9/23/2022 | 148,466 | $ 40.2588 | $5,977,063.00 | $2,969.32 | $5,980,032.32 | $ 40.3620 | 331,909 | 716,768 |
| 78 | 9/22/2022 | 9/26/2022 | 153,020 | $ 39.1862 | $5,996,272.32 | $3,060.40 | $5,999,332.72 | $ 39.1856 | 247,634 | 647,457 |
| 79 | 9/23/2022 | 9/27/2022 | 154,575 | $ 38.7953 | $5,996,783.50 | $3,091.50 | $5,999,875.00 | $ 38.7593 | 482,980 | 1,088,784 |
| 80 | 9/26/2022 | 9/28/2022 | 95,062 | $ 39.2662 | $3,732,723.50 | $1,901.24 | $3,734,624.74 | $ 39.2633 | 342,715 | 1,167,481 |
| 81 | | | | | | | | | | |
| 82 | | | | | | | | | | |
| 83 | | | | | | | | | | |
| 84 | **Grand Totals** | | 5,131,561 | $40.2855 | $206,727,664.54 | $102,631.22 | $206,830,295.76 | | 15,098,451 | 42,566,114 |
| 85 | | | | | | | | | | |
| 86 | | | | | | | | | | |
| 87 | | | | | | | | | | |
| 88 | Wire Instruction: | | | | | 10b5-1 spend cap | $60,000,000.00 | | | |
| 89 | JPMorgan Chase Bank N.A. | | | | | Spent thus far | $59,999,992.63 | | | |
| 90 | New York, NY | | | | | **Remaining** | **$7.37** | | | |
| 91 | ABA# 021000021 | | | | | | | | | |
| 92 | A/C# 066001633 | | | | | | | | | |
| 93 | A/C J.P. Morgan Clearing Corp | | | | | | | | | |
| 94 | Account name: National Instruments Corp | | | | | | | | | |
| 95 | Account #: 061-02503 | | | | | | | | | |
| 96 | | | | | | | | | | |