# EXHIBIT 44

Message

| | |
|---|---|
| **From:** | Eddie Dixon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7B514D7306264DD7B03E998DBD732A06-EDIXON] |
| **Sent:** | 9/1/2022 7:02:30 PM |
| **To:** | Eric Starkloff [eric.starkloff@ni.com] |
| **CC:** | Karen Rapp [karen.rapp@ni.com]; Kevin Ilcisin [kevin.ilcisin@ni.com] |
| **Subject:** | RE: NATI - Broadridge NOBO/privileged and confidential (8/29/22 record date) |

I'm reaching out to WLRK to schedule time in the morning. I will make anything work. Let me know if you have any conflicts.



**R. Eddie Dixon, Jr.**
Chief Legal Officer &
Senior Vice President
+15126836814 | ni.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

---

**From:** Eric Starkloff <eric.starkloff@ni.com>
**Sent:** Thursday, September 1, 2022 1:22 PM
**To:** Eddie Dixon <eddie.dixon@ni.com>
**Cc:** Karen Rapp <karen.rapp@ni.com>; Kevin Ilcisin <kevin.ilcisin@ni.com>
**Subject:** Re: NATI - Broadridge NOBO/privileged and confidential (8/29/22 record date)

I agree. In particular, when I brought up shareholder rights plans previously the idea that they'd get to 5-10% was perceived as so incredibly unlikely as to not be relevant, but we should ask that question again in light of the new data. Can we do so tomorrow?
I think we should also have a short discussion on this, with advisors, at the retreat. Eddie - let's talk about where to fit that in.
Eric

Sent from my iPhone

> On Sep 1, 2022, at 12:50 PM, Eddie Dixon <eddie.dixon@ni.com> wrote:
>
> We should probably set up a call to discuss if there is any action needed in our part. I'm not sure what it would be, but probably worth a call with our advisors. Thoughts?
>
> Eddie
>
> Get Outlook for iOS

---

**From:** Kevin White <kwhite@mackenziepartners.com>
**Sent:** Thursday, September 1, 2022 9:11 AM
**To:** Eddie Dixon <eddie.dixon@ni.com>; Karen Rapp <karen.rapp@ni.com>; Kevin Ilcisin

CONFIDENTIAL

<kevin.ilcisin@ni.com>; Marissa Vidaurri <marissa.vidaurri@ni.com>
**Cc:** Bob Marese <bmarese@mackenziepartners.com>; ID <ID@mackenziepartners.com>
**Subject:** [EXTERNAL] NATI - Broadridge NOBO (8/29/22 record date)

All,

We just received the 8/29/22 Broadridge NOBO list.

See attached.

███████████████████████████████████████████████
███████████████████████████████████

This confirms ███████████████████████████ we've been tracking through the Goldman
Sachs prime broker. We will continue to monitor closely.

We will also further analyze the NOBO list for any additional shareholder changes and follow up with the
team.

Please let us know if you have any questions or would like to discuss live. We're available.

Best,

Kevin, Sam & team

**Kevin A. White**
Executive Vice President
Sentinel Market Intelligence | MacKenzie Partners, Inc.

1407 Broadway, 27th Floor | New York, NY 10018
(212) 378-7061
(850) 723-3683
kwhite@mackenziepartners.com

INTERNAL - NI CONFIDENTIAL

CONFIDENTIAL