UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re NATIONAL INSTRUMENTS | : | Civ. A. No. 1:23-cv-10488-DLC |
| CORPORATION SECURITIES LITIGATION | : | |
| | x | <u>CLASS ACTION</u> |

**DEFENDANTS' MOTION TO EXCLUDE
EXPERT TESTIMONY OF DR. MATTHEW CAIN**

1

PLEASE TAKE NOTICE that, upon the attached Declaration of James F. Bennett, dated December 22, 2022, and the exhibits thereto, and the accompanying memorandum of law, Defendants National Instruments Corporation, Michael McGrath, and Eric Starkloff, by and through their undersigned counsel, hereby respectfully move this Court, before the Honorable Denise L. Cote, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, pursuant to Federal Rule of Evidence 702, for an Order excluding from evidence in this case the opinions, reports, and testimony of Plaintiff's proposed expert, Dr. Matthew Cain.

Dated: December 22, 2025

By: /s/ *James F. Bennett*

James F. Bennett (*pro hac vice*)
John D. Comerford (*pro hac vice*)
Jeremy M. Hofman (*pro hac vice*)
Dowd Bennett LLP
7676 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
Telephone:  (314) 889-7300
Facsimile:   (314) 863-2111
jbennett@dowdbennett.com
jcomerford@dowdbennett.com
jhofman@dowdbennett.com

Andrew Ditchfield
Davis Polk & Wardwell LLP
450 Lexington Ave
New York, New York 10017
Telephone: (212) 450-4000
andrew.ditchfield@davispolk.com

*Counsel for Defendants National Instruments Corporation, Michael McGrath, and Eric Starkloff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 22, 2025, a true and correct copy of the foregoing was filed electronically using the Court's electronic filing system. By operation of that system a notice of electronic filing will be served upon all counsel of record in the case.

/s/ *James F. Bennett*