UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————— x

In re NATIONAL INSTRUMENTS            :        Civ. A. No. 1:23-cv-10488-DLC
CORPORATION SECURITIES LITIGATION     :

————————————————————————— x        <u>CLASS ACTION</u>

**DECLARATION OF JAMES F. BENNETT IN SUPPORT
OF MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. MATTHEW CAIN**

I, JAMES F. BENNETT, declare as follows:

1.  I am a member in good standing of the bar of the states of Missouri and Illinois. I have been admitted by this Court to appear Pro Hac Vice as counsel for Defendants in this case. I am a partner in the law firm of Dowd Bennett LLP.

2.  I submit this Declaration in Support of Defendants' Memorandum of Law in Support of Defendants' Motion to Exclude Expert Testimony of Dr. Matthew Cain.

3.  Attached are true and correct copies of the following Exhibits:

Exhibit A: Expert Report of Matthew D. Cain, PhD, July 28, 2025 [*Filed with redactions, and the true and correct copy filed under seal. This Court has previously granted leave to file this document under seal and publicly with the same redactions. See ECF 95-1, 100.*]

Exhibit B: Excerpts from Transcript of November 14, 2025, Deposition of Plaintiff's Expert, Matthew D. Cain, PhD. [*Filed temporarily under seal, pending leave of Court.*]

Exhibit C: Reply Expert Report of Matthew D. Cain, PhD, November 10, 2025. [*Filed temporarily under seal, pending leave of Court. The true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit D: Expert Report of David J. Denis, August 27, 2025. [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit E: Expert Report of Shane Goodwin, August 27, 2025. [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit F: Excerpts from Transcript of June 3, 2025, Deposition of Plaintiff's Expert, Matthew D. Cain, PhD. [*Filed temporarily under seal, pending leave of Court.*]

Exhibit G: Emerson News Release, January 17, 2023, beginning Bates: CAIN0001928.

Exhibit H: ECF 258-3, Corrected Expert Report of Matthew D. Cain, PhD, November 14, 2024, *Int'l Bhd. of Elec. Workers Loc. 98 Pension Fund v. Deloitte & Touche LLP*, No. 19-cv-03304 (D. S.C.).

1

2

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 22nd day of December, 2025.

_/s/ James F. Bennett_

James F. Bennett
