**Joint Letter Regarding Schedule**

December 26, 2025

The Honorable Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: *In re National Instruments Corporation Securities Litigation*, Case No. 1:23-cv-10488-DLC

Dear Judge Cote:

   The parties respectfully ask the Court to align the briefing schedules for the two motions presently pending before the Court in this matter. On December 22, 2025, defendants filed a motion for summary judgment, as well as a motion to exclude the testimony of plaintiff's expert. ECF 110 and 114. The summary judgment motion is governed by a previously ordered briefing schedule, under which the brief in opposition is due on January 26, 2026 and the brief in reply is due on February 23, 2026. ECF 104. By contrast, the motion to exclude is governed by the default rules, under which the brief in opposition would be due on January 5, 2026 and the brief in reply would be due on January 12, 2026. The parties respectfully submit that the interests of efficiency are advanced by aligning the briefing schedules for these two motions, and ask that the briefing deadlines applicable to the motion to exclude be moved so that they are the same as the deadlines for the summary judgment briefs.

   The parties have not previously requested any extension of the deadlines concerning the pending motion to exclude.

   We thank the Court for its attention.

          Respectfully submitted,

| */s/ Christopher T. Gilroy* | */s/ John D. Comerford* |
|:---:|:---:|
| CHRISTOPHER T. GILROY | JOHN D. COMERFORD |

**ROBBINS GELLER RUDMAN**       **DOWD BENNETT LLP**
 **& DOWD LLP**           7676 Forsyth Boulevard, Suite 1900
420 Lexington Avenue, Suite 1832     St. Louis, MI 63105
New York, NY 10170        Telephone: (314) 889-7300
Telephone: (212) 432-5100     jcomerford@dowdbennett.com
cgilroy@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*     *Counsel for Defendants*