UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————— x
                            :    Civil Action No. 1:23-cv-10488-DLC

In re NATIONAL INSTRUMENTS    :
CORPORATION SECURITIES LITIGATION :   <u>CLASS ACTION</u>
                            :
                            :
—————————————————————— x

## [PROPOSED] ORDER GRANTING LEAD PLAINTIFF's MOTION TO APPOINT JOHNSON VAN KWAWEGEN LLP AS LEAD COUNSEL AND CLASS COUNSEL

Having considered Lead Plaintiff Wayne County Employees' Retirement System's Motion for Appointment of Johnson Van Kwawegen LLP as Lead Counsel and Class Counsel (the "Motion"), having reviewed the memorandum of law filed in connection therewith, and having determined that the requirements of 15 U.S.C. §78u-4(a)(3)(B)(v) and Rule 23(g) of the Federal Rules of Civil Procedure are satisfied, the Court ORDERS as follows:

1.      The Motion is GRANTED; and

2.      The law firm of Johnson Van Kwawegen LLP is hereby appointed to serve as Lead Counsel, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), and Class Counsel, pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

*      *      *

## ORDER

IT IS SO ORDERED.

DATED: ___January 6, 2026___      _____
                                  THE HONORABLE DENISE L. COTE
                                  UNITED STATES DISTRICT JUDGE