UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  | x |  |
|---|---|---|
|  | : | Civil Action No. 1:23-cv-10488-DLC |
| In re NATIONAL INSTRUMENTS | : | CLASS ACTION |
| CORPORATION SECURITIES LITIGATION | : | |
|  | : | |
|  | : | |
|  | x | |

## LEAD PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY
## OF DR. DAVID DENIS AND DR. SHANE GOODWIN

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Lead Plaintiff's Motion to Exclude Expert Testimony of Dr. David Denis and Dr. Shane Goodwin, the Declaration of Noam Mandel in Support thereof, including the exhibits attached thereto, and such other submissions and argument as may be considered by the Court, Lead Plaintiff, by and through its undersigned counsel, hereby respectfully moves this Court, before the Honorable Denise L. Cote, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, to exclude the expert testimony of Dr. David Denis and Dr. Shane Goodwin, and to grant such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       January 26, 2026

**JOHNSON VAN KWAWEGEN LLP**

*s/ Noam Mandel*
Chad Johnson
Noam Mandel
Desiree Cummings
Jonathan Zweig
1120 Avenue of the Americas
New York, NY 10036
Telephone: (646) 836-9630
chad@jvk-law.com
noam@jvk-law.com
desiree@jvk-law.com
jonathan@jvk-law.com

*Lead and Class Counsel*