UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————— x

In re NATIONAL INSTRUMENTS         :   Civil Action No. 1:23-cv-10488-DLC
CORPORATION SECURITIES LITIGATION :

—————————————————————— x   CLASS ACTION

**OMNIBUS DECLARATION OF NOAM MANDEL IN SUPPORT OF (1) LEAD
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT; (2) LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO
EXCLUDE EXPERT TESTIMONY OF DR. MATTHEW CAIN; AND (3) LEAD
PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. DAVID DENIS
AND DR. SHANE GOODWIN**

I, NOAM MANDEL, declare as follows:

1. I am a member in good standing of the bar of the state of New York. I am a partner in the law firm of Johnson Van Kwawegen LLP. I submit this Declaration in support of (1) Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment; (2) Lead Plaintiff's Opposition to Defendants' Motion to Exclude Expert Testimony of Dr. Matthew Cain; and (3) Lead Plaintiff's Motion to Exclude Expert Testimony of Dr. David Denis and Dr. Shane Goodwin

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Deposition Transcript of Karen Rapp, dated September 3, 2025;

Exhibit 2: Deposition Transcript of Michael McGrath, dated September 30, 2025;

Exhibit 3: Deposition Transcript of Eddie Dixon, dated October 9, 2025;

Exhibit 4: Deposition Transcript of Eric Starkloff, dated October 23, 2025;

Exhibit 5: Deposition Transcript of BofA (Shawn Liu), dated October 28, 2025;

Exhibit 6: Deposition Transcript of Kevin Ilcisin, dated October 30, 2025;

Exhibit 7: Deposition Transcript of Shane Goodwin, dated October 17, 2025;

Exhibit 8: Deposition Transcript of Matthew Cain, dated November 14, 2025;

Exhibit 9: Deposition Transcript of David J. Denis, Vol. II, dated November 24, 2025;

Exhibit 10: Cain, Matthew D. and Denis, David J., "Information Production by Investment Banks: Evidence from Fairness Opinions," *Journal of Law and Economics*, vol. 56, no. 1 (February 2013);

Exhibit 11: Cain, Matthew D., et al., "Does *Revlon* Matter? An Empirical and Theoretical Study," *California Law Review,* vol. 108, no. 6 (2020);

Exhibit 12: Branch, B., & Yang, T. (2003), "Predicting Successful Takeovers and Risk Arbitrage," *Quarterly J. Bus. & Econ.*, 3-18;

Exhibit 13: Baker, M., Pan, X., & Wurgler, J. (2012), "The Effect of Reference Point Prices on Mergers and Acquisitions," *J. Fin. Econ.*, 106(1);

Exhibit 14:    Even-Tov, Omri, et al., "Failed Acquisition Offers: The Impact of Failure Reasons on Target Valuation," *Fin. Research Letters*, vol. 63 (May 2024);

Exhibit 15:    Jindra, J., & Walkling, R. A. (2004). "Speculation Spreads and the Market Pricing of Proposed Acquisitions," *Journal of Corporate Finance*, 10(4);

Exhibit 16:    Betton, S., & Eckbo, B. E. (2000), "Toeholds, Bid Jumps, and Expected Payoffs in Takeovers," *The Review of Financial Studies*, 13(4);

Exhibit 17:    Walkling, R. A. (1985), "Predicting Tender Offer Success: A Logistic Analysis," *Journal of Financial and Quantitative Analysis*, 20(4);

Exhibit 18:    Fishman, M. J. (1989). "Preemptive Bidding and the Role of the Medium of Exchange in Acquisitions," *The Journal of Finance*, 44(1), 41-57;

Exhibit 19:    Excerpts of Bruner, R. F. (2004). Applied Mergers and Acquisitions, John Wiley & Sons, Inc. (CAIN00001195-1208);

Exhibit 20:    Excerpts of Bruner, R. F. (2004). Applied Mergers and Acquisitions, John Wiley & Sons, Inc. (CAIN00001959-1962);

Exhibit 21:    Excerpt of January 19, 2022 National Instruments Board Meeting Packet (NAT-SL-00024256-4417);

