# EXHIBIT 66

## Contact

www.linkedin.com/in/albert-percival-b819983 (LinkedIn)

## Top Skills

Business Relationship Management

Executive Team

Capital Markets

# Albert Percival

Former - Vice President, Deputy General Counsel: Corporate

Sitges, Catalonia, Spain

## Summary

Basics:

• Strong leader with proven track record of understanding business partners' perspectives and business objectives, identifying associated legal and business risks, and working collaboratively to find solutions

• 18+ years of experience in mission-driven businesses

• Clear understanding of the importance of conscious leadership and stakeholder philosophy

Hardworking lawyer accustomed to simultaneous engagement on a variety of complex matters, including:

• Mergers & acquisitions

• Complex corporate financing

• Commercial contracts including numerous: distribution agreements, product sales agreements, procurement agreements, non-disclosure agreements, real-property lease agreements and construction agreements

• Insurance and risk management

• Public company board of directors and shareholder meeting matters - management of agenda and minutes

• Public company reporting and related corporate governance issues, with disclosure committee membership

• Engagement with external auditors

• Executive compensation

• Federal Tax matters

• Activist shareholders

• Ethics and compliance issues

• Crisis and other internal and external communications

• Litigation strategy

• Strategic legal and business decisions

• Legal-team budgeting

• Outside-counsel management

• Public speaking on matters important to the company

Page 1 of 3

## Experience

**Self-employed**
Consultant
November 2023 - Present (2 years 3 months)

**NI (National Instruments)**
5 years 11 months

Vice President, Deputy General Counsel: Corporate
October 2022 - Present (3 years 4 months)
Austin, Texas, United States

Legal Director: Corporate - Securities and M&A
March 2020 - Present (5 years 11 months)
Austin, Texas, United States

**Whole Foods Market**
Associate General Counsel: Legal Operations, Compliance and
Financial Transactions
2017 - March 2020 (3 years)
Austin, Texas Area

**Whole Foods Market**
Senior Securities, Finance, and Governance Counsel
January 2005 - 2016 (11 years)
Austin, Texas Area

**DuBois, Bryant, Campbell & Schwartz, L.L.P.**
Partner, Corporate
2002 - 2005 (3 years)

**Jenkens & Gilchrist, a Professional Corporation**
Attorney, Corporate
1999 - 2002 (3 years)

**Andrews Kurth LLP**
Attorney, Corporate
1997 - 1998 (1 year)

## Education

New York University School of Law
LL.M., Taxation · (1996 - 1997)

University of Houston Law Center
J.D., cum laude, Law · (1996)

Texas A&M University
B.S., magna cum laude, Political Science