# EXHIBIT 67



## National Instruments Corporation (NATI)

NASDAQ   Currency in   USD

**59.98**   0.00 (0.00%)

Real-time Data · 10/10

Day's Range   59.98 — 59.99
52 wk Range   59.98 — 59.99

General | Chart | News & Analysis | Financials | Technical | Forum

Overview | Profile | Historical Data | Historical Splits

## National Instruments Stock Price History

### Time Frame

Daily

⬇ Download    01/12/2023 - 01/17/2023

| Date | Price | Open | High | Low | Vol. | Change % |
|---|---|---|---|---|---|---|
| Jan 12, 2023 | 40.17 | 38.89 | 40.28 | 38.56 | 879.38K | +3.37% |
| Jan 13, 2023 | 46.97 | 46.88 | 47.95 | 46.17 | 7.77M | +16.93% |
| Jan 17, 2023 | 52.04 | 54.32 | 54.69 | 51.95 | 16.90M | +10.79% |
| Highest: 59.99 | Lowest: 59.53 | | Difference: 0.46 | | Average: 59.66 | Change %: 0.47 |

**Find a Stock Broker** »





### Trending Stocks

| Name | Last | Chg. % | Vol. | |
|------|------|--------|------|---|
| NVDA | 186.46 | -0.64% | 98.94M | |
| INTC | 42.47 | -5.78% | 133.77M | |
| USAR | 26.09 | +5.33% | 116.37M | |
| TSLA | 435.55 | -3.01% | 42.20M | |
| MSFT | 471.50 | +1.19% | 18.55M | |

Show more

### Most Undervalued Stocks

Most Undervalued     Most Overvalued

| Name | Last | Upside | Fair Value |
|------|------|--------|-----------|
| | 67.10 | +58.73% | 106.36 |
| | 19.45 | +57.18% | 30.60 |
| | 29.45 | +56.44% | 46.12 |
| | 304.79 | +46.26% | 446.14 |
| | 38.67 | +42.99% | 55.15 |
| | 59.21 | +39.82% | 82.79 |
| | 500.27 | +39.64% | 698.86 |

See full list

Advertisement

## Install Our App

Scan QR code to install app



Google Play     App Store

| | | |
|------|------|------|
| Blog | | About Us |
| Mobile | | Advertise |
| Portfolio | | Help & Support |
| Widgets | | Authors |

**Investing**.com

Risk Disclosure: Trading in financial instruments and/or cryptocurrencies involves high risks including the risk of losing some, or all, of your investment amount, and may not be suitable for all investors. Prices of cryptocurrencies are extremely volatile and may be affected by external factors such as financial, regulatory or political events. Trading on margin increases the financial risks.
Before deciding to trade in financial instrument or cryptocurrencies you should be fully informed of the risks and costs associated with trading the financial markets, carefully consider your investment objectives, level of experience, and risk appetite, and seek professional advice where needed.
Fusion Media would like to remind you that the data contained in this website is not necessarily real-time nor accurate. The data and prices on the website are not necessarily provided by any market or exchange, but may be provided by market makers, and so prices may not be accurate and may differ from the actual price at any given market, meaning prices are indicative and not appropriate for trading purposes. Fusion Media and any provider of the data contained in this website will not accept liability for any loss or damage as a result of your trading, or your reliance on the information contained within this website.
It is prohibited to use, store, reproduce, display, modify, transmit or distribute the data contained in this website without the explicit prior written permission of Fusion Media and/or the data provider. All intellectual property rights are reserved by the providers and/or the exchange providing the data contained in this website.
Fusion Media may be compensated by the advertisers that appear on the website, based on your interaction with the advertisements or advertisers.

© 2007-2026 - Fusion Media Limited. All Rights Reserved.

Terms And Conditions    |    Privacy Policy    |    Risk Warning