# EXHIBIT 68

# EXHIBIT 7

STRICTLY CONFIDENTIAL
ATTORNEY CLIENT PRIVILEGED

M E M O R A N D U M

October 20, 2022

TO:        Sean Edgett

RE:        Comparable Fees

---

You have asked us to supply information regarding fee arrangements comparable to the arrangements contemplated in WLRK's Twitter engagement.

While retaining the confidentiality of our clients and these arrangements, we can provide the following information.

*Engagement fees as a percentage of banker fees.* As we discussed, in engagements related to pending transactions as to which a premium fee is contemplated, our Firm often receives a fee in the range of 60 to 80 percent of the fees paid to investment advisors. Representative examples include:

- Earlier in 2022 we represented a major agricultural producer that was acquired in a strategic transaction. The Firm received a fee that was approximately 80% of the fees charged by investment banks.

- Earlier in 2022, we represented a REIT that was acquired by a private equity investor. The Firm received a fee that was approximately 70% of the fee charged by the investment banks.

- Earlier in 2022, we represented a manufacturer of electronic materials in a strategic acquisition. The Firm received a fee that was approximately 80% of the fee charged by the investment banks.

- In 2021, we represented a large regional bank in its acquisition of another banking institution. The Firm received a fee that was approximately 67% of the fee charged by the investment banks.

- In 2021, we represented a premium design company in the home and office space in the acquisition of another company in a similar industry. The Firm received a fee that was approximately 100% of the fee changed by the investment banks.

- In 2020, in a busted-deal situation involving major national mall operator and lengthy litigation, the Firm received a fee of over 100% of the fee charged by investment banks.

- In 2020, we represented a large aerospace company in a merger with another aerospace company. The Firm received a fee that was approximately 100% of the fee charged by the investment banks.

Complaint Exhibit 7

*Engagement fees as a percentage of run rate.*  In premium-billing matters that involve substantial litigation, we also frequently invoice on a fee basis of 2x-2.5x of our run-rate amounts.  Thus, in litigations involving a corporate defense against hostile takeovers in we received fees of more than 3x run-rate in one recent instance (involving a pharmaceutical client), and 2.25x run-rate in another (involving an aggregates-building manufacturer).  In litigation involving mortgage-backed securities coming out of the financial crisis, we received a fee of approximately 2x our run rate.

The total fee amounts in these illustrative matters range from approximately $33mm to $134mm.

We would be pleased to supply more information if that would be of use.

-[ PAGE   \* MERGEFORMAT ]-

Complaint Exhibit 7