# Johnson Van Kwawegen LLP
1120 Avenue of the Americas
New York, NY 10036

January 26, 2026

VIA ECF

*Granted.*

*Denise Cote*

*2/2/26*

The Honorable Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

Re:    *In re National Instruments Corp. Securities Litigation,*
       Case No. 1:23-cv-10488-DLC (S.D.N.Y.)

Dear Judge Cote:

In accordance with Rule 8.B of Your Honor's Individual Practices in Civil Cases and the Stipulation and Protective Order (ECF 57) (the "Protective Order"), Lead Plaintiff respectfully requests leave to file the following materials with redactions:

- Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment; and

- Lead Plaintiff's Opposition to Defendants' Motion to Exclude the Expert Testimony of Dr. Matthew Cain;

In addition, Lead Plaintiff respectfully requests leave to file under seal the following exhibits submitted in support of Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment; Lead Plaintiff's Opposition to Defendants' Motion to Exclude Expert Testimony of Matthew Cain; and Lead Plaintiff's Motion to Exclude Expert Testimony of Dr. David Denis and Dr. Shane Goodwin:

- Ex. 1[1]:    Deposition Transcript of Karen Rapp, dated September 3, 2025;

- Ex. 2:       Deposition Transcript of Michael McGrath, dated September 30, 2025;

- Ex. 3:       Deposition Transcript of Eddie Dixon, dated October 9, 2025;

---

[1] Exhibits referenced as "Ex. __" are to the Declaration of Noam Mandel filed contemporaneously.

Honorable Denise L. Cote
January 26, 2026
Page 2

- Ex. 4:  Deposition Transcript of Eric Starkloff, dated October 23, 2025;

- Ex. 5:  Deposition Transcript of BofA (Shawn Liu), dated October 28, 2025;

- Ex. 6:  Deposition Transcript of Kevin Ilcisin, dated October 30, 2025.

- Ex. 7:  Deposition Transcript of Shane Goodwin, dated October 17, 2025;

- Ex. 8:  Deposition Transcript of Matthew Cain, dated November 14, 2025;

- Ex. 9:  Deposition Transcript of David J. Denis, Vol. II, dated November 24, 2025;

- Ex. 21:  Excerpt of January 19, 2022 National Instruments Board Meeting Packet (NAT-SL-00024256-4417);

- Ex. 22:  January 25, 2022 Email from Shawn Liu to Marissa Vidaurri (copying others at BofA) (NAT-SL-00007287-290);

- Ex. 23:  January 25, 2022 Email from Karen Rapp to Pedro Andrade (NAT-SL-00011283-287);

- Ex. 24:  June 4, 2022 Email from Sabastian Niles to Eddie Dixon (copying Albert Percival) (WLRK-00002802-2804);

- Ex. 25:  June 14, 2022 BofA Presentation (NAT-SL-00001513-545);

- Ex. 26:  June 14, 2022 Handwritten Notes of Kevin Ilcisin and Karen Rapp (NAT-SL-00008520-521);

- Ex. 27:  June 16, 2022 Meeting Invite from Kevin Ilcisin to Kevin Ilcisin, Eric Starkloff, Karen Rapp, Eddie Dixon, Shawn Liu, Philip Youn, Sabastian Niles, and Adam Emmerich (NAT-SL-00010389);

- Ex. 28:  June 19, 2022 Email from Kevin Daniels to Shawn Liu and Adrian Kania (BofA_000156-160);

- Ex. 29:  June 20, 2022 Email and attachment from Ryan Boesky to Kaushik Banerjee, Sandeep Alluri, Shawn Liu, Sushant Suryagandh, Philip Youn, Satinder Singh, and Adrian Kania (WLRK-00001596-1611);

- Ex. 30:  June 23, 2022 Email from Eddie Dixon to Eric Starkloff and Karen Repp (NAT-SL-00016089);

Honorable Denise L. Cote
January 26, 2026
Page 3

- Ex. 31: June 23, 2022 Email from Eddie Dixon to Kein Ilcisin, Erick Stakloff, and Karen Rapp (NAT-SL-00017152-155);

- Ex. 32: June 23, 2022Email from Kevin J. Daniels to Sabastian Niles (copying Shawn Liu) (WLRK-00001575-578);

- Ex. 33: June 29, 2022 Email from John Peter Kaytrosh to Sabastian Niles, Adam Emmerich, et al. (WLRK-00000700-710);

- Ex. 34: July 7, 2022 Email from Eddie Dixon to Eric Starkloff (NAT-SL-00015203-205);

- Ex. 35: July 7, 2022 Email from Eddie Dixon to Kevin Ilcisin and Karen Rapp (NAT-SL-00023205-206);

- Ex. 36: July 10, 2022 Email and attachment from Michael McGrath to Eric Starkloff (NAT-SL-00021516-531);

- Ex. 37: July 12, 2022 Email from Eddie Dixon to Eric Starkloff (NAT-SL-00027877-878);

- Ex. 38: July 14, 2022 Email and attachment from Michael McGrath to Eddie Dixon (copying Eric Starkloff) (NAT-SL-00020795-819);

