UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

In re NATIONAL INSTRUMENTS          :       Civ. A. No. 1:23-cv-10488-DLC
CORPORATION SECURITIES LITIGATION   :

_____x       CLASS ACTION


**DECLARATION OF JOHN D. COMERFORD IN SUPPORT
OF DEFENDANTS' LETTER MOTION TO SEAL**

I, JOHN D. COMERFORD, declare as follows:

1. I am a member in good standing of the bar of the states of Missouri, Illinois, and Colorado. I have been admitted by this Court to appear Pro Hac Vice as counsel for Defendants in this case. I am a partner in the law firm of Dowd Bennett LLP.

2. I submit this Declaration in Support of Defendants' February 2, 2026 Letter Motion to Seal.

3. Attached are true and correct copies of the following pleadings and Exhibits,[1] which are being filed publicly with Defendants' requested redactions, pursuant to Rule 8.B of chambers' Individual Practices in Civil Cases:

Exhibit 1: Deposition Transcript of Karen Rapp, dated September 3, 2025. [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 2: Deposition Transcript of Michael McGrath, dated September 30, 2025. [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 3: Deposition Transcript of Eddie Dixon, dated October 9, 2025. [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 4: Deposition Transcript of Eric Starkloff, dated October 23, 2025. [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 6: Deposition Transcript of Kevin Ilcisin, dated October 30, 2025. [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 7: Deposition Transcript of Shane Goodwin, dated October 17, 2025. [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

---

[1] The documents referenced as "Exhibits" refer to Exhibits to the Omnibus Declaration of Noam Mandel, filed by Plaintiff on January 26, 2026. ECF 130, 131. The Exhibit numbers referenced in this Declaration are the same as the Exhibit numbers referenced in Plaintiff's Omnibus Declaration.

1

Exhibit 8: Deposition Transcript of Matthew Cain, dated November 14, 2025. [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 9: Deposition Transcript of David J. Denis, Vol. II, dated November 24, 2025. [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 36: July 10, 2022 Email and attachment from Michael McGrath to Eric Starkloff (NAT-SL-00021516-1531). [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 37: July 12, 2022 Email and attachment from Eddie Dixon to Eric Starkloff (NAT-SL-00027877-7878). [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 38: July 14, 2022 Email and attachment from Michael McGrath to Eddie Dixon (copying Eric Starkloff) (NAT-SL-00020795-0819). [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 39: July 14, 2022 Email from Albert Percival to Kevin Ilcisin, Karen Rapp, and Eddie Dixon (NAT-SL-00023167-3168). [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 42: July 31, 2022 Email from Eric Starkloff to Michael McGrath (copying Karen Rapp (NAT-SL-00002982-2983). [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 44: August 4, 2022 Email and attachment from Kevin Ilcisin to Eddie Dixon, Eric Starkloff, and Karen Rapp (NAT-SL-00011781-1785). [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 46: August 8, 2022 Email from Eddie Dixon to Kevin Ilcisin (NAT-SL-00017263-7267). [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 50: August 10, 2022 Email from Kevin Ilcisin to Shawn Liu (NAT-SL-00011768). [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 56: August 26, 2022 Email from Eddie Dixon to Marissa Vidauirri, Eric Starkloff, Karen Rapp, Kevin Ilcisin, Shawn Liu, and Sabastian Niles, (NAT-SL-00017309-7310). [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 60: September 20-21, 2022 National Instruments Corporation Minutes of Special Meeting of the Board of Directors (NAT-SL-00001450-1454). [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Exhibit 65: Defendants' Responses and Objections to Lead Plaintiff's Requests for Admission, dated January 7, 2026. [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Lead Plaintiff's Opposition to Defendants' Motion for Summary Judgment. [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Lead Plaintiff's Opposition to Defendants' Motion to Exclude Expert Testimony of Dr. Matthew Cain. [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

Lead Plaintiff's (I) Response to Defendants' Local Rule 56.1 Statement of Undisputed Facts in Support of Their Motion for Summary Judgment and (II) Counterstatement of Additional Material Facts. [*Filed with redactions, and the true and correct copy filed under seal with requested redactions highlighted, pending leave of Court.*]

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 2nd day of February, 2026.

*/s/ John D. Comerford*
John D. Comerford

3