# EXHIBIT 36

# FILED UNDER SEAL

Message
_____

| | |
|---|---|
| **From:** | Michael McGrath [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=307FB68A25BD4C7586785D210B65991F-MMCGRATH] |
| **Sent:** | 7/10/2022 7:55:40 PM |
| **To:** | Eric Starkloff [eric.starkloff@ni.com] |
| **Subject:** | Discussion materials |
| **Attachments:** | Board Wolverine Discussion.pptx |

Eric

Hope you are having a nice weekend. Attached are the discussion materials for the board meeting discussion on Tuesday night, I didn't add an update on the CFO search but you should plan to do it at this meeting. Let me know if you want to discuss this.

Michael



Michael E. McGrath
Board Chairman
National Instruments
michael.mcgrath@ni.com
214-244-4540

CONFIDENTIAL                                                                      NAT-SL-00021516



# Board Discussion of Project Wolverine

Board Only – Confidential
Tuesday Night 7/19/22 4-8 PM

Michael McGrath

Board Chair

CONFIDENTIAL 1

CONFIDENTIAL

NAT-SL-00021517

ni.com

# Reminder

These are decisions that the board must make based on its fiduciary responsibilities to our shareholders.

# Agenda

1. **Update on Nuthatch Proposal**
2. **Discussion of Its Potential Actions**
3. **Alternatives to Consider**
   - **Prepare to defend the current plan**
   - **Initiate preemptive cost reduction – Michael**
   - **████████████████ – Eric**
   - **Other alternatives to consider**
4. **General Discussion**
   - **Gather each director's opinions**
5. **Agreement on plan of action**

NI CONFIDENTIAL  2

CONFIDENTIAL

NAT-SL-00021518



# Most recent response indicates intention/threat to go public with its offer

Eric,

I appreciate the update and although I am disappointed in the timing, I would ask if you can let me know when your Board is meeting so I can update my Board next week on when we should expect to hear from you regarding next steps.

As I highlighted in our prior communication dated June 22, we prefer to keep our conversations private, however for that to remain feasible we need relative expedience from NI's Board.

My offer to meet, or to have our advisors speak with your advisors, ahead of your upcoming Board meeting still stands - I believe it would be helpful to discuss our proposal in more detail and address any questions you or your Board members may have.

I look forward to hearing from you.

Lal Karsanbhai

President and Chief Executive Officer

Emerson

NI CONFIDENTIAL 3

CONFIDENTIAL

NAT-SL-00021519



# Nuthatch's most likely acquisition objective

- Nuthatch prides itself on reducing operating expenses
  - Company restructuring and cost reset actions began in fiscal Q3/19
  - Touts its $220M cost reduction in 2020 and $240M in 2021
  - Consistently improved Operating Expenses as a % of revenue (GAAP):
    - 2020 – 23.7% (21.1% SG&A, 2.6% R&D)
    - 2021 – 22.9% (20.3% SG&A, 2.6% R&D)
    - 2022 (disclosed projection) – 21.9%
- Objective: Acquire NI and drastically reduce operating expenses to increase its own valuation
  - NATI GAAP operating expenses are approximately 62% (SGA 40%)
  - Approx. $250M in net income with 17X P/E for a valuation of $4.2 billion ($32/share)
- A reduction of 20 – 30 percentage points would add $380M – $570M of income
  - This would increase net income (20% income tax) to approximately $550M - $700M
  - At its current 17X P/E this could be a valuation increase of $9.4B to $12B
- At $48 per share ($6.4B) purchase, its gain would be $3B to $5.5B

NI CONFIDENTIAL  4

CONFIDENTIAL

NAT-SL-00021520

# Its potential public argument

- Nuthatch seems likely to go public with this offer and could initiate a formal bid
- It could argue that NI (its leadership and board) has not been able to manage its operating expenses to competitive levels
  - Much of its high gross margin goes to excessive operating costs instead of shareholders
  - Operating expense benchmarks support this
- It will claim to have a proven ability to manage operating expenses
  - Its operating expenses are 22% compared to NI's 62% of revenue
  - When it acquires NI, it will reduce operating expenses to unlock its real value
  - It may position this as synergies, but there are no technology, marketing, or sales synergies
- It is offering to split this unlocked value with its shareholders through the premium acquisition price
- This will be difficult to defend in a proxy battle without further actions

