# EXHIBIT 37

# FILED UNDER SEAL

| | |
|---|---|
| **From**: | Eddie Dixon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7B514D7306264DD7B03E998DBD732A06-EDIXON] |
| **Sent**: | 7/12/2022 11:53:13 AM |
| **To**: | Eric Starkloff [eric.starkloff@ni.com] |
| **Subject**: | privileged and confidential - discussion with Michael |
| **Attachments**: | Project Wolverine - Communications Principles.DOCX |
| | |
| **Flag**: | Follow Up |

I was thinking about how you might suggest to Michael that it is not a good idea to create materials like those he shared with you – especially with something like Wolverine in play. In any event, I pulled one of the pages from our Comms plan that highlights the comms principles (attached). The first couple of items are those that are most relevant – i.e. close coordination on any communications and creation of materials and assume all emails/work product will someday be made public. I don't think Michael would want his materials made public…. Not sure if it helps, but maybe something that you can draw upon.



**R. Eddie Dixon, Jr.**
Chief Legal Officer &
Senior Vice President
+15126836814 | ni.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

INTERNAL - NI CONFIDENTIAL

 NAT-SL-00027877

DRAFT -- PRIVILEGED & CONFIDENTIAL



CONFIDENTIAL

NAT-SL-00027878