# EXHIBIT 38

# FILED UNDER SEAL

Message

| | |
|---|---|
| **From:** | Michael McGrath [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=307FB68A25BD4C7586785D210B65991F-MMCGRATH] |
| **Sent:** | 7/14/2022 1:09:28 PM |
| **To:** | Eddie Dixon [eddie.dixon@ni.com] |
| **CC:** | Eric Starkloff [eric.starkloff@ni.com] |
| **Subject:** | Board Presentation for Tuesday Night |
| **Attachments:** | Board Wolverine Discussion Rev. 7-14-22.pdf; Board Wolverine Discussion Rev. 7-14-22.pptx |

<u>Privileged & Confidential</u>

Eddie:

Attached are two versions of my presentation for Tuesday night. Eric suggested that you distribute it through Diligent Messenger since it should only go to board members.

Call if you have any questions.

Thanks,
Michael



Michael E. McGrath
Board Chairman
National Instruments
<u>michael.mcgrath@ni.com</u>
214-244-4540

CONFIDENTIAL                    NAT-SL-00020795



NAT-SL-00020796

ni.com

## Reminder

These are decisions that the board must make based on its fiduciary responsibilities to our shareholders.

## Discussion Agenda

1. **Wolverine's Most Likely Objective**
   - **Its Potential Actions**
2. **Our Potential Responses to Public Disclosure**
   - **Defend the current plan**
   - **Initiate preemptive cost reduction**
   - ███████ ██████████
   - **Other alternatives to consider**
3. **Cost Reduction Proposal**
   - **Base Plan**
   - **Cost Reduced Plan**
4. **General Discussion**
5. **Agreement on Plan of Action**

CONFIDENTIAL

NAT-SL-00020797

## Most recent response indicates intention/threat to go public with its offer

Eric,

I appreciate the update and although I am disappointed in the timing, I would ask if you can let me know when your Board is meeting so I can update my Board next week on when we should expect to hear from you regarding next steps.

As I highlighted in our prior communication dated June 22, we prefer to keep our conversations private, however for that to remain feasible we need relative expedience from NI's Board.

My offer to meet, or to have our advisors speak with your advisors, ahead of your upcoming Board meeting still stands - I believe it would be helpful to discuss our proposal in more detail and address any questions you or your Board members may have.

I look forward to hearing from you.

Lal Karsanbhai
President and Chief Executive Officer
Emerson

CONFIDENTIAL

NAT-SL-00020798

# Nuthatch's most likely acquisition objective

- Nuthatch prides itself on reducing operating expenses
  - Company restructuring and cost reset actions began in fiscal Q3/19
  - Touts its $220M cost reduction in 2020 and $240M in 2021
  - Consistently improved Operating Expenses as a % of revenue (GAAP):
    - 2020 – 23.7% (21.1% SG&A, 2.6% R&D)
    - 2021 – 22.9% (20.3% SG&A, 2.6% R&D)
    - 2022 (disclosed projection) – 21.9%
- Most Likely Objective: Acquire NI and drastically reduce operating expenses to increase its own valuation
  - NATI 2021 GAAP operating expenses were approximately 62% (SGA 40%)
  - Approx. $250M in net income with 17X P/E for a valuation of $4.2 billion ($32/share)
- A reduction of 20 – 30 percentage points would add $380M – $570M of income
  - This would increase net income (20% income tax) to approximately $550M - $700M
  - At its current 17X P/E this could be a valuation increase of $9.4B to $12B
- At $48 per share ($6.4B) purchase, its gain would be $3B to $5.5B

ni.com

NAT-SL-00020799

## Its potential public argument

- Nuthatch seems likely to go public with this offer and could initiate a formal bid
  - Note: It has nothing to lose if this triggers bidding
- It could argue that NI (its leadership and board) has not been able to manage its operating expenses to competitive levels
  - Much of its high gross margin goes to what it could claim is excessive operating costs instead of shareholders
  - It could use operating expense benchmarks to support this
- It will claim to have a proven ability to manage operating expenses
  - Its operating expenses are 22% compared to NI's 62% of revenue
  - When it acquires NI, it will reduce operating expenses to unlock its real value
  - It may position this as synergies, but there are no technology, marketing, or sales synergies
- It is offering to split this unlocked value with its shareholders through its perceived premium acquisition price
- Although we recognize the opportunity to reduce operating expenses, we are currently planning on doing this less significantly and gradually over time

