# EXHIBIT 39

# FILED UNDER SEAL

Message
_____

**From:**       Albert Percival [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
                (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5E6DDFD6BD284F6B8061385D353ECB94-APERCIVA]
**Sent:**       7/14/2022 3:23:46 PM
**To:**         Kevin Ilcisin [kevin.ilcisin@ni.com]; Karen Rapp [karen.rapp@ni.com]; Eddie Dixon [eddie.dixon@ni.com]
**Subject:**    RE: Two slide summary of the discussion this morning

On slide one, I added the highlight below, and have no other suggested changes.

_____

Perspectives on Timing: Input to the question, "when should we time a potential deal with ▮?"
- There is a relatively aligned consensus that an investment in NI will become unattractive to ▮ if Nuthatch goes public before the deal is inked (based on resulting stock price increase)
    - There is the added consideration that until the Nuthatch or alternative offer was fully withdrawn/terminated, that our own transformational M&A could be difficult to transact
- There is an aligned consensus that if we close/announce a ▮, then Nuthatch has a way to use this to offensively in strengthening their narrative to shareholders
    - They would frame it as a poison "put"



**Albert Percival**
Legal Senior Director of Corporate
albert.percival@ni.com
O+1 512.297.5855| ni.com

## National Instruments
## is now NI.

CONFIDENTIALITY NOTICE:
The information contained in this email and any attached documents may be confidential or legally privileged. If you are not the intended recipient of this message, you may not review, use, disclose, distribute, print, copy or disseminate this communication or any attached documents. If you have received this in error, please reply and notify the sender (only) and destroy all copies of the original message and any attached documents. Unauthorized interception of this e-mail is a violation of federal criminal law.

**From:** Kevin Ilcisin <kevin.ilcisin@ni.com>
**Sent:** Thursday, July 14, 2022 3:14 PM
**To:** Karen Rapp <karen.rapp@ni.com>; Eddie Dixon <eddie.dixon@ni.com>; Albert Percival <albert.percival@ni.com>
**Subject:** Two slide summary of the discussion this morning

Eddie, Karen, Albert
Quickly drafted a two-page summary of the topics that I think are most critical to share with Eric/discuss
Feel free to add (or just bring up in the meeting)

Sorry, busy day so haven't had chance to create until now

Kevin



**Kevin Ilcisin, Ph.D**
Senior Vice President
Strategy and Corporate Development
m +1.512.971.9610 | o +1.512.683.9582  |  ni.com

**National Instruments
is now NI.**

INTERNAL - NI CONFIDENTIAL

INTERNAL - NI CONFIDENTIAL

CONFIDENTIAL

NAT-SL-00023168