# EXHIBIT 42

# FILED UNDER SEAL

Message

---

**From:**  Eric Starkloff [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6AE80EC63A9B401981A77972927DF5F0-ERICST]
**Sent:**  7/31/2022 2:08:19 PM
**To:**  Michael McGrath [michael.mcgrath@ni.com]
**CC:**  Karen Rapp [karen.rapp@ni.com]
**Subject:**  Re: Analyst Projections

This wasn't a surprise to me. As I mentioned it will take multiple touch points as well as multiple cycles of meeting/beating to grow our credibility. Also, when the guide goes up so significantly, it's not unusual for them to have some "wait and see" and not bake the full amount in. If we'd gone even higher, for example, I don't believe they would have come up any more.
We had two buy side calls (███████████████████) on Friday and the message was very received. They were a bit more bullish.
Eric

Sent from my iPhone

> On Jul 31, 2022, at 1:23 PM, Michael McGrath <michael.mcgrath@ni.com> wrote:
>
> Eric/Karen
>
> It looks like from the analyst's reports that they either didn't listen to your 2023 guidance or didn't give it credibility.
>
> 2023 Revenue
> We guided revenue growth for 2023 to be about the same as 2022 (15%) even though we are planning much higher.
> Baird +9%
> Morgan Stanley +7%
> Goldman +8%
> Susquehanna +3%
>
> 2023 NI %
> We are planning on 25% and guided 300 basis points from 2022, which we assumed they would use 20%
> Baird 22%? (blurred)
> Margin Stanley 22%
> Goldman - Mentioned 300 basis points but doesn't look like they used it
> Susquehanna 18%
>
> 2023 EPS
> We are planning a much higher number than their estimates
> Baird $2.30
> Morgan $2.32
> Goldman $2.05
> Susquehanna $2.35
>
> Price Targets

CONFIDENTIAL

These don't reflect what they could have if they used the guidance.
Baird $46 (down from $50 because of P/E adjustment)
Morgan $44
Goldman $49 (from $43)
Susquehanna $50

While most of them improved their models, they didn't use the guidance we provided, which is disappointing given our current ambitions. I hope that we get a chance to clarify these at the Investor Conference.

Regards,
Michael



Michael E. McGrath
Board Chairman
National Instruments
michael.mcgrath@ni.com
214-244-4540

CONFIDENTIAL

NAT-SL-00002983