# EXHIBIT 44

# FILED UNDER SEAL

Message

_____

**From:**  Kevin Ilcisin [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ADF5FD35B4FB444EB7567ABF2924118B-KILCISIN]
**Sent:**  8/4/2022 8:02:55 PM
**To:**  Eric Starkloff [eric.starkloff@ni.com]; Eddie Dixon [eddie.dixon@ni.com]; Karen Rapp [karen.rapp@ni.com]
**Subject:**  FW: Emerson dividend
**Attachments:**  8.3.2022 EMR Dividend Announcement History.pdf

Eric,

Per your question, definitely an anomaly.
Will be an interesting call.  We should do a earnings call party if the timing works ☺

Kevin

............................................................................................

**From:** Alluri, Sandeep V - GCIB PAL <sandeep.alluri@bofa.com>
**Date:** Thursday, August 4, 2022 at 5:41 PM
**To:** Kevin Ilcisin <kevin.ilcisin@ni.com>
**Cc:** Liu, Shawn W - GCIB PAL <shawn.liu@bofa.com>, DG BofA Wolverine <dg.bofa_wolverine@bofa.com>
**Subject:** [EXTERNAL] RE: Emerson dividend

Hi Kevin,

███████████████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████

Thanks,
Sandeep

............................................................................................

**From:** Kevin Ilcisin <kevin.ilcisin@ni.com>
**Date:** Thursday, Aug 04, 2022, 12:25 PM
**To:** Youn, Philip - GCIB NY <philip.youn@bofa.com>, Suryagandh, Sushant S - GCIB PAL <sushant.suryagandh@bofa.com>
**Cc:** Liu, Shawn W - GCIB PAL <shawn.liu@bofa.com>
**Subject:** FW: Emerson dividend

Sushant, Phil,

Is there a quick way to get an answer to Eric's question about the historical timing of Emerson's dividend
announcements?

Kevin

............................................................................................

**From:** Eric Starkloff <eric.starkloff@ni.com>
**Date:** Thursday, August 4, 2022 at 12:22 PM
**To:** Kevin Ilcisin <kevin.ilcisin@ni.com>, Eddie Dixon <eddie.dixon@ni.com>, Karen Rapp

CONFIDENTIAL                                                       NAT-SL-00011781

&lt;karen.rapp@ni.com&gt;
**Subject:** Emerson dividend

Interesting that they announced this yesterday:
https://apple.news/AepKFW-sZQrGQ5tVenfeOyQ
May give us insight that their board meeting was this week, which would be logical, given earnings next week.  Not sure if announcing a week prior is normal cadence for them instead of doing it at the release.
Eric



**Eric Starkloff**
CEO
+15126835275 | ni.com

National Instruments
is now NI.

INTERNAL - NI CONFIDENTIAL

INTERNAL - NI CONFIDENTIAL

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/emaildisclaimer. If you are not the intended recipient, please delete this message.

                                                                 NAT-SL-00011782

# National Instruments

## EMR Dividend Announcement History

August 2022



CONFIDENTIAL

NAT-SL-00011783

INTERNAL

# Notice to Recipient
Confidential



CONFIDENTIAL

NAT-SL-00011784



INTERNAL

1    Source: Company filings and FactSet.

CONFIDENTIAL

NAT-SL-00011785