# EXHIBIT 46

# FILED UNDER SEAL

Message

| | |
|---|---|
| From: | Eddie Dixon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7B514D7306264DD7B03E998DBD732A06-EDIXON] |
| Sent: | 8/8/2022 2:52:23 PM |
| To: | Kevin Ilcisin [kevin.ilcisin@ni.com] |
| Subject: | RE: Priv - Wolverine |

Yes, will check with Eric and let you know.



**R. Eddie Dixon, Jr.**
Chief Legal Officer &
Senior Vice President
+15126836814 | ni.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

**From:** Kevin Ilcisin <kevin.ilcisin@ni.com>
**Sent:** Monday, August 8, 2022 9:52 AM
**To:** Eddie Dixon <eddie.dixon@ni.com>
**Subject:** Re: Priv - Wolverine

I was talking to BoA on the weekend and they suggested a call in general related to earnings, this news is key in their thinking.
I think we should wait for the earnings call and then have an advisor meeting if Eric is open to it

I can certainly set it up, can you check with Eric may now or right after the ELT meeting?

Kevin

**From:** Eddie Dixon <eddie.dixon@ni.com>
**Date:** Monday, August 8, 2022 at 7:49 AM
**To:** Kevin Ilcisin <kevin.ilcisin@ni.com>
**Subject:** RE: Priv - Wolverine

Are you setting up time to discuss with BofA and WLRK – or should we just wait until after earnings tomorrow?

**R. Eddie Dixon, Jr.**
Chief Legal Officer &
Senior Vice President
+15126836814 | ni.com

CONFIDENTIAL

NAT-SL-00017263

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

**From:** Kevin Ilcisin <kevin.ilcisin@ni.com>
**Sent:** Monday, August 8, 2022 9:47 AM
**To:** Eddie Dixon <eddie.dixon@ni.com>; Niles, Sabastian V. <SVNiles@wlrk.com>; Albert Percival <albert.percival@ni.com>
**Cc:** Eric Starkloff <eric.starkloff@ni.com>; Karen Rapp <karen.rapp@ni.com>; Emmerich, Adam O. <aoemmerich@wlrk.com>; Ma, Christina C. <CCMa@wlrk.com>; Jin, Kwon-Yong <KJin@wlrk.com>; Dimitrijevic, Anna <ADimitrijevic@wlrk.com>
**Subject:** Re: Priv - Wolverine

Thanks Sabastian

There is probably a discussion there. The BoA team has had some related thoughts related to the impact of the cash generation event

Kevin

**From:** Eddie Dixon <eddie.dixon@ni.com>
**Date:** Monday, August 8, 2022 at 6:16 AM
**To:** Niles, Sabastian V. <SVNiles@wlrk.com>, Albert Percival <albert.percival@ni.com>
**Cc:** Eric Starkloff <eric.starkloff@ni.com>, Karen Rapp <karen.rapp@ni.com>, Kevin Ilcisin <kevin.ilcisin@ni.com>, Emmerich, Adam O. <aoemmerich@wlrk.com>, Ma, Christina C. <CCMa@wlrk.com>, Jin, Kwon-Yong <KJin@wlrk.com>, Dimitrijevic, Anna <ADimitrijevic@wlrk.com>
**Subject:** Re: Priv - Wolverine

Thanks, Sabastian.

Eddie

Get Outlook for iOS

**From:** Niles, Sabastian V. <SVNiles@wlrk.com>
**Sent:** Monday, August 8, 2022 7:38:41 AM
**To:** Albert Percival <albert.percival@ni.com>
**Cc:** Eric Starkloff <eric.starkloff@ni.com>; Eddie Dixon <eddie.dixon@ni.com>; Karen Rapp <karen.rapp@ni.com>; Kevin Ilcisin <kevin.ilcisin@ni.com>; Emmerich, Adam O. <aoemmerich@WLRK.com>; Ma, Christina C. <CCMa@wlrk.com>; Jin, Kwon-Yong <KJin@wlrk.com>; Dimitrijevic, Anna <ADimitrijevic@wlrk.com>
**Subject:** [EXTERNAL] Re: Priv - Wolverine

Sabastian

On Aug 8, 2022, at 7:54 AM, Albert Percival <albert.percival@ni.com> wrote:

NAT-SL-00017264

*** EXTERNAL EMAIL ***

Thanks for the info Sabastian!

Sent from my iPhone

On Aug 8, 2022, at 6:33 AM, Niles, Sabastian V. <SVNiles@wlrk.com> wrote:

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████

Sabastian V. Niles
Partner
Wachtell Lipton

Emerson to Sell InSinkErator Business to Whirlpool Corporation

Mon, August 8, 2022 at 6:55 AM

ST. LOUIS, August 08, 2022--(BUSINESS WIRE)--Emerson (NYSE: EMR) today announced an agreement to sell its InSinkErator® business to Whirlpool Corporation (NYSE: WHR) for $3.0 billion. InSinkErator's trailing twelve-month revenue, as of March 31, 2022, was $595 million, pretax earnings were $148 million and EBITDA* was $166 million, representing a transaction value of 18.1x EBITDA. The sale of InSinkErator represents a meaningful step in Emerson's continued commitment to creating a higher growth, more diversified and cohesive portfolio.
InSinkErator, the world's largest manufacturer of food waste disposers and instant hot water dispensers for home and commercial use, was founded in 1938 and acquired by Emerson in 1968. Whirlpool Corporation, a leader in the home appliance industry, is well positioned to build on InSinkErator's strong legacy and performance for long-term growth and success.  The transaction is expected to close in Emerson's 2023 fiscal year, subject to regulatory approvals and other customary closing conditions. Emerson will work closely with Whirlpool Corporation to help ensure a smooth transition for customers and InSinkErator's nearly 1,400 employees. Emerson engaged Goldman Sachs as its financial adviser and Davis Polk & Wardwell LLP as legal counsel for the transaction.

