# EXHIBIT 50

# FILED UNDER SEAL

Message
───────────────────────────────────────────────

| | |
|---|---|
| **From:** | Kevin Ilcisin [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ADF5FD35B4FB444EB7567ABF2924118B-KILCISIN] |
| **Sent:** | 8/10/2022 9:34:49 AM |
| **To:** | Liu, Shawn W - GCIB PAL [shawn.liu@bofa.com] |
| **Subject:** | FW: National Instruments - NOBO List (8-5-22) |
| **Attachments:** | NATI - 08-05-22.xlsx |

This just got interesting!!

───────────────────────────────────────────────

**From:** Sam Geoffroy <sgeoffroy@mackenziepartners.com>
**Date:** Wednesday, August 10, 2022 at 7:33 AM
**To:** Eddie Dixon <eddie.dixon@ni.com>, Karen Rapp <karen.rapp@ni.com>, Kevin Ilcisin <kevin.ilcisin@ni.com>, Marissa Vidaurri <marissa.vidaurri@ni.com>
**Cc:** Bob Marese <bmarese@mackenziepartners.com>, ID <ID@mackenziepartners.com>, Kevin White <kwhite@mackenziepartners.com>
**Subject:** [EXTERNAL] National Instruments - NOBO List (8-5-22)

Team,

We just received the updated Broadridge NOBO list as of 8/5/22. Attached is a copy for your records.

█████████████████████████████████████████████████████████████ This activity places the firm within the ████ shareholders.

Let us know if you have time today to discuss.

| NOBO Shares | NOBO Account | Firm |
|---|---|---|
| ████ | ████████████████ | ████ |

Best,
Sam

**Samuel B. Geoffroy**
Director, Sentinel Market Intelligence

MacKenzie Partners, Inc.
1407 Broadway, 27th Floor
New York, NY 10018
O: (212) 378-7072
M: (207) 756-0180
sgeoffroy@mackenziepartners.com

CONFIDENTIAL

NAT-SL-00011768