# EXHIBIT 56

# FILED UNDER SEAL

Message

| | |
|---|---|
| **From:** | Eddie Dixon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7B514D7306264DD7B03E998DBD732A06-EDIXON] |
| **Sent:** | 8/26/2022 2:02:28 AM |
| **To:** | Marissa Vidaurri [marissa.vidaurri@ni.com]; Eric Starkloff [eric.starkloff@ni.com]; Karen Rapp [karen.rapp@ni.com]; Kevin Ilcisin [kevin.ilcisin@ni.com]; Liu, Shawn W - GCIB PAL [shawn.liu@bofa.com]; Sabastian Niles (svniles@wlrk.com) [SVNiles@wlrk.com] |
| **Subject:** | RE: MacKenzie Update -- CONFIDENTIAL |

Thanks, Marissa.

Eddie



**R. Eddie Dixon, Jr.**
Chief Legal Officer &
Senior Vice President
+15126836814 | ni.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

**From:** Marissa Vidaurri <marissa.vidaurri@ni.com>
**Sent:** Thursday, August 25, 2022 2:57 PM
**To:** Eric Starkloff <eric.starkloff@ni.com>; Karen Rapp <karen.rapp@ni.com>; Eddie Dixon <eddie.dixon@ni.com>; Kevin Ilcisin <kevin.ilcisin@ni.com>; Liu, Shawn W - GCIB PAL <shawn.liu@bofa.com>; Sabastian Niles (svniles@wlrk.com) <SVNiles@wlrk.com>
**Subject:** MacKenzie Update -- CONFIDENTIAL

Team,
We have executed the NOBO. Should get information back by Monday. MacKenzie is not in the loop on nuthatch but I did ask their perspective on the accumulation. Below is a summary and link to a case study from over ten years ago.
Best, Marissa



https://www.reuters.com/article/caseys/timeline-couche-tards-hostile-takeover-bid-for-caseys-idUSN2321310320100923

**Marissa Vidaurri**
**Head of Investor Relations**
512-773-0856 (m)

CONFIDENTIAL

NAT-SL-00017309

INTERNAL - NI CONFIDENTIAL

CONFIDENTIAL

NAT-SL-00017310