# EXHIBIT 60

# FILED UNDER SEAL

Privileged & Confidential

**National Instruments Corporation**
**Minutes of a Special Meeting of the Board of Directors**
**September 20-21, 2022**

A special meeting of the Board of Directors (the **"Board"**) of National Instruments Corporation (the "**Company**" or "**NI**") was held at the Austin, Texas Four Seasons Hotel on September 20 and 21, 2022, beginning on September 20 at approximately 8:30 a.m.

Directors present at the meeting were: Michael E. McGrath (Chair), Eric H. Starkloff (also, President and Chief Executive Officer), James E. Cashman, III, Alex M. Davern, Gayla J. Delly, Gerhard P. Fettweis, and Duy-Loan T. Le. Liam K. Griffin was absent.

Also, in attendance for all or a part of the meeting were: Karen Rapp (Executive Vice President and Chief Financial Officer), R. Eddie Dixon, Jr. (Chief Legal Officer, Senior Vice President and Secretary), Albert Percival (Legal Senior Director and Assistant Secretary), Cate Prescott (Senior Vice President, Chief People Officer), Jason Green (Executive Vice President & GM, Portfolio BU and Chief Revenue Officer), Ritu Favre (Executive Vice President & GM, Business Units), Luke Schreier (Senior Vice President and GM, ADG BU), Josh Mueller (Senior Vice President, Marketing & GM, PBU), Drita Roggenbuck (Senior Vice President & GM, TBU), Scott Rust (Executive Vice President, Platform and Products), Thomas Benjamin (Executive Vice President, Chief Technology Officer & Head of Product Analytics),  Kevin Ilcisin (Senior Vice President, Corporate Strategy), Rob Porterfield (Senior Vice President, Manufacturing), Marissa Vidaurri (Sr. Director of Investor Relations), Tom Stokes (Evercore), Kunal Chakrabarti (Evercore), Adam Emmerich (Wachtell Lipton), Sabastian Niles (Wachtell Lipton), Kevin Daniels (Bank of America) and Sean Liu (Bank of America).

Mr. McGrath reviewed the meeting agenda and Mr. Percival recorded the minutes.

## Updated Business, Strategy and Competitive Assessment (Agenda Item 1)

Mr. Starkloff began discussions of the business update with a summary on the following topics: the general planning cycle, current business assessment, three-year time horizon, current headcount, supply chain transformation, M&A strategy and succession planning. Mr. Starkloff further discussed historical challenges, the subsequent product and portfolio transformation, current focus on industries, key initiatives as drivers of profitability, software monetization, transformation accelerating revenue and earnings growth, our current favorable product mix, revenue and margin commitments, financial long-term plan of record, market share, recent market performance recognition, remaining challenges and quarter-to-date performance.

During the foregoing presentation, management responded to questions from the members of the Board.

## Three Year Strategic Plan by Business Unit (Agenda Item 2)

Mr. Benjamin, Ms. Favre, Mr. Green, Mr. Ilcisin, Mr. Mueller, Ms. Roggenbuck, Mr. Rust and Mr. Schreier joined the meeting.

Mr. Mueller, Ms. Favre, Mr. Schreier, Ms. Roggenbuck and Mr. Benjamin presented the 3-Year Plan of Record ("**PoR**") for the business units.

CONFIDENTIAL                                                                                                                NAT-SL-00001450

Privileged & Confidential

Mr. Mueller began the presentation with discussions of the following topics regarding the Portfolio Business Unit: growth opportunities, strategy, resiliency status, mass market offerings, tier-three customer segmentation, software, high growth vertical, market share, key application segments, product and offering roadmap, 2022-25 investment shifts, financials, and an analysis of why NI should win in the market.

Ms. Favre next led discussions on the following topics: Industry Specific Business Units (the "**ISBU**") update, focus on industry inflections, growth through focus on top accounts and applications, ISBU top accounts and applications, why technology inflections matter, our opportunity to deliver sustainable differentiation, and ISBU financials.

Ms. Favre then discussed Semiconductor Electronics (the "**SEBU**") specifically, including the following topics: strategy overview, semiconductor and electronics growth opportunity, industry outlook – demand side implications, SEBU revenue, SEBU growth drivers, SEBU top customers, SEBU offering roadmap, SEBU industry and competitor insights, SEBU heatmap and market focus areas, SEBU 2022-25 investment shifts, and SEBU financials.

Mr. Schreier then presented on the Aerospace, Defense and Government Business Unit including the following topics: strategy overview, customer opportunities, industry outlook, revenue, growth drivers, top customers, roadmap, NI's unique value proposition, market and competitor insights, segmentation, outlook and strategy, business segments in platform context, program pursuit, 2022-25 investment shifts, and financials.

Ms. Roggenbuck led a discussion on the Transportation Business Unit including the following topics: strategy overview, growth opportunity, industry outlook, revenue, EV acquisitions, growth drivers, top customers, offering roadmap, NI's opportunity to provide unique value, the $1.5B SAM, 2022 segmentation and strategy, 2023-25 investment shifts and financials.

