# MANDATE

S.D.N.Y. – N.Y.C.
23-cv-10488
Cote, J.

## United States Court of Appeals
#### FOR THE
#### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of February, two thousand twenty-six.

Present:

> José A. Cabranes,
> Richard J. Sullivan,
> > *Circuit Judges*,
> Hector Gonzalez,
> > *District Judge.* \*

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:  _____          │
│ DATE FILED: __2/25/2026____     │
└─────────────────────────────────┘
```

National Instruments Corporation, et al.,

> *Petitioners*,

v.                                                              25-2420

Wayne County Employees' Retirement System,

> *Respondent*.

Petitioners request, pursuant to Federal Rule of Civil Procedure 23(f), leave to immediately appeal the district court's order granting class certification. They also move for leave to file a reply. Upon due consideration, it is hereby ORDERED that the motion for leave to file a reply is GRANTED, but the Rule 23(f) petition is DENIED because an immediate appeal is not warranted. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139–40 (2d Cir. 2001).

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

\* Judge Hector Gonzalez, of the United States District Court for the Eastern District of New York, sitting by designation.

**MANDATE ISSUED ON 02/25/2026**