UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------X
                                            :          23cv10488 (DLC)
IN RE NATIONAL INSTRUMENTS SECURITIES       :
LITIGATION                                  :          ORDER
                                            :
--------------------------------------------X

DENISE COTE, District Judge:

     After reviewing plaintiff's February 26, 2026 letter, it is

hereby

     ORDERED that plaintiff file a proposed notice to class

members pursuant to Fed. R. Civ. P. 23(c)(2)(B) by **March 12,**

**2026.**

     IT IS FURTHER ORDERED that the parties arrange for renewed

mediation to occur in **March 2026.**

Dated:     New York, New York
           February 26, 2026

                                    _____
                                         DENISE COTE
                                    United States District Judge