UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ──────────────────────── x | |
| : | Civil Action No. 1:23-cv-10488-DLC |
| In re NATIONAL INSTRUMENTS : | CLASS ACTION |
| CORPORATION SECURITIES LITIGATION : | |
| : | |
| : | |
| ──────────────────────── x | |

**UNOPPOSED MOTION FOR APPROVAL OF NOTICE AND SUMMARY NOTICE
OF PENDENCY OF CLASS ACTION**

PLEASE TAKE NOTICE that Wayne County Employees' Retirement System ("Class Representative"), upon the accompanying Memorandum of Law in Support of Unopposed Motion for Approval of Notice and Summary Notice of Pendency of Class Action, and the Declaration of Noam Mandel in Support thereof (the "Mandel Declaration"), including the exhibits attached thereto, hereby moves this Court, pursuant to Rule 23(c)(2)(B) of the Federal Rules of Civil Procedure, for entry of the Proposed Order Approving Notice and Summary Notice of Pendency of Class Action.

The Proposed Order approves (i) the form and content of the proposed Notice of Pendency of Class Action (attached as Exhibit B to the Mandel Declaration) and the proposed Summary Notice of Pendency of Class Action (attached as Exhibit C to the Mandel Declaration) (together, the "Notices"), and (ii) the proposed method for disseminating the Notices to the Class.

Class Counsel has conferred with counsel for the Defendants, who has represented that this Motion is unopposed.

Dated: March 12, 2026

**JOHNSON VAN KWAWEGEN LLP**

*/s/ Noam Mandel*
Chad Johnson
Noam Mandel
Desiree Cummings
Jonathan Zweig
1120 Avenue of the Americas
New York, NY 10036
Telephone: (646) 836-9630
chad@jvk-law.com
noam@jvk-law.com
desiree@jvk-law.com
jonathan@jvk-law.com

*Lead and Class Counsel*