UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

                               :   Civil Action No. 1:23-cv-10488-DLC

In re NATIONAL INSTRUMENTS        :   <u>CLASS ACTION</u>

CORPORATION SECURITIES LITIGATION :

                               :

                               :

———————————————————— x

## MEMORANDUM OF LAW IN SUPPORT OF UNOPPOSED MOTION FOR APPROVAL OF NOTICE AND SUMMARY NOTICE OF PENDENCY OF CLASS ACTION

Pursuant to Fed. R. Civ. P. 23(c)(2)(B), Lead Plaintiff and Class Representative Wayne County Employees' Retirement System ("Class Representative") respectfully requests that the Court enter the proposed Order Approving Notice and Summary Notice of Pendency of Class Action ("Proposed Order"), attached as Exhibit A to the accompanying Declaration of Noam Mandel (the "Mandel Declaration"). Class Counsel has met and conferred with defense counsel, who have confirmed that Defendants do not oppose this motion.

On September 19, 2025, the Court certified a Class of investors in the above-captioned Action consisting of all persons who sold National Instruments Corporation ("National Instruments") common stock between August 12, 2022 and August 30, 2022 and/or between September 12, 2022 and September 28, 2022, inclusive (the "Class Period"), and were damaged thereby (the "Class," and each member of the Class, a "Class Member"), excluding Defendants and certain related persons. ECF 105. On February 11, 2026, the U.S. Court of Appeals for the Second Circuit denied Defendants' request under Fed. R. Civ. P. 23(f) for leave to immediately appeal this Court's order granting class certification. ECF 150. On February 26, 2026, this Court ordered that the Class Representative file this motion to approve class notice by today's date. ECF No. 152.

The Proposed Order would approve (i) the form and content of the proposed Notice of Pendency of Class Action (the "Notice"), attached as Exhibit B to the Mandel Declaration, and the proposed Summary Notice of Pendency of Class Action, attached as Exhibit C to the Mandel Declaration (the "Summary Notice," and together with the Notice, the "Notices"), and (ii) the proposed method for disseminating the Notices to the Class.

The proposed Notice contains a clear and concise description of the nature of the Action, the definition of the Class; the Class's claims, issues, or defenses; Class Members' right to enter

1

an appearance through an attorney if they so desire; Class Members' right to exclude themselves from the Class; the time and manner for requesting exclusion; and the binding effect of a judgment on Class Members. In addition, the Summary Notice provides a summary of this information, and directs Class Members to a website where they can readily obtain the full Notice. Accordingly, the proposed Notice satisfies all the requirements of Rule 23(c)(2)(B) of the Federal Rules of Civil Procedure.

The proposed method for disseminating the Notices to the Class includes mailing the Summary Notice (or emailing the Notice, when email addresses can be obtained) to all potential Class Members who can be identified through reasonable effort, as identified through shareholder records to be provided by National Instruments and through broker or other nominee owners, who will be required to either (i) mail the Summary Notice or email the Notice to all persons and entities for whose beneficial interest the nominees sold National Instruments common stock during the Class Period, or (ii) provide the names, addresses, and email addresses (if available) of these beneficial owners to the Notice Administrator, who will then mail the Summary Notice or email the Notice to the beneficial owners. In addition, the text of the Summary Notice will be published in *Investor's Business Daily* and over the *PR Newswire*, and the Notice will be posted on a website that will be designated for this lawsuit.

The proposed notice program, which combines individual notice to all Class Members who can be identified through reasonable effort with publication notice in a widely circulated newspaper, over a business newswire, and on the Internet, constitutes the "best notice that is practicable under the circumstances" and satisfies the requirements of Rule 23(c)(2)(B) and due process. *See, e.g.*, *In re Applied Therapeutics Sec. Litig.*, No. 1:24-cv-09715 (DLC) (VF), ECF 127 (S.D.N.Y. Nov. 20, 2025) (Cote, J.) (approving notice program consisting of mailing or emailing

2

summary notice to reasonably identifiable class members, publication of summary notice through wire service, and publication of full notice on website); *Peni v. Daily Harvest, Inc.*, 2024 WL 4564198, at *5-6 (S.D.N.Y. Oct. 24, 2024) (Cote, J.) (approving email notice); *In re Perrigo Co. Sec. Litig.*, No. 19-cv-00070-DLC, ECF 153 (S.D.N.Y. Nov. 20, 2020) (Cote, J.) (approving similar notice program under Fed. R. Civ. P. 23(c)(2)(B)); *Melito v. American Eagle Outfitters, Inc.*, 2017 WL 3995619, at *2, *15 (S.D.N.Y. 2017) (approving mailing of postcard summary notice and emailing of notice); *In re Advanced Battery Technologies, Inc. Sec. Litig.*, 298 F.R.D. 171, 183 (S.D.N.Y. 2014) (approving mailing of postcard summary notice "to minimize notice costs").

Accordingly, Class Representative respectfully requests that the Court enter the Proposed Order.


Dated: March 12, 2026

**JOHNSON VAN KWAWEGEN LLP**

*/s/ Noam Mandel*
Chad Johnson
Noam Mandel
Desiree Cummings
Jonathan Zweig
1120 Avenue of the Americas
New York, NY 10036
Telephone: (646) 836-9630
chad@jvk-law.com
noam@jvk-law.com
desiree@jvk-law.com
jonathan@jvk-law.com

*Lead and Class Counsel*

3

## CERTIFICATE OF WORD COUNT

1.      In accordance with Rule 7.1 of the United States District Court for the Southern District of New York, the undersigned counsel certifies that the foregoing brief was prepared on a computer using Microsoft Word.  A proportionally spaced typeface was used as follows:

> Name of Typeface: Times New Roman
> Point Size in Body: 12 (footnotes, 12)
> Line Spacing in Body: Double (block quotes and footnotes, single)

2.      The total number of words in the brief, inclusive of point headings and footnotes and exclusive of the caption, table of contents, table of authorities, signature block, and this Certification, is 752 words.  By operation of Microsoft Word's word-count function, this number includes legal citations and certain forms of punctuation.

*/s/ Noam Mandel*

NOAM MANDEL