UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re NATIONAL INSTRUMENTS CORPORATION SECURITIES LITIGATION | Civil Action No. 1:23-cv-10488-DLC<br><br>CLASS ACTION |

### DECLARATION OF NOAM MANDEL IN SUPPORT OF UNOPPOSED MOTION FOR APPROVAL OF NOTICE AND SUMMARY NOTICE OF PENDENCY OF CLASS ACTION

I, Noam Mandel, declare as follows:

1.     I am a partner with the law firm Johnson Van Kwawegen LLP, which has been appointed Class Counsel in this matter. I respectfully submit this declaration in support of Class Representative Wayne County Employees' Retirement System's Unopposed Motion under Rule 23(c)(2)(B) of the Federal Rules of Civil Procedure.

2.     Attached to this declaration as Exhibit A is a true and correct copy of the proposed Order Approving Notice and Summary Notice of Pendency of Class Action.

3.     Attached to this declaration as Exhibit B is a true and correct copy of the proposed Notice of Pendency of Class Action.

4.     Attached to this declaration as Exhibit C is a true and correct copy of the proposed Summary Notice of Pendency of Class Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of March, 2026.

*/s/ Noam Mandel*
NOAM MANDEL