# EXHIBIT C

National Instruments Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
Media, PA 19063

**Court-Ordered Legal Notice
Forwarding Service
Requested**

*Important Notice about a
Securities Class Action*

*You may be a Class Member.
This Notice may affect your
legal rights.*

*Please read it carefully*

Case No. 1:23-cv-10488-DLC
Case Pending in U.S. District Court
for the Southern District of New York

*IN RE NATIONAL INSTRUMENTS CORP. SECURITIES LITIGATION, CASE NO. 1:23-CV-10488-DLC (S.D.N.Y.)*
THIS CARD PROVIDES ONLY LIMITED INFORMATION. VISIT
*WWW.NATIONALINSTRUMENTSSECURITIESCLASSACTION.COM OR CALL (866) 274-4004 FOR MORE INFORMATION.*

### SUMMARY NOTICE OF PENDENCY OF CLASS ACTION

To: All persons who sold common stock of National Instruments Corporation ("National Instruments") between August 12, 2022 and August 30, 2022, inclusive, and/or between September 12, 2022 and September 28, 2022, inclusive, and who were damaged thereby (the "Class," and each member of the Class, a "Class Member").

YOU ARE HEREBY NOTIFIED, in accordance with Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, that the lawsuit that is now pending in that Court under the caption *In re National Instruments Corp. Securities Litigation*, Case No. 1:23-cv-10488-DLC (S.D.N.Y.) (the "Action") has been certified as a class action on behalf of the Class, which excludes certain persons under the definition in the full Notice of Pendency of Class Action (the "Notice").

IF YOU ARE A CLASS MEMBER, YOUR RIGHTS WILL BE AFFECTED BY THIS ACTION. The full Notice is currently being sent by email to known Class Members and is available at www.nationalinstrumentssecuritiesclassaction.com. You may also obtain a copy of the Notice by contacting the Notice Administrator at: **National Instruments Securities Litigation**, c/o Strategic Claims Services, 600 N. Jackson St., Suite 205, Media, PA 19063; Toll-Free: (866) 274-4004; info@strategicclaims.net; www.nationalinstrumentssecuritiesclassaction.com.

Inquiries, other than requests for the Notice, may be made to Class Counsel: **JOHNSON VAN KWAWEGEN LLP**, Jonathan Zweig; 1120 Avenue of the Americas, New York, NY 10036; Telephone: (646) 836-9630; jonathan@jvk-law.com.

If you are a Class Member, you have the right to decide whether to remain a Class Member. *If you choose to remain a Class Member, you do not need to do anything at this time other than to retain your documentation reflecting your transactions and holdings in National Instruments common stock.* You will automatically be included in the Class. If you are a Class Member and do not exclude yourself from the Class, you will be bound by the proceedings in this Action, including all past, present, and future orders and judgments of the Court, whether favorable or unfavorable.

If you ask to be excluded from the Class, you will not be bound by any order or judgment of the Court, and you will not be eligible to receive a share of any money that might be recovered for the benefit of the Class. To exclude yourself from the Class, you must submit a written request for exclusion postmarked no later than _____, 2026 in accordance with the instructions included in the full Notice. *Please note that if you decide to exclude yourself from the Class, you may be time-barred from asserting the claims covered by the Action by a statute of repose.* Under Rule 23(e)(4) of the Federal Rules of Civil Procedure, the Court has discretion whether to allow a second opportunity to request exclusion from the Class if there is a settlement or judgment in the Action.

You may obtain further information by directing your inquiry in writing or by telephone to the Notice Administrator at the address above. Requests for exclusion from the Class must be sent to the Notice Administrator by mail and cannot be made by telephone or email.

BY ORDER OF THE COURT: United States District Court for the Southern District of New York