UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :        23cv10488 (DLC)
IN RE NATIONAL INSTRUMENTS SECURITIES   :
LITIGATION                              :        ORDER
                                        :
----------------------------------------X

DENISE COTE, District Judge:

Having been informed that in-person mediation in this case

is scheduled for March 30, 3026, it is hereby

ORDERED that the parties provide a joint update to the

Court regarding the status of their mediation efforts by **April

6, 2026.**


Dated:     New York, New York
           March 13, 2026

                              _____
                                      DENISE COTE
                              United States District Judge