UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE NATIONAL INSTRUMENTS SECURITIES LITIGATION | : | 23cv10488 (DLC)<br><br>ORDER |

DENISE COTE, District Judge:

It having been reported to this Court that the parties have agreed to settle the above-captioned matter, it is hereby

ORDERED that lead plaintiff's counsel shall submit a stipulation of settlement and motion for preliminary approval of the class action settlement agreement by **September 11, 2026.**

Dated: New York, New York
July 14, 2026

DENISE COTE
United States District Judge