Exhibit 22:    January 25, 2022 Email from Shawn Liu to Marissa Vidaurri (copying others at BofA) (NAT-SL-00007287-7290);

Exhibit 23:    January 25, 2022 Email from Karen Rapp to Pedro Andrade (NAT-SL-00011283-1287);

Exhibit 24:    June 4, 2022 Email from Sabastian Niles to Eddie Dixon (copying Albert Percival) (WLRK-00002802-2804);

Exhibit 25:    June 14, 2022 BofA Project Wolverine Presentation (NAT-SL-00001513-1545);

Exhibit 26:    June 14, 2022 Handwritten Notes of Kevin Ilcisin and Karen Rapp (NAT-SL-00008520-8521);

Exhibit 27:    June 16, 2022 Meeting Invite from Kevin Ilcisin to Kevin Ilcisin, Eric Starkloff, Karen Rapp, Eddie Dixon, Shawn Liu, Philip Youn, Sabastian Niles, and Adam Emmerich (copying Deborah Green, Walter Creek, and Anna Dimitrijevic) (NAT-SL-00010389);

Exhibit 28:    June 19, 2022 Email from Kevin Daniels to Shawn Liu and Adrian Kania (BofA_000156-0160);

Exhibit 29:     June 20, 2022 Email and attachment from Shawn Liu to Sabastian Niles (copying Kevin Daniels, Philip Youn, Kaushik Banerjee, and Sushant Suryagandh (WLRK-00001596-1611);

Exhibit 30:     June 23, 2022 Email from Eddie Dixon to Eric Starkloff, Karen Rapp, and Kevin Ilcisin (NAT-SL-00016089);

Exhibit 31:     June 23, 2022 Email from Eddie Dixon to Kein Ilcisin, Erick Stakloff, and Karen Rapp (NAT-SL-00017152-7155);

Exhibit 32:     June 23, 2022 Email from Kevin J. Daniels to Sabastian Niles (copying Shawn Liu) (WLRK-00001575-1578);

Exhibit 33:     June 29, 2022 Email from John Peter Kaytrosh to Sabastian Niles, Adam Emmerich, et al. (WLRK-00000700-710);

Exhibit 34:     July 7, 2022 Email from Eddie Dixon to Eric Starkloff and Sabastian Niles (NAT-SL-00015203-205);

Exhibit 35:     July 7, 2022 Email from Eddie Dixon to Kevin Ilcisin and Karen Rapp (NAT-SL-00023205-3206);

Exhibit 36:     July 10, 2022 Email and attachment from Michael McGrath to Eric Starkloff (NAT-SL-00021516-1531);

Exhibit 37:     July 12, 2022 Email and attachment from Eddie Dixon to Eric Starkloff (NAT-SL-00027877-7878);

Exhibit 38:     July 14, 2022 Email and attachment from Michael McGrath to Eddie Dixon (copying Eric Starkloff) (NAT-SL-00020795-0819);

Exhibit 39:     July 14, 2022 Email from Albert Percival to Kevin Ilcisin, Karen Rapp, and Eddie Dixon (NAT-SL-00023167-3168);

Exhibit 40:     Excerpt of July 19, 2022 National Instruments Board Meeting Packet (NAT-SL-00024106-4212);

Exhibit 41:     National Instruments Corporation's Form 8-K filed with the U.S. Securities and Exchange Commission on July 28, 2022;

Exhibit 42:     July 31, 2022 Email from Eric Starkloff to Michael McGrath (copying Karen Rapp (NAT-SL-00002982-2983);

Exhibit 43:     August 3, 2022 Email from Sam Geoffroy to Eddie Dixon, Karen Rapp, Kevin Ilcisin, and Marissa Vidaurri (copying Bob Marese and Kevin White) (NAT-SL-00010748-0750);

Exhibit 44:    August 4, 2022 Email and attachment from Kevin Ilcisin to Eddie Dixon, Eric Starkloff, and Karen Rapp (NAT-SL-00011781-1785);

Exhibit 45:    August 7, 2022 Email from Michael McGrath to Eric Starkloff (NAT-SL-00001276-1278);

Exhibit 46:    August 8, 2022 Email from Eddie Dixon to Kevin Ilcisin (NAT-SL-00017263-7267);