- Ex. 39: July 14, 2022 Email from Albert Percival to Kevin Ilcisin, Karen Rapp, and Eddie Dixon (NAT-SL-00023167-168);

- Ex. 40: Excerpt of July 19, 2022 National Instruments Board Meeting Packet (NAT-SL-00024106-212);

- Ex. 42: July 31, 2022 Email from Eric Starkloff to Michael McGrath (copying Karen Rapp (NAT-SL-00002982-983);

- Ex. 43: August 3, 2022 Email from Sam Geoffroy to Eddie Dixon, Karen Rapp, Kevin Ilcisin and Marissa Vidaurri (copying Bob Marese and Kevin White) (NAT-SL-00010748-750);

- Ex. 44: August 4, 2022 Email and attachment from Kevin Ilcisin to Eddie Dixon, Eric Starkloff, and Karen Rapp (NAT-SL-00011781-785);

- Ex. 45: August 7, 2022 Email from Michael McGrath to Eric Starkloff (NAT-SL-00001276-278);

Honorable Denise L. Cote
January 26, 2026
Page 4

- Ex. 46: August 8, 2022 Email from Eddie Dixon to Kevin Ilcisin (NAT-SL-00017263-7267);

- Ex. 47: August 8, 2022 Email from Kevin Ilcisin to Shawn Liu (NAT-SL-00018186-187);

- Ex. 48: August 9, 2022 Meeting Invite from Kevin Ilcisin to Eric Starkloff, Karen Rapp, Eddie Dixon, Sabastian Niles, Adam Emmerich, Shawn Liu, Philip Youn, Marissa Vidaurri, and John Williams (NAT-SL-00010395);

- Ex. 49: August 9, 2022 Email from Michael McGrath to Eric Starkloff (NAT-SL-00023501-502);

- Ex. 50: August 10, 2022 Email and attachment from Kevin Ilcisin to Shawn Liu (NAT-SL-00011768);

- Ex. 51: August 10, 2022 Email from Albert Percival to Karen Rapp (NAT-SL-00009621);

- Ex. 52: August 10, 2022 Email from Eddie Dixon to Albert Percival (copying Eddie Dixon) (NAT-SL-00015017-019);

- Ex. 53: August 10, 2022 Email from Eric Starkloff to Eric Starkloff (NAT-SL-00021470);

- Ex. 54: August 11, 2022 Email from Karen Rapp to Albert Percival, Eddie Dixon, and Brett Chalmers) (copying Eddie Dixon, Ursula Conterno, and Estefania Souza) (NAT-SL-00017097-099);

- Ex. 55: August 11, 2022 Email from Lynn David to Albert Percival and Christopher Rolle (copying Estefania Souza and Deborah Donohue) – (NAT-SL-00022559-561);

- Ex. 56: August 26, 2022 Email from Eddie Dixon to Marissa Vidauirri, Eric Starkloff, Karen Rapp, Kevin Ilcisin, Shawn Liu, and Sabastian Niles, (NAT-SL-00017309-310);

- Ex. 57: September 1, 2022 Email from Sabastian Niles to Project Wolverine 2022 (WLRK Team) (WLRK-00002970-971);

- Ex. 58: September 5, 2022 Email from Eddie Dixon to Sabastian Niles and Adam Emmerich (copying Marissa Vidaurri, Albert Percival, and Eddie Dixon) (WLRK-00002195-2196);

Honorable Denise L. Cote
January 26, 2026
Page 5

- Ex. 59: September 19, 2022 Email from Eddie Dixon to (Sabastian Niles, Adam Emmerich, and Shawn Liu (copying Eric Starkloff, Eddie Dixon, and Karen Rapp) (NAT-SL-00023189-8190);

- Ex. 60: September 20-21, 2022 National Instruments Corporation Minutes of Special Meeting of the Board of Directors (NAT-SL-00001450-454);

- Ex. 61: September 21, 2022 Email and attachment from Shawn Liu to Kevin Ilcisin (NAT-SL-00012292-295);

- Ex. 62: September 27, 2022 Email and attachments from Melko Balazs to Karen Rapp, Eric Starkloff, Pedro Andrade, Eddie Dixon, Marissa Vidaurri, and Ursula Conterno (copying Agata Kacperska and Kavitha Eswaran (NAT-SL-00008757-758);

- Ex. 63: October 14, 2022 Email from Cate Prescott to Karen Rapp and Treva Rumbeck (NAT-SL-00006122-123); and

- Ex. 65: Defendants' Responses and Objections to Lead Plaintiff's Requests for Admission, dated January 7, 2026.

Although Lead Plaintiff takes no position regarding whether the information in the foregoing materials qualifies for redaction or filing under seal, Lead Plaintiff has filed these materials with redactions or under seal in compliance with the Court's Rule 8.B based on Defendants', Bank of America Securities, Inc.'s, or Wachtell Lipton Rosen & Katz's confidentiality designations and paragraph 3(c) of the Protective Order.[2]

Respectfully submitted,

*/s/ Noam Mandel*

Noam Mandel

---

[2] Lead Plaintiff also attaches hereto an Appendix identifying all Parties and Attorneys of Record who should have access to the sealed documents.