NI CONFIDENTIAL 5

CONFIDENTIAL

NAT-SL-00021521



# NI Operating Expense Comparison to Peers

- From 10/19/21 Board Presentation
  - SG&A (GAAP) as a percent of revenue
    - T&M Peers: 25% (2020), Software: 31%
    - NI 2021: 40%
  - R&D (GAAP) as a percent of revenue
    - T&M Peers 12% (2020), Software: 28%
    - NI (2021): 23%
- CenterView Partners Presentation 2/7/22
  - SG&A (GAAP) as a percent of revenue
    - Peer median: 27%, KEYS 24%
    - NI: 40%
  - Oper. Exp. % (LTM Revenue per op. exp. $)
    - Peer median: 43%, KEYS 40%
    - NI: 62.5%
- NI Non-GAAP OP. Exp. was 56% in 2021 and planned to be 51% in 2022

NI CONFIDENTIAL  6

CONFIDENTIAL

NAT-SL-00021522

# Defending this publicly will be a problem

- Defending the offer publicly based on that argument is different than rejecting the offer privately
  - We had sufficient justification to reject the offer but now we need to defend it publicly
  - This requires new actions
- Once it becomes public, it will be a major distraction from running the business
  - Could cause customers to delay orders
  - Could require extensive meetings with investors to explain our rejection
- If it uses the argument that we have not managed operating expenses sufficiently, it will be a significant embarrassment
- Nothing is more important than defending this for our shareholders' benefit
  - Development of future products is not important, the benefit will accrue to others
  - Employee m turnover are not important, they will be fired if we lose
  - Intentionally building backlog to cushion longer-term revenue isn't important
  - Shipping our orders to hit the revenue plan is still important

NI CONFIDENTIAL 7

CONFIDENTIAL

NAT-SL-00021523



# Our potential responses to its public argument

1. Make public the BAML valuation analysis showing that NI has more upside value
   - Much of this value is in the future and we may need to show more immediate results
   - It may not be a sufficient public justification for shareholders
   - It may not get them to withdraw the offer

2. Defend our high operating expenses
   - High R&D and SGA are required for our business
   - This would be awkward and embarrassing
   - May still encourage acceptance of offer because we have a high-cost business model

3. Remind shareholders that we are already planning on improving operating income by a percentage point per year and shareholders should be patient
   - Given the time to realize this benefit, some may prefer the offer

4. Enter into more direct discussions with Nuthatch

5. Wait it out until the P/E multiples in the stock market increase and increase our stock price
   - However, if Nuthatch P/E increases too, it will have a justification for a higher offer price

NI CONFIDENTIAL  8



# Our potential responses to its public argument

6. Accelerate our operating expense reductions more aggressively
   - It's our best possible defense and delivers immediate demonstrable shareholder value
   - Most likely would be reflected in a much higher stock price if we communicated this to investors and analysts
   - Would both increase the stock price required and reduce the cost reduction opportunity for Nuthatch. At $65 per share, it most likely would not achieve its objective.
   - Needs to be done quickly but could still work even if done after they disclose
   - Position it as the last step of our strategic transition, reducing the costs of the previous functional organization to realize the operational benefits of our new organization

7. If we implement cost reductions, we should disclose our new plans
   - This would enable us to get the advantage of forward valuations and higher target prices
   - We need to get our stock price into the mid-40s, preferably 50s, as soon as possible without the price being based on a potential sale of the company
   - Communicating our base plan doesn't get us there fast enough or get it high enough in the next two years

NI CONFIDENTIAL 9

CONFIDENTIAL                                                                    NAT-SL-00021525



# Current Base Plan

## Notes:

1. From Karen's revised plan.
   - 2023 quarterly revenue and op. expense spread proportionally.

2. This is the more aggressive backlog version

3. The stock price is estimated at a 17X P/E
   - This is NI's current P/E
   - It's also used by J. P. Morgan to compute its target price from our non-GAAP EPS.
   - It's consistent with P/E ratios in the current market. These are currently suppressed and could increase in time, but they could also trend lower.

4. TTM (trailing twelve months) and NTM (next twelve months) estimates are provided to try to indicate potential timing.
   - Our stock price has tended to be in between.