ni.com

CONFIDENTIAL

NAT-SL-00020800

# NI Operating Expense Comparison to Peers

- From 10/19/21 Board Presentation
  - SG&A (GAAP) as a percent of revenue
    - T&M Peers: 25% (2020), Software: 31%
    - NI 2021: 40%
  - R&D (GAAP) as a percent of revenue
    - T&M Peers 12% (2020), Software: 28%
    - NI (2021): 23%
- CenterView Partners Presentation 2/7/22
  - SG&A (GAAP) as a percent of revenue
    - Peer median: 27%, KEYS 24%
    - NI: 40%
  - Oper. Exp. % (LTM Revenue per op. exp. $)
    - Peer median: 43%, KEYS 40%
    - NI: 62.5%
- NI Non-GAAP OP. Exp. was 56% in 2021
  - An educated guess is that the peer median non-GAAP was 38%-40% in 2021. KEYS non-GAAP operating expense was 37% of revenue.

Note: Benchmark comparisons are done with GAAP numbers as they generally are and as presented to the board in the two referenced presentations. NI has a higher GAAP to non-GAAP difference than the comparisons, approximately 6% of revenue in operating expenses is stock-based compensation excluded in non-GAAP reporting. The stock-based compensation of the peers is much lower than this.

CONFIDENTIAL

NAT-SL-00020801

## Defending this publicly will be a challenge

- Defending the offer publicly based on that potential argument is different than rejecting the offer privately
  - We had sufficient justification with the B of A valuation analysis to reject the offer but now we need to defend it publicly with a more short-term focus
  - We will need to defend high operating costs unless we initiate more proactive actions
- Once it becomes public, it will be a major distraction from running the business
  - Could cause customers to delay orders
  - Could require extensive meetings with investors to explain our rejection\
  - Could drive employee turnover
- If it uses the argument that we have not managed operating expenses sufficiently, it will be a significant embarrassment
- Nothing is more important than defending this for our shareholders' benefit
  - We need to go "all in"
  - Delaying revenue or investing more in the future is not as important
  - Not a time to rationalize our historical position

CONFIDENTIAL

NAT-SL-00020802

# Our potential responses to its public argument

1. Make public the B of A valuation analysis showing that NI has more upside value
   - Much of this value is in the future and we may need to show more immediate results
   - It may not be a sufficient public justification for shareholders
   - It may not get them to withdraw the offer

2. Defend our high operating expenses
   - We can argue that high R&D and SGA are required for our business, despite benchmarks
   - May still encourage acceptance of offer because we have a high-cost business model

3. Remind shareholders that we are already planning on improving operating income by a percentage point per year and shareholders should be patient
   - Given the time to realize this benefit, some may prefer the offer

4. Enter into more direct discussions with Nuthatch as it is offering

5. Wait it out until the P/E multiples in the stock market increase and increase our stock price
   - However, Nuthatch P/E would increase too, increasing its return

6. Consider poison pill

ni.com

CONFIDENTIAL

NAT-SL-00020803

# Our potential responses to its public argument

7.  Accelerate our operating expense reductions more aggressively
    *   It's our best possible defense and delivers immediate demonstrable shareholder value
    *   Most likely would be reflected in a higher stock price if we communicated this to investors and analysts
    *   Would both increase the stock price required and reduce the cost reduction opportunity for Nuthatch. At $65 per share, it most likely would not achieve its objective
    *   Needs to be done quickly but could still work even if done after they disclose
    *   Position it as the last step of our strategic transition, reducing the costs of the previous functional organization to realize the operational benefits of our new organization
    *   If we implement cost reductions, we should disclose our new plans
    *   The lower operating expenses in the cost reduction plan also provides a buffer if we continue to have problems shipping

CONFIDENTIAL

NAT-SL-00020804

## Base Plan
### Aggressive Backlog Drain

Notes:

1. From Management's revised plan
   - 2023 quarterly revenue and op. expense spread proportionally

2. This is the more aggressive backlog version
   - The intentional backlog plan:
     - 2023: 2.74 vs. 3.20
     - 2024: 3.28 vs. 3.70
   - Recession scenario
     - 2023: 2.81 vs. 3.20
     - 2024: 3.31 vs. 3.70