Whirlpool Corporation Announces Acquisition Of InSinkErator >WHR

BENTON HARBOR, Mich., Aug. 8, 2022 /PRNewswire/ -- Whirlpool Corporation (NYSE: WHR) today announced that it has entered into a definitive agreement with Emerson Electric Co. (NYSE: EMR) to acquire InSinkErator, the world's largest manufacturer of food waste disposers and instant hot water dispensers for home and commercial use, in an all-cash transaction for $3.0 billion.

"We are excited for the unique opportunity to add InSinkErator to our portfolio of leading brands. The acquisition is a clear accelerator of our ongoing portfolio transformation and aligned with our stated goals of investing in high- growth and high-margin businesses and Win Americas, " said Marc Bitzer, Chairman and CEO of Whirlpool Corporation. " InSinkErator is not only an iconic brand with a reputation for the highest quality and performance, but also a business that is purpose-driven and shares our vision of improving life at home. We look forward to capitalizing on the significant growth opportunities we see for this business."

Established in 1938, InSinkErator is the leader in the food waste disposal industry with a greater than 70% share and the industry's most recognized and trusted brand. On a full-year basis, ending September 30, 2022, InSinkErator is expected

CONFIDENTIAL

NAT-SL-00017265

to generate sales of $650 million and EBITDA(1) in excess of $170 million. This represents a transaction value of 14x EBITDA multiple, including future tax benefits and synergies. Following the close of the transaction, InSinkErator is expected to operate as a separate business as part of Whirlpool's North America Region. InSinkErator will maintain its headquarters in Mount Pleasant, Wisconsin.

The acquisition is expected to be immediately accretive to Whirlpool Corporation's margins, adding approximately $1.25 EPS accretion in fiscal 2023. Whirlpool Corporation also expects to generate revenue upside by capitalizing on InSinkErator's leading consumer brand preference, an installed base that is fives times larger than the rest of the industry driving a recurring sales profile, the strong underlying secular tailwinds of the U.S. housing market, and the expansion of the InSinkErator brand into new markets and product offerings.

Whirlpool Corporation plans to initially fund the acquisition through available liquidity, with new debt put in place at a later date. The acquisition, which has been approved by the Board of Directors of both companies, is subject to customary closing conditions, including regulatory approvals, and is expected to close in the fourth quarter of 2022. Whirlpool's 2022 guidance remains unchanged.

Greenhill & Co. LLC served as financial advisor and Wachtell, Lipton, Rosen & Katz served as legal counsel to Whirlpool Corporation.
A conference call to discuss the announced transaction will be held today at 8:30 am EST, hosted by Whirlpool Corporation Chairman and CEO, Marc Bitzer and CFO, Jim Peters. The conference call will be webcast live on the Company's website at
https://urldefense.com/v3/__http://www.whirlpoolcorp.com__;!!FbZ0ZwI3Qg!rD5di00BhpUmP5Xh-NPWOvA-Dp0NwuWXhXg9hOZVKgUxd7BYQ6FgMuNp5EOb1bJ7OfWAC6IFBGQWTg$
<https://urldefense.com/v3/__http://www.whirlpoolcorp.com__;!!FbZ0ZwI3Qg!vsLBaXflwUMbN0wCJCITsY7DWJvfSKIuv7iM8GBv-5V-G4sRf4kwGFxwcFvbIXgpJ13anfDnG78sotwD$> and may be accessed by clicking on the "Investors" tab located at the top of the page. To listen to the live webcast, participants should visit the site at least 15 minutes prior to the conference call to download any required streaming media software. Key financial statistics, the transaction presentation, and an archived recording of the conference call will be available on the Company's website for at least 30 days.

(1) EBITDA is a non-GAAP financial measure. We do not attempt to provide a reconciliation of EBITDA for the InSinkErator business to the equivalent GAAP measure of net earnings for the InSinkErator business as certain elements of the estimated full-year EBITDA measure cannot be precisely calculated without unreasonable effort or expense and the significance of these elements are indeterminable at this time. Forecasting the timing or amount of items that have not yet occurred and are out of our control is inherently uncertain and unavailable without unreasonable effort or expense.

==================================================
Please be advised that this transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy or re-transmit this communication. If you have received this communication in error, please notify us by e-mail (helpdesk@wlrk.com) or by telephone (call us collect at 212-403-4357) and delete this message and any attachments.

Thank you in advance for your cooperation and assistance.
==================================================

INTERNAL - NI CONFIDENTIAL

INTERNAL - NI CONFIDENTIAL

INTERNAL - NI CONFIDENTIAL

INTERNAL - NI CONFIDENTIAL

CONFIDENTIAL

NAT-SL-00017267