Mr. Benjamin led the final discussion related to an update on the NI Product Analytics business including the following topics: market summary and NI differentiation, growth opportunity and megatrends, platform roadmap, and financials.

During the foregoing presentation, management responded to questions from the members of the Board.

Mr. Mueller, Ms. Roggenbuck and Mr. Schreier left the meeting.

**Three Year Financial and Headcount Plan (Agenda Item 3)**

Ms. Prescott joined the meeting.

Ms. Rapp led a discussion on the following topics: longer-term plan of record and 2023 assumptions, long term model through 2025, external commitments, temporary Non-GAAP gross margin headwind becoming a tailwind, converting Non-GAAP net income to cash, and business transformation driving financial momentum.

Mr. Starkloff led a discussion of the workforce plan including the following topics: aligning headcount with financial PoR and executive summary. Ms. Prescott discussed headcount

CONFIDENTIAL                                                                  NAT-SL-00001451

Privileged & Confidential

trends and future workforce planning. Mr. Green, Mr. Rust, Ms. Favre, Mr. Benjamin and Ms. Rapp discussed headcount balancing for their respective areas to conform to needed skills mix, resulting in improved efficiency and scale. Ms. Prescott outlined the Company's future talent strategy.

During the foregoing presentation, management responded to questions from the members of the Board.

**Supply Chain Transformation (Agenda Item 4)**

Mr. Porterfield joined the meeting.

Mr. Porterfield presented on the following topics: supply chain transformation, related objectives, measurements of success, benchmarking, recent supply chain crisis, necessary cultural and process changes, forecasting, simplifying the NI product offerings, lead times, system and tool improvements, scenario planning, other related operational improvements, 2022 and beyond outlook, and the supply chain planning technology roadmap.

During the foregoing presentation, management responded to questions from the members of the Board.

Other than the Board members, Mr. Dixon and Ms. Prescott, everyone left the meeting.

**Top Management Succession Planning (Agenda Item 5)**

Ms. Prescott reviewed the succession planning for top management roles with the other Board members.

During the foregoing presentation, management responded to questions from the members of the Board.

At approximately 4:30 p.m. on September 20, 2022, the meeting was adjourned until 8:30 a.m. on September 21, 2022.

**DAY 2**

At 8:30 a.m. on September 21, 2022, the meeting was reconvened.

**M&A Discussion, including** ███████ **(Agenda Item 1)**

Mr. Ilcisin led a discussion concerning an update on the recent acquisitions of NH Research, Heinzinger and Kratzer, including: date acquired, yearly sales, headcount, locations, key products and services, notable key customers, bookings and demand, revenue, and profitability. Mr. Ilcisin further discussed integration priorities and approach, including: harmonizing sales channels, rationalization of hardware, software and business continuity. Mr. Ilcisin next discussed current funnel activity and details on prospective targets.

CONFIDENTIAL                                                                                              NAT-SL-00001452

Privileged & Confidential

Mr. Stokes and Mr. Chakrabarti joined the meeting.

Mr. Ilcisin led a discussion to update the Board on ███████████, including: an overview of synergies and why ███████ currently remains a target, conclusion of no action at this time partially based on financial markets, and planned next steps.

During the foregoing presentation, the members of the Board discussed such matters and management responded to questions.

Mr. Ilcisin, Mr. Stokes and Mr. Chakrabarti left the meeting.

**Investor Relations / Shareholder Return** (Agenda Item 2)

Ms. Vidaurri joined the meeting.

Mr. Starkloff led a discussion concerning NI stock performance and current market dynamics, including: a case study of KEYS performance from 2015 through 2021, and the total shareholder return of NI versus its peer index. Ms. Vidaurri further discussed NI's shareholder profile, including: the institutional and retail ownership breakdown, current top 25 shareholders, shareholder perspective of NI performance, capital allocation versus peers, and investor engagement/sentiment. The Board next discussed certain concerns outlined by Mr. McGrath dealing with NATI financial performance metrics, shareholder base and capital allocation. Ms. Vidaurri provided an investor conference recap.

During the foregoing presentation, the members of the Board discussed such matters and management responded to questions.

**Executive Session**

Mr. Emmerich, Mr. Niles, Mr. Liu and Mr. Daniels joined the meeting.

Mr. Starkloff then led a discussion concerning Project Wolverine. It was noted that the Company had not received any response from Wolverine to the Company's letter dated August 2, 2022 and Wolverine had not contacted NI for any follow-up or otherwise. The representatives of Wachtell Lipton and BofA provided their perspectives on the potential go-forward scenarios with Wolverine, including the implications of ████████████████████████ ███████ and public commentary by Wolverine regarding their own priorities. Discussion ensued, and it was confirmed that the Board would be updated if there were any material developments regarding Project Wolverine.

Other than the independent Board members, everyone left the meeting.

**Independent Director Executive Session**

The independent members of the Board met in executive session.

CONFIDENTIAL                                                                                    NAT-SL-00001453

Privileged & Confidential

## **Adjournment**

There being no further business, the meeting was adjourned at approximately 1:00 p.m.

Signed:

*Albert Percival*
_____
Albert Percival
Assistant Secretary

CONFIDENTIAL                                                                                                    NAT-SL-00001454