Exhibit 47:    August 8, 2022 Email from Kevin Ilcisin to Shawn Liu (NAT-SL-00018186-8187);

Exhibit 48:    August 9, 2022 Meeting Invite from Kevin Ilcisin to Eric Starkloff, Karen Rapp, Eddie Dixon, Sabastian Niles, Adam Emmerich, Shawn Liu, Philip Youn, Marissa Vidaurri, and John Williams (NAT-SL-00010395);

Exhibit 49:    August 9, 2022 Email from Michael McGrath to Eric Starkloff (NAT-SL-00023501-3502);

Exhibit 50:    August 10, 2022 Email from Kevin Ilcisin to Shawn Liu (NAT-SL-00011768);

Exhibit 51:    August 10, 2022 Email from Albert Percival to Karen Rapp (NAT-SL-00009621);

Exhibit 52:    August 10, 2022 Email from Eddie Dixon to Albert Percival (copying Eddie Dixon) (NAT-SL-00015017-5019);

Exhibit 53:    August 10, 2022 Email from Eric Starkloff to Eric Starkloff (NAT-SL-00021470);

Exhibit 54:    August 11, 2022 Email from Karen Rapp to Albert Percival, Eddie Dixon, and Brett Chalmers) (copying Eddie Dixon, Ursula Conterno, and Estefania Souza) (NAT-SL-00017097-7099);

Exhibit 55:    August 11, 2022 Email from Lynn David to Albert Percival and Christopher Rolle (copying Estefania Souza and Deborah Donohue) (NAT-SL-00022559-2561);

Exhibit 56:    August 26, 2022 Email from Eddie Dixon to Marissa Vidauirri, Eric Starkloff, Karen Rapp, Kevin Ilcisin, Shawn Liu, and Sabastian Niles, (NAT-SL-00017309-7310);

Exhibit 57:    September 1, 2022 Email from Sabastian Niles to Project Wolverine 2022 (WLRK Team) (WLRK-00002970-2971);

Exhibit 58:    September 5, 2022 Email from Eddie Dixon to Sabastian Niles and Adam Emmerich (copying Marissa Vidaurri, Albert Percival, and Eddie Dixon) (WLRK-00002195-2196);

Exhibit 59:    September 19, 2022 Email from Eddie Dixon to (Sabastian Niles, Adam Emmerich, and Shawn Liu (copying Eric Starkloff, Eddie Dixon, and Karen Rapp) (NAT-SL-00023189-3190);

Exhibit 60:    September 20-21, 2022 National Instruments Corporation Minutes of Special Meeting of the Board of Directors (NAT-SL-00001450-1454);

Exhibit 61:    September 21, 2022 Email and attachment from Shawn Liu to Kevin Ilcisin (NAT-SL-00012292-2295);

Exhibit 62:    September 27, 2022 Email and attachments from Melko Balazs to Karen Rapp, Eric Starkloff, Pedro Andrade, Eddie Dixon, Marissa Vidaurri, and Ursula Conterno (copying Agata Kacperska and Kavitha Eswaran (NAT-SL-00008757-8758);

Exhibit 63:    October 14, 2022 Email from Cate Prescott to Karen Rapp and Treva Rumbeck (NAT-SL-00006122-6123);

Exhibit 64:    October 11, 2023 Eric Starkloff SEC Form 4, dated October 11, 2023;

Exhibit 65:    Defendants' Responses and Objections to Lead Plaintiff's Requests for Admission, dated January 7, 2026;

Exhibit 66:    LinkedIn Profile for Albert Percival, downloaded on January 26, 2022;

Exhibit 67:    Stock Prices for National Instruments Corp., downloaded from Investing.com on January 26, 2022;

Exhibit 68:    Exhibit 7 to Complaint, X Corp. v. Wachtell, Lipton, Rosen & Katz, CGC-23-607461 (Cal. Super. Ct. San Francisco Cnty. July 5, 2023).


I declare under penalty of perjury that the foregoing is true and correct. Executed on the 26th of January 2026.

*/s/ Noam Mandel*
NOAM MANDEL