| | 2021 FY | Q1/22 | Q2/22 | Q3/22 | Q4/22 | 2022 FY | Q1/23 | Q2/23 | Q3/23 | Q4/23 | 2023 FY | 2024 FY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bookings** | 1,634 | 467 | 466 | 485 | 536 | 1,954 | 490 | 489 | 509 | 563 | 2,052 | 2,236 |
| Increase | 24% | 27% | 20% | 20% | 12% | 20% | 5% | 5% | 5% | 5% | 5% | 9% |
| **Revenue** | 1,472 | 386 | 398 | 425 | 464 | 1,673 | 483 | 498 | 531 | 580 | 2,091 | 2,273 |
| Increase | 14% | 15% | 15% | 13% | 13% | 14% | 25% | 25% | 25% | 25% | 25% | 9% |
| Backlog Shrinkage | | | 30 | | | 55 | | | | | - | |
| Backlog | 154 | 210 | 278 | 338 | 410 | 380 | 388 | 380 | 358 | 340 | 340 | 303 |
| **Gross Profit** | 1,099 | 274 | 283 | 302 | 329 | 1,188 | 348 | 360 | 385 | 423 | 1,516 | 1,659 |
| % Margin | 75% | 71% | 71% | 71% | 71% | 71% | 72% | 72% | 72% | 72% | 72% | 73% |
| **Operating Exp.** | | | | | | | | | | | | |
| R&D | 302 | | | | | | | | | | | |
| SG&A | 522 | | | | | | | | | | | |
| Total Oper. Exp. | 824 | 208 | 218 | 212 | 213 | 851 | 264 | 264 | 264 | 264 | 1,054 | 1,130 |
| % of Revenue | 56% | 54% | 55% | 50% | 46% | 51% | 55% | 53% | 50% | 46% | 50% | 50% |
| % of Bookings | 50% | 45% | 47% | 44% | 40% | 44% | 54% | 54% | 52% | 47% | 51% | 51% |
| % YoY Increase | | 3.3% | | | | 3% | 27% | | | | 24% | 7% |
| **Operating Income** | 274 | 66 | 65 | 90 | 116 | 337 | 85 | 96 | 121 | 159 | 462 | 529 |
| Operating Margin | 18.6% | 17.1% | 16.2% | 21.1% | 25.1% | 20.1% | 17.5% | 19.3% | 22.8% | 27.4% | 22.1% | 23.3% |
| Net Income | 224 | 53.8 | 52.3 | 72.7 | 94.3 | 273 | 68.4 | 77.8 | 98.0 | 128.8 | 374 | 434 |
| **EPS** | **1.68** | **0.41** | **0.35** | **0.55** | **0.71** | **2.02** | **0.51** | **0.58** | **0.74** | **0.97** | **2.82** | **3.25** |
| YOY | 2% | 28% | 0% | 82% | 51% | 20% | 26% | 67% | 35% | 37% | 40% | 15% |
| Shares | | | | | | 133 | | | | | 133 | 133 |
| Share Price: @P/E | 17 | | | | | | | | | | | |
| TTM EPS | 28.56 | 26.01 | 26.01 | 30.20 | 34.27 | 34.27 | 36.05 | 40.04 | 43.27 | 47.86 | 47.86 | 55.25 |
| NTM EPS | 34.27 | 36.05 | 40.04 | 43.27 | 47.86 | 47.86 | | | | | 55.25 | |

NI CONFIDENTIAL

10

CONFIDENTIAL

NAT-SL-00021526



# Proposed Cost Reduction Plan

- The cost reduction plan sets operating expenses at 43% of revenue
- 43% is approximately halfway between current levels and the peer median when considering GAAP to non-GAAP adjustments.
    - Going all the way to the peer median would be approximately 37%, which is too severe and unnecessary.
- 43% in 2023 is an 8% increase from 2022, as opposed to the 24% increase for 2023 in the base plan
    - As a reference point, bookings are planned to increase by 5% and revenue is planned to increase by 25%
- Operating expense is most related to bookings/sales, not revenue/shipments
    - Marketing, sales, R&D, and most admin. Functions are related to sales, not shipments.
    - Operating expenses as a percentage of bookings are the same for the 2022 base plan (44%) and the 2023 cost reduction plan (44%)
    - This demonstrates that this level of operating expenses is very feasible.
- Initiating the cost reduction this quarter could offset restructuring costs with building/land sale
- The plan demonstrates a significant increase in shareholder value

NI CONFIDENTIAL 11

CONFIDENTIAL

NAT-SL-00021527



# Cost Reduction Plan

Notes:

1. Bookings, revenue, backlog, and gross margin assumptions are the same.

2. Assumes cost reductions implemented in Q3/22.

3. Operating expenses are computed based on 43% of revenue.

| | 2021 FY | Q1/22 | Q2/22 | Q3/22 | Q4/22 | 2022 FY | Q1/23 | Q2/23 | Q3/23 | Q4/23 | 2023 FY | 2024 FY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bookings** | 1,634 | 467 | 466 | 485 | 536 | 1,954 | 490 | 489 | 509 | 563 | 2,052 | 2,236 |
| Increase | 24% | 27% | 20% | 20% | 12% | 20% | 5% | 5% | 5% | 5% | 5% | 9% |
| **Revenue** | 1,472 | 386 | 398 | 425 | 464 | 1,673 | 483 | 498 | 531 | 580 | 2,091 | 2,273 |
| Increase | 14% | 15% | 15% | 13% | 13% | 14% | 25% | 25% | 25% | 25% | 25% | 9% |
| Backlog Shrinkage | | | 30 | | | 55 | | | | | - | |
| Backlog | 154 | 210 | 278 | 338 | 410 | 380 | 388 | 380 | 358 | 340 | 340 | 303 |
| **Gross Profit** | 1,099 | 274 | 283 | 302 | 329 | 1,188 | 348 | 360 | 385 | 423 | 1,516 | 1,659 |
| % Margin | 75% | 71% | 71% | 71% | 71% | 71% | 72% | 72% | 72% | 73% | 72% | 73% |
| **Operating Exp.** | | | | | | | | | | | | |
| R&D | 302 | | | | | | | | | | | |
| SG&A | 522 | | | | | | | | | | | |
| Total Oper. Exp. | 824 | 208 | 218 | 212 | 200 | 838 | 212 | 219 | 228 | 244 | 903 | 977 |
| % of Revenue | 56% | 54% | 55% | 50% | 43% | 50% | 44% | 44% | 43% | 42% | 43% | 43% |
| % of Bookings | 50% | 45% | 47% | 44% | 37% | 43% | 43% | 45% | 45% | 43% | 44% | 44% |
| % YoY Increase | | 3.3% | | | | 2% | 2% | | | | 8% | 8% |
| **Operating Income** | 274 | 66 | 65 | 90 | 130 | 350 | 136 | 141 | 157 | 179 | 613 | 682 |
| Operating Margin | 18.6% | 17.1% | 16.2% | 21.1% | 28.0% | 20.9% | 28.1% | 28.4% | 29.5% | 30.9% | 29.3% | 30.0% |
| Net Income | 224 | 53.8 | 52.3 | 72.7 | 105.2 | 273 | 109.9 | 114.3 | 126.8 | 145.3 | 496 | 552 |
| **EPS** | **1.68** | **0.41** | **0.35** | **0.55** | **0.79** | **2.10** | **0.83** | **0.86** | **0.95** | **1.09** | **3.73** | **4.15** |
| YOY | 2% | 28% | 0% | 82% | 68% | 25% | 102% | 146% | 74% | 38% | 78% | 11% |
| Shares | | | | | | 133 | | | | | 133 | 133 |
| Share Price: @P/E | 17 | | | | | | | | | | | |
| TTM EPS | 28.56 | 26.01 | 26.01 | 30.20 | 35.66 | 35.66 | 42.74 | 51.40 | 58.32 | 63.44 | 63.44 | 70.60 |
| NTM EPS | 35.66 | 42.74 | 51.40 | 58.32 | 63.44 | 63.44 | | | | | 70.60 | |

NI CONFIDENTIAL

CONFIDENTIAL

NAT-SL-00021528

# Potential Share Price Sensitivity

## Notes:

1. All share price calculations are based on a P/E of 17X

2. The cost reduction plan is superior in all alternatives

3. That plan shows significant shareholder value improvement

4. Under many of the scenarios, the base plan won't be sufficient to get where we need to fast enough

| | Base Plan | Cost Reduct. Plan |
|---|---|---|
| Aggressive Backlog Plan | | |
| 12/31/22 NTM | $47.86 | $63.44 |
| 3/31/23 TTM | $40.04 | $51.40 |
| 12/31/23 TTM | $47.86 | $63.44 |
| 12/31/23 NTM | $55.25 | $70.60 |
| | | |
| Intentional Backlog Plan | | |
| 12/31/22 NTM | $45.73 | $61.33 |
| 12/31/23 TTM | $45.73 | $61.33 |
| 12/31/23 NTM | $55.59 | $71.03 |
| | | |
| Recessionary Scenario | | |
| 12/31/22 NTM | $43.18 | $57.72 |
| 12/31/23 TTM | $43.18 | $57.72 |
| 12/31/23 NTM | $52.53 | $67.07 |

NI CONFIDENTIAL

13

CONFIDENTIAL

NAT-SL-00021529



- Potential Terms

- The defense this could provide

CONFIDENTIAL

NI CONFIDENTIAL 14

NAT-SL-00021530



# Next Steps

- Open discussion of opinions
- Agreement on next steps

CONFIDENTIAL

NI CONFIDENTIAL 15

NAT-SL-00021531