3. The stock price is simply a calculation at a constant 17X P/E and eventual P/E ratios could be much different
   - This is NI's current P/E
   - It's also used by J. P. Morgan to compute its target price
   - In its June presentation, B of A referenced a current P/E of 16.1 and peers at 17.9. In its forecast, it used a range of 17.0 - 22.0 as a multiple for '22 EPS and 14.5 - 20.0 for '23 EPS estimates

| | 2021 FY | 2022 Q1/22 | Q2/22 | Q3/22 | Q4/22 | FY | 2023 Q1/23 | Q2/23 | Q3/23 | Q4/23 | FY | 2024 FY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bookings | 1,634 | 467 | 466 | 485 | 536 | 1,954 | 490 | 489 | 509 | 563 | 2,052 | 2,236 |
| Increase | 24% | 27% | 20% | 20% | 12% | 20% | 5% | 5% | 5% | 5% | 5% | 9% |
| Revenue | 1,472 | 386 | 398 | 425 | 464 | 1,673 | 494 | 509 | 544 | 594 | 2,141 | 2,366 |
| Increase | 14% | 15% | 15% | 13% | 13% | 14% | 28% | 28% | 28% | 28% | 28% | 10.5% |
| Backlog Shrinkage | | | 30 | | | 55 | | | | | | |
| Backlog | 154 | 210 | 278 | 338 | 410 | 380 | 376 | 356 | 321 | 290 | 290 | 160 |
| Gross Profit | 1,099 | 274 | 283 | 302 | 329 | 1,188 | 361 | 372 | 397 | 434 | 1,553 | 1,739 |
| % Margin | 75% | 71% | 71% | 71% | 71% | 71% | 73% | 73% | 73% | 73% | 73% | 73.5% |
| **Operating Exp.** | | | | | | | | | | | | |
| R&D | 302 | | | | | | | | | | | |
| SG&A | 522 | | | | | | | | | | | |
| Total Oper. Exp. | 824 | 208 | 218 | 212 | 214 | 852 | 240 | 250 | 260 | 279 | 1,029 | 1,136 |
| % of Revenue | 56% | 54% | 55% | 50% | 46% | 51% | 49% | 49% | 48% | 47% | 48% | 48% |
| % of Bookings | 50% | 45% | 47% | 44% | 40% | 44% | 49% | 51% | 51% | 50% | 50% | 51% |
| % YoY Increase | | 3.3% | | | | 3% | 15% | | | | 21% | 10% |
| **Operating Income** | 274 | 66 | 65 | 90 | 115 | 336 | 121 | 122 | 137 | 155 | 524 | 603 |
| Operating Margin | 18.6% | 17.1% | 16.2% | 21.1% | 24.9% | 20.1% | 24.4% | 23.9% | 25.2% | 26.0% | 24.5% | 25.5% |
| Net Income | 224 | 53.8 | 52.3 | 75.4 | 95.8 | 273 | 97.7 | 98.7 | 111.1 | 125.2 | 426 | 494 |
| EPS | 1.68 | 0.41 | 0.35 | 0.57 | 0.72 | 2.05 | 0.73 | 0.74 | 0.84 | 0.94 | 3.20 | 3.70 |
| YOY | 2% | 28% | 0% | 89% | 53% | 22% | 79% | 112% | 47% | 31% | 56% | 16% |
| Shares | | | | | | 133 | | | | | 133 | 133 |
| Share Price: @P/E | 17 | | | | | | | | | | | |
| TTM EPS | 28.56 | 26.01 | 26.01 | 30.55 | 34.80 | 34.80 | 40.33 | 47.00 | 51.56 | 54.45 | 54.45 | 62.90 |
| NTM EPS | 34.80 | 40.33 | 47.00 | 51.56 | 54.45 | 54.45 | | | | | 62.90 | |

CONFIDENTIAL

NAT-SL-00020805

## Proposed Cost Reduction Plan

- The cost reduction plan sets operating expenses at 43% of revenue
- 43% approaches the peer median when considering GAAP to non-GAAP adjustments but doesn't get all the way there
  - Going to the peer median would be approximately 38%- 40%, which is too severe and most like unnecessary (KEYS had 37% non-GAAP operating expense in 2021)
- 43% in 2023 is an 8% increase from 2022 base plan, as opposed to the 21% increase for 2023 in the base plan
  - As a reference point, bookings are planned to increase by 5% and revenue is planned to increase by 28%
- Operating expense is most related to bookings/sales, not revenue/shipments
  - Marketing, Sales, R&D, and most admin functions are related to sales, not shipments.
  - Operating expenses as a percentage of bookings/sales are the same for the 2022 base plan (44%) and the 2023 cost reduction plan (44%)
  - This demonstrates that this level of operating expenses is very feasible
- Initiating the cost reduction this quarter could offset restructuring costs with building/land sale
- The plan demonstrates a significant and immediate increase in shareholder value

CONFIDENTIAL

## Cost Reduction Plan

Notes:

1. Bookings, revenue, backlog, and gross margin assumptions are the same.

2. Assumes cost reductions implemented in Q3/22.

3. Operating expenses are computed based on 43% of rev

4. The stock price is simply a calculation at a constant 17X P/E and eventual P/E ratios could be much different
   - This is NI's current P/E
   - 17X is also used by J. P. Morgan to compute its target price from our non-GAAP EPS
   - In its June presentation, B of A referenced a current P/E of 16.1 and peers at 17.9. In its forecast it used a range of 17.0 - 22.0 as a multiple for '22 EPS and 14.5 - 20.0 for '23 EPS estimates

| | 2021 FY | Q1/22 | Q2/22 | Q3/22 | Q4/22 | 2022 FY | Q1/23 | Q2/23 | Q3/23 | Q4/23 | 2023 FY | 2024 FY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bookings | 1,634 | 467 | 466 | 485 | 536 | 1,954 | 490 | 489 | 509 | 563 | 2,052 | 2,236 |
| Increase | 24% | 27% | 20% | 20% | 12% | 20% | 5% | 5% | 5% | 5% | 5% | 9% |
| Revenue | 1,472 | 386 | 398 | 425 | 464 | 1,673 | 483 | 498 | 531 | 580 | 2,091 | 2,273 |
| Increase | 14% | 15% | 15% | 13% | 13% | 14% | 25% | 25% | 25% | 25% | 25% | 9% |
| Backlog Shrinkage | | | 30 | | | 55 | | | | | | |
| Backlog | 154 | 210 | 278 | 338 | 410 | 380 | 388 | 380 | 358 | 340 | 340 | 303 |
| Gross Profit | 1,099 | 274 | 283 | 302 | 329 | 1,188 | 348 | 360 | 385 | 423 | 1,516 | 1,659 |
| % Margin | 75% | 71% | 71% | 71% | 71% | 71% | 72% | 72% | 72% | 73% | 72% | 73% |
| **Operating Exp.** | | | | | | | | | | | | |
| R&D | 302 | | | | | | | | | | | |
| SG&A | 522 | | | | | | | | | | | |
| Total Oper. Exp. | 824 | 208 | 218 | 212 | 200 | 838 | 212 | 219 | 228 | 244 | 903 | 977 |
| % of Revenue | 56% | 54% | 55% | 50% | 43% | 50% | 44% | 44% | 43% | 42% | 43% | 43% |
| % of Bookings | 50% | 45% | 47% | 44% | 37% | 43% | 43% | 45% | 45% | 43% | 44% | 44% |
| % YoY Increase | | 3.3% | | | | 2% | 2% | | | | 8% | 8% |
| **Operating Income** | 274 | 66 | 65 | 90 | 130 | 350 | 136 | 141 | 157 | 179 | 613 | 682 |
| Operating Margin | 18.6% | 17.1% | 16.2% | 21.1% | 28.0% | 20.9% | 28.1% | 28.4% | 29.5% | 30.9% | 29.3% | 30.0% |
| Net Income | 224 | 53.8 | 52.3 | 72.7 | 105.2 | 273 | 109.9 | 114.3 | 126.8 | 145.3 | 496 | 552 |
| EPS | 1.68 | 0.41 | 0.35 | 0.55 | 0.79 | 2.10 | 0.83 | 0.86 | 0.95 | 1.09 | 3.73 | 4.15 |
| YOY | 2% | 28% | 0% | 82% | 68% | 25% | 102% | 146% | 74% | 38% | 78% | 11% |
| Shares | | | | | | 133 | | | | | 133 | 133 |
| Share Price: @P/E | 17 | | | | | | | | | | | |
| TTM EPS | 28.56 | 26.01 | 26.01 | 30.20 | 35.66 | 35.66 | 42.74 | 51.40 | 58.32 | 63.44 | 63.44 | 70.60 |
| NTM EPS | 35.66 | 42.74 | 51.40 | 58.32 | 63.44 | 63.44 | | | | | 70.60 | |

CONFIDENTIAL

NAT-SL-00020807



# Board Discussion of Project Wolverine

Board Only – Privileged and Confidential

Tuesday Night 7/19/22 4-8 PM

Michael McGrath

Board Chair

This presentation was prepared solely by the board chair for board discussion.

CONFIDENTIAL  1

CONFIDENTIAL

ni.com

## Reminder

These are decisions that the board must make based on its fiduciary responsibilities to our shareholders.

# Discussion Agenda

1.  **Wolverine's Most Likely Objective**
    - **Its Potential Actions**
2.  **Our Potential Responses to Public Disclosure**
    - **Defend the current plan**
    - **Initiate preemptive cost reduction**
    - ███████████████
    - **Other alternatives to consider**
3.  **Cost Reduction Proposal**
    - **Base Plan**
    - **Cost Reduced Plan**
4.  **General Discussion**
5.  **Agreement on Plan of Action**

NI CONFIDENTIAL 2

CONFIDENTIAL

NAT-SL-00020809



# Most recent response indicates intention/threat to go public with its offer

Eric,

I appreciate the update and although I am disappointed in the timing, I would ask if you can let me know when your Board is meeting so I can update my Board next week on when we should expect to hear from you regarding next steps.

As I highlighted in our prior communication dated June 22, we prefer to keep our conversations private, however for that to remain feasible we need relative expedience from NI's Board.

My offer to meet, or to have our advisors speak with your advisors, ahead of your upcoming Board meeting still stands - I believe it would be helpful to discuss our proposal in more detail and address any questions you or your Board members may have.

I look forward to hearing from you.

Lal Karsanbhai
President and Chief Executive Officer
Emerson

ni.com

NI CONFIDENTIAL  3

# Nuthatch's most likely acquisition objective

- Nuthatch prides itself on reducing operating expenses
  - Company restructuring and cost reset actions began in fiscal Q3/19
  - Touts its $220M cost reduction in 2020 and $240M in 2021
  - Consistently improved Operating Expenses as a % of revenue (GAAP):
    - 2020 – 23.7% (21.1% SG&A, 2.6% R&D)
    - 2021 – 22.9% (20.3% SG&A, 2.6% R&D)
    - 2022 (disclosed projection) – 21.9%
- Most Likely Objective: Acquire NI and drastically reduce operating expenses to increase its own valuation
  - NATI 2021 GAAP operating expenses were approximately 62% (SGA 40%)
  - Approx. $250M in net income with 17X P/E for a valuation of $4.2 billion ($32/share)
- A reduction of 20 – 30 percentage points would add $380M – $570M of income
  - This would increase net income (20% income tax) to approximately $550M - $700M
  - At its current 17X P/E this could be a valuation increase of $9.4B to $12B
- At $48 per share ($6.4B) purchase, its gain would be $3B to $5.5B

ni.com

NI CONFIDENTIAL 4

NAT-SL-00020811



# Its potential public argument

- Nuthatch seems likely to go public with this offer and could initiate a formal bid
  - Note: It has nothing to lose if this triggers bidding
- It could argue that NI (its leadership and board) has not been able to manage its operating expenses to competitive levels
  - Much of its high gross margin goes to what it could claim is excessive operating costs instead of shareholders
  - It could use operating expense benchmarks to support this
- It will claim to have a proven ability to manage operating expenses
  - Its operating expenses are 22% compared to NI's 62% of revenue
  - When it acquires NI, it will reduce operating expenses to unlock its real value
  - It may position this as synergies, but there are no technology, marketing, or sales synergies
- It is offering to split this unlocked value with its shareholders through its perceived premium acquisition price
- Although we recognize the opportunity to reduce operating expenses, we are currently planning on doing this less significantly and gradually over time

NI CONFIDENTIAL 5



# NI Operating Expense Comparison to Peers

- From 10/19/21 Board Presentation
  - SG&A (GAAP) as a percent of revenue
    - T&M Peers: 25% (2020), Software: 31%
    - NI 2021: 40%
  - R&D (GAAP) as a percent of revenue
    - T&M Peers 12% (2020), Software: 28%
    - NI (2021): 23%
- CenterView Partners Presentation 2/7/22
  - SG&A (GAAP) as a percent of revenue
    - Peer median: 27%, KEYS 24%
    - NI: 40%
  - Oper. Exp. % (LTM Revenue per op. exp. $)
    - Peer median: 43%, KEYS 40%
    - NI: 62.5%
- NI Non-GAAP OP. Exp. was 56% in 2021
  - An educated guess is that the peer median non-GAAP was 38%-40% in 2021. KEYS non-GAAP operating expense was 37% of revenue.

> Note: Benchmark comparisons are done with GAAP numbers as they generally are and as presented to the board in the two referenced presentations. NI has a higher GAAP to non-GAAP difference than the comparisons, approximately 6% of revenue in operating expenses is stock-based compensation excluded in non-GAAP reporting. The stock-based compensation of the peers is much lower than this.

ni.com

NI CONFIDENTIAL 6

CONFIDENTIAL



# Defending this publicly will be a challenge

- Defending the offer publicly based on that potential argument is different than rejecting the offer privately
  - We had sufficient justification with the B of A valuation analysis to reject the offer but now we need to defend it publicly with a more short-term focus
  - We will need to defend high operating costs unless we initiate more proactive actions
- Once it becomes public, it will be a major distraction from running the business
  - Could cause customers to delay orders
  - Could require extensive meetings with investors to explain our rejection\
  - Could drive employee turnover
- If it uses the argument that we have not managed operating expenses sufficiently, it will be a significant embarrassment
- Nothing is more important than defending this for our shareholders' benefit
  - We need to go "all in"
  - Delaying revenue or investing more in the future is not as important
  - Not a time to rationalize our historical position

ni.com

NI CONFIDENTIAL  7

CONFIDENTIAL

NAT-SL-00020814



# Our potential responses to its public argument

1. Make public the B of A valuation analysis showing that NI has more upside value
   - Much of this value is in the future and we may need to show more immediate results
   - It may not be a sufficient public justification for shareholders
   - It may not get them to withdraw the offer
2. Defend our high operating expenses
   - We can argue that high R&D and SGA are required for our business, despite benchmarks
   - May still encourage acceptance of offer because we have a high-cost business model
3. Remind shareholders that we are already planning on improving operating income by a percentage point per year and shareholders should be patient
   - Given the time to realize this benefit, some may prefer the offer
4. Enter into more direct discussions with Nuthatch as it is offering
5. Wait it out until the P/E multiples in the stock market increase and increase our stock price
   - However, Nuthatch P/E would increase too, increasing its return
6. Consider poison pill

ni.com

NI CONFIDENTIAL  8

NAT-SL-00020815



# Our potential responses to its public argument

7.  Accelerate our operating expense reductions more aggressively
    - It's our best possible defense and delivers immediate demonstrable shareholder value
    - Most likely would be reflected in a higher stock price if we communicated this to investors and analysts
    - Would both increase the stock price required and reduce the cost reduction opportunity for Nuthatch. At $65 per share, it most likely would not achieve its objective
    - Needs to be done quickly but could still work even if done after they disclose
    - Position it as the last step of our strategic transition, reducing the costs of the previous functional organization to realize the operational benefits of our new organization
    - If we implement cost reductions, we should disclose our new plans
    - The lower operating expenses in the cost reduction plan also provides a buffer if we continue to have problems shipping

ni.com

NI CONFIDENTIAL  9

CONFIDENTIAL

NAT-SL-00020816

# Base Plan
## Aggressive Backlog Drain
### Notes:

1. From Management's revised plan
   - 2023 quarterly revenue and op. expense spread proportionally

2. This is the more aggressive backlog version
   - The intentional backlog plan:
     - 2023: 2.74 vs. 3.20
     - 2024: 3.28 vs. 3.70
   - Recession scenario
     - 2023: 2.81 vs. 3.20
     - 2024: 3.31 vs. 3.70

3. The stock price is simply a calculation at a constant 17X P/E and eventual P/E ratios could be much different
   - This is NI's current P/E
   - It's also used by J. P. Morgan to compute its target price
   - In its June presentation, B of A referenced a current P/E of 16.1 and peers at 17.9. In its forecast, it used a range of 17.0 - 22.0 as a multiple for '22 EPS and 14.5 - 20.0 for '23 EPS estimates

ni.com

| | 2021 FY | Q1/22 | Q2/22 | Q3/22 | Q4/22 | 2022 FY | Q1/23 | Q2/23 | Q3/23 | Q4/23 | 2023 FY | 2024 FY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bookings** | 1,634 | 467 | 466 | 485 | 536 | 1,954 | 490 | 489 | 509 | 563 | 2,052 | 2,236 |
| Increase | 24% | 27% | 20% | 20% | 12% | 20% | 5% | 5% | 5% | 5% | 5% | 9% |
| **Revenue** | 1,472 | 386 | 398 | 425 | 464 | 1,673 | 494 | 509 | 544 | 594 | 2,141 | 2,366 |
| Increase | 14% | 15% | 15% | 13% | 13% | 14% | 28% | 28% | 28% | 28% | 28% | 10.5% |
| Backlog Shrinkage | | | 30 | | | 55 | | | | | - | - |
| Backlog | 154 | 210 | 278 | 338 | 410 | 380 | 376 | 356 | 321 | 290 | 290 | 160 |
| **Gross Profit** | 1,099 | 274 | 283 | 302 | 329 | 1,188 | 361 | 372 | 397 | 434 | 1,553 | 1,739 |
| % Margin | 75% | 71% | 71% | 71% | 71% | 71% | 73% | 73% | 73% | 73% | 73% | 73.5% |
| **Operating Exp.** | | | | | | | | | | | | |
| R&D | 302 | | | | | | | | | | | |
| SG&A | 522 | | | | | | | | | | | |
| Total Oper. Exp. | 824 | 208 | 218 | 212 | 214 | 852 | 240 | 250 | 260 | 279 | 1,029 | 1,136 |
| % of Revenue | 56% | 54% | 55% | 50% | 46% | 51% | 49% | 49% | 48% | 47% | 48% | 48% |
| % of Bookings | 50% | 45% | 47% | 44% | 40% | 44% | 49% | 51% | 51% | 50% | 50% | 51% |
| % YoY Increase | | 3.3% | | | | 3% | 15% | | | | 21% | 10% |
| **Operating Income** | 274 | 66 | 65 | 90 | 115 | 336 | 121 | 122 | 137 | 155 | 524 | 603 |
| Operating Margin | 18.6% | 17.1% | 16.2% | 21.1% | 24.9% | 20.1% | 24.4% | 23.9% | 25.2% | 26.0% | 24.5% | 25.5% |
| Net Income | 224 | 53.8 | 52.3 | 75.4 | 95.8 | 273 | 97.7 | 98.7 | 111.1 | 125.2 | 426 | 494 |
| EPS | 1.68 | 0.41 | 0.35 | 0.57 | 0.72 | 2.05 | 0.73 | 0.74 | 0.84 | 0.94 | 3.20 | 3.70 |
| YOY | 2% | 28% | 0% | 89% | 53% | 22% | 79% | 112% | 47% | 31% | 56% | 16% |
| Shares | | | | | | 133 | | | | | 133 | 133 |
| Share Price: @P/E | 17 | | | | | | | | | | | |
| TTM EPS | 28.56 | 26.01 | 26.01 | 30.55 | 34.80 | 34.80 | 40.33 | 47.00 | 51.56 | 54.45 | 54.45 | 62.90 |
| NTM EPS | 34.80 | 40.33 | 47.00 | 51.56 | 54.45 | 54.45 | | | | | 62.90 | |

NI CONFIDENTIAL

NAT-SL-00020817



# Proposed Cost Reduction Plan

- The cost reduction plan sets operating expenses at 43% of revenue
- 43% approaches the peer median when considering GAAP to non-GAAP adjustments but doesn't get all the way there
  - Going to the peer median would be approximately 38%- 40%, which is too severe and most like unnecessary (KEYS had 37% non-GAAP operating expense in 2021)
- 43% in 2023 is an 8% increase from 2022 base plan, as opposed to the 21% increase for 2023 in the base plan
  - As a reference point, bookings are planned to increase by 5% and revenue is planned to increase by 28%
- Operating expense is most related to bookings/sales, not revenue/shipments
  - Marketing, Sales, R&D, and most admin functions are related to sales, not shipments.
  - Operating expenses as a percentage of bookings/sales are the same for the 2022 base plan (44%) and the 2023 cost reduction plan (44%)
  - This demonstrates that this level of operating expenses is very feasible
- Initiating the cost reduction this quarter could offset restructuring costs with building/land sale
- The plan demonstrates a significant and immediate increase in shareholder value

ni.com

NI CONFIDENTIAL 11



## Cost Reduction Plan

Notes:

1. Bookings, revenue, backlog, and gross margin assumptions are the same.

2. Assumes cost reductions implemented in Q3/22.

3. Operating expenses are computed based on 43% of rev

4. The stock price is simply a calculation at a constant 17X P/E and eventual P/E ratios could be much different
   - This is NI's current P/E
   - 17X is also used by J. P. Morgan to compute its target price from our non-GAAP EPS
   - In its June presentation, B of A referenced a current P/E of 16.1 and peers at 17.9. In its forecast it used a range of 17.0 - 22.0 as a multiple for '22 EPS and 14.5 - 20.0 for '23 EPS estimates

ni.com

|  | 2021 FY | Q1/22 | Q2/22 | Q3/22 | Q4/22 | 2022 FY | Q1/23 | Q2/23 | Q3/23 | Q4/23 | 2023 FY | 2024 FY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bookings** | 1,634 | 467 | 466 | 485 | 536 | 1,954 | 490 | 489 | 509 | 563 | 2,052 | 2,236 |
| Increase | 24% | 27% | 20% | 20% | 12% | 20% | 5% | 5% | 5% | 5% | 5% | 9% |
| **Revenue** | 1,472 | 386 | 398 | 425 | 464 | 1,673 | 483 | 498 | 531 | 580 | 2,091 | 2,273 |
| Increase | 14% | 15% | 15% | 13% | 13% | 14% | 25% | 25% | 25% | 25% | 25% | 9% |
| Backlog Shrinkage |  |  | 30 |  |  | 55 |  |  |  |  |  |  |
| Backlog | 154 | 210 | 278 | 338 | 410 | 380 | 388 | 380 | 358 | 340 | 340 | 303 |
| **Gross Profit** | 1,099 | 274 | 283 | 302 | 329 | 1,188 | 348 | 360 | 385 | 423 | 1,516 | 1,659 |
| % Margin | 75% | 71% | 71% | 71% | 71% | 71% | 72% | 72% | 72% | 73% | 72% | 73% |
| **Operating Exp.** |  |  |  |  |  |  |  |  |  |  |  |  |
| R&D | 302 |  |  |  |  |  |  |  |  |  |  |  |
| SG&A | 522 |  |  |  |  |  |  |  |  |  |  |  |
| Total Oper. Exp. | 824 | 208 | 218 | 212 | 200 | 838 | 212 | 219 | 228 | 244 | 903 | 977 |
| % of Revenue | 56% | 54% | 55% | 50% | 43% | 50% | 44% | 44% | 43% | 42% | 43% | 43% |
| % of Bookings | 50% | 45% | 47% | 44% | 37% | 43% | 43% | 45% | 45% | 43% | 44% | 44% |
| % YoY Increase |  | 3.3% |  |  |  | 2% | 2% |  |  |  | 8% | 8% |
| **Operating Income** | 274 | 66 | 65 | 90 | 130 | 350 | 136 | 141 | 157 | 179 | 613 | 682 |
| Operating Margin | 18.6% | 17.1% | 16.2% | 21.1% | 28.0% | 20.9% | 28.1% | 28.4% | 29.5% | 30.9% | 29.3% | 30.0% |
| Net Income | 224 | 53.8 | 52.3 | 72.7 | 105.2 | 273 | 109.9 | 114.3 | 126.8 | 145.3 | 496 | 552 |
| **EPS** | 1.68 | 0.41 | 0.35 | 0.55 | 0.79 | 2.10 | 0.83 | 0.86 | 0.95 | 1.09 | 3.73 | 4.15 |
| YOY | 2% | 28% | 0% | 82% | 68% | 25% | 102% | 146% | 74% | 38% | 78% | 11% |
| Shares |  |  |  |  |  | 133 |  |  |  |  | 133 | 133 |
| Share Price: @P/E | 17 |  |  |  |  |  |  |  |  |  |  |  |
| TTM EPS | 28.56 | 26.01 | 26.01 | 30.20 | 35.66 | 35.66 | 42.74 | 51.40 | 58.32 | 63.44 | 63.44 | 70.60 |
| NTM EPS | 35.66 | 42.74 | 51.40 | 58.32 | 63.44 | 63.44 |  |  |  |  | 70.60 |  |

NI CONFIDENTIAL

NAT-